# EXHIBIT B

| Publisher | Imprint | Trademark Registration(s) |
|---|---|---|
| Cengage | Cengage | 3603376; 3603349 |
| Pearson | Allyn & Bacon | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 1,602,228 |
| Pearson | Benjamin Cummings | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 2,671,773; 2,621,299; 1,189,279 |
| Pearson | Merrill | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 1,342,095 |
| Pearson | Pearson | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830 |
| Pearson | Prentice Hall | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 1,332,044, 1,332,639; 1,375,654 |
| Wiley | JW | 1,639,555 |
| Wiley | Wiley | 1,003,988; 2,159,987 |