UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/14

CENGAGE LEARNING, INC.; PEARSON EDUCATION, INC.; and JOHN WILEY & SONS, INC.,

    Plaintiffs,

v.

JAMAL YOUSUF and DOES 1-25,

    Defendants.

Case No. 14 CV 3174 (DAB) (RLE)

## STIPULATED PRELIMINARY INJUNCTION BETWEEN PLAINTIFFS AND DEFENDANT JAMAL YOUSUF

    Plaintiffs and Defendant Jamal Yousuf hereby stipulate, subject to the Court's approval, to the following Preliminary Injunction:

    Yousuf, his officers, directors, agents, representatives, successors or assigns, and all persons acting in concert or in participation with any of them from, are hereby preliminary enjoined, until further Order from the Court, from:

    (a) scanning, printing, copying, manufacturing, or otherwise reproducing any of Plaintiffs' copyrighted textbooks, in whole or in part;

    (b) importing, distributing, marketing, advertising, selling, renting or leasing, any textbook that infringes any of Plaintiffs' copyrights or trademarks;

    (c) using or employing any of Plaintiffs' marks in connection with the sale or offering for sale, rental, distribution, advertising or promotion of any of counterfeit or suspected counterfeit copies of Plaintiffs' copyrighted textbooks; and

(d) encouraging, facilitating, assisting or inducing others to violate (a) (b),

or (c) herein.

Stipulated By:

*/s/ Matthew J. Oppenheim*

Matthew J. Oppenheim (matt@oandzlaw.com)
Julie C. Chen (julie@oandzlaw.com)
OPPENHEIM + ZEBRAK, LLP
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
202-621-9027

*Attorney for Plaintiffs*

*/s/ Jamal Yousuf*

Jamal Yousuf
14025 N 64th Drive
Glendale, AZ 85306


SO ORDERED.
Dated: May ___, 2014

*/s/ Deborah A. Batts*   5/14/15
DEBORAH A. BATTS
United States District Judge