UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., ET AL.,

    Plaintiffs,

v.

JAMAL YOUSUF, ET AL.,

    Defendants.

Case No. 1:14-cv-03174 (DAB) (RLE)



DAB
5/15/14

~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' Letter Application, the accompanying Declaration and Exhibits, and the entire record herein, and as an extension of the Order to Show Cause for Temporary Restraining Order, to Preserve Evidence, and for Expedited Discovery for Preliminary Injunction entered in this matter on May 5, 2014,

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 26(d)(1), in order to determine the true names and identities of the Doe Defendants in this action, Plaintiffs may issue Rule 45 subpoenas for production of documents to GoDaddy.com, LLC, and any other relevant third-parties later discovered to be affiliated with Defendants.

SO ORDERED on this 15th day of May, 2014.

_Deborah A. Batts_
UNITED STATES DISTRICT JUDGE