# Exhibit A

Michael's Amazon.com    Today's Deals    Kindle Fire HDX    Sell    Help

Shop by **Department** ▾ | **Search** Aspect Store ▾ [                    ] Go | Hello, Michael **Your Account** ▾ | Your **Prime** ▾ | 0 **Cart** ▾ | Wish **List** ▾

**Brand**
Unknown (2)
Brand: Cengage Learning (2)
Brand: Lippincott Williams Wilkins (1)
Brand: Wiley (3)
Brand: Pearson (8)
NA (1)
Brand: SAGE Publications, Inc (1)
Brand: Thomson South-Western (1)
Brand: Industrial Press Inc. (1)
Brand: Wadsworth Publishing Company (1)
Brand: Prentice Hall (1)
Brand: John Wiley Sons, Inc. (1)
Brand: Irwin/McGraw-Hill (1)
Brand: Mcgraw Hill Higher Education (2)
Brand: Pearson Education Canada (2)
› See more...

## Aspect Store Storefront

Showing 1 - 24 of 246 Results      Detail      Image


**Robbins Basic Pathology: with STUDENT CONSULT Online Access, 9e (Robbins Pathology)** by Vinay Kumar MBBS MD FRCPath, Abul K. Abbas MBBS and Jon C. Aster MD PhD
**$17.09 - $25.75** to rent
$65.00 to buy
Only 20 left in stock - order soon.
(36)
Sell this back for an Amazon.com Gift Card


**Psychology: An Introduction** by Benjamin Lahey
**$24.49 - $29.86** to rent
$81.20 to buy
Only 1 left in stock - order soon.
(13)
Sell this back for an Amazon.com Gift Card


**Design and Analysis of Experiments** by Douglas C. Montgomery
**$41.40** to rent
$110.00 to buy
Only 20 left in stock - order soon.
(16)
Sell this back for an Amazon.com Gift Card


**Organizational Behavior** by Robert Kreitner and Angelo Kinicki
**$75.00**
Only 2 left in stock - order soon.
(49)
See newer edition of this book


**Strategic Management: Concepts and Cases** by Frank Rothaermel
**$50.93** to rent
$86.97 to buy
Only 1 left in stock - order soon.
(36)
Sell this back for an Amazon.com Gift Card


**Applying Career Development Theory to Counseling** by Richard S. Sharf
**$55.46** to rent
$102.02 to buy
Only 3 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card




**Nursing Health Assessment: A Best Practice Approach** by Sharon Jensen
**$12.00 - $30.75** to rent
$78.00 to buy
Only 5 left in stock - order soon.
(21)
Sell this back for an Amazon.com Gift Card


**Career Information, Career Counseling, and Career Development (10th Edition) (The Merrill Counseling Series)** by Duane Brown
**$34.97** to rent
$67.00 to buy
More Buying Choices
**$67.00** new (2 offers)


**Krause's Food & the Nutrition Care Process, 13e (Krause's Food & Nutrition Therapy)** by L. Kathleen Mahan MS RD CDE, Janice L Raymond MS RD CD and Sylvia Escott-Stump MA RD LDN
**$42.49 - $70.00** to rent
$135.00 to buy
Only 6 left in stock - order soon.


Advertisement

(5)
Sell this back for an Amazon.com Gift Card

(25)
Sell this back for an Amazon.com Gift Card


**Psychology Around Us** by Ronald Comer and Elizabeth Gould
**$21.73 - $21.75** to rent
$89.99 to buy
Only 3 left in stock - order soon.
(14)
Sell this back for an Amazon.com Gift Card


**Psychology of Gender (4th Edition)** by Vicki S. Helgeson
**$46.48** to rent
$77.81 to buy
(6)
Sell this back for an Amazon.com Gift Card

**Research Methods for Business: A Skill-Building Approach** by Uma Sekaran and Roger Bougie
$88.95 **$68.00**
Only 2 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card


**Abnormal Psychology** by James H. Hansell and Lisa K. Damour
**$16.99 - $19.49** to rent
$50.00 to buy
Only 1 left in stock - order soon.
(20)


**Applied Econometric Times Series (Wiley Series in Probability and Statistics)** by Walter Enders
**$43.50** to rent
$85.00 to buy
Only 2 left in stock - order soon.
(11)
Sell this back for an Amazon.com Gift Card


**The Practice of Family Therapy: Key Elements Across Models (Marital, Couple, and Family Counseling)** by Suzanne Midori Hanna
**$50.26** to rent
$51.00 to buy
Only 9 left in stock - order soon.
(10)
Sell this back for an Amazon.com Gift Card


**The Professional Practice of Architectural Working Drawings** by Osamu A. Wakita, Richard M. Linde and Nagy R. Bakhoum
**$15.89** to rent
$65.00 to buy
Only 1 left in stock - order soon.
(7)


**Diagnosis and Evaluation in Speech Pathology (8th Edition) (Allyn & Bacon Communication Sciences and Disorders...** by William O. Haynes and Rebekah H. Pindzola
**$16.74 - $20.00** to rent
$53.20 to buy
More Buying Choices
**$53.20** new (2 offers)
(3)
Sell this back for an Amazon.com Gift Card


**Sustainable Construction: Green Building Design and Delivery** by Charles J. Kibert
$85.00 **$59.59**
Only 2 left in stock - order soon.
(7)
Sell this back for an Amazon.com Gift Card



**A History of Modern Psychology** by C. James Goodwin

**$14.60 - $16.65** to rent
$49.99 to buy
Only 3 left in stock - order soon.
(3)
Sell this back for an Amazon.com Gift Card



**Introduction to Plant Physiology** by William G. Hopkins and Norman P. A. Hüner

**$33.87** to rent
$63.00 to buy
Only 1 left in stock - order soon.
(9)
Sell this back for an Amazon.com Gift Card



**Nutrition: Science and Applications with Booklet package** by Lori A. Smolin and Mary B. Grosvenor

**$15.49** to rent
$85.00 to buy
Only 1 left in stock - order soon.
(24)
Sell this back for an Amazon.com Gift Card



**Decoding the Ethics Code: A Practical Guide for Psychologists, Updated** by Celia B. Fisher

**$26.26** to rent
$35.00 to buy
Only 2 left in stock - order soon.
(22)
Sell this back for an Amazon.com Gift Card



**Human Resource Development. Randy L. Desimone and Jon M. Werner** by Randy L. DeSimone

$112.25 **$65.00**
Only 1 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card



**Microsoft Office 2007 Simplified** by Sherry Willard Kinkoph

**$29.99**
Only 2 left in stock - order soon.
(32)

Previous Page   **1**  2  3  ...  11   Next Page

**Search Feedback**
Did you find what you were looking for?  Yes  No
If you need help or have a question for Customer Service, please visit the Help Section.

Safari Power Saver
Click to Start Flash Plug-in

Advertisement

Search powered by 

Aspect Store Privacy Statement   Aspect Store Shipping Information   Aspect Store Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
|---|---|---|---|---|---|---|---|
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates