# Exhibit B

Matthew's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department    Search  All  [Go]    Hello, Matthew Your Account    Your Prime    0 Cart    Wish List

## Aspect Store - Details

Storefront: www.amazon.com/shops/A3M9QPNNN5RSCE

- About
- Shipping Rates
- Shipping Policies
- Tax Information
- Privacy & Security
- Returns and Refunds

For questions regarding products, order delivery, or returns, please contact Aspect Store Customer Service:

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon. For questions about how to place an order, search Amazon Help.

**Recent Feedback:** ★★★★☆

4.2 stars over the past 12 months (27 ratings)

Next Page

**3/5:** "good."
YOHEI SUGIYAMA, April 30, 2014

**1/5:** "PLEASE READ -- I am so sorry but the customer service I am receiving from this seller is so far below expectations this shouldn't be selling on Amazon. I wanted the buyers to know what type of books are being sold & in response the seller intruded in my privacy/posted my PERSONAL INFO on Amazon -- so not right. Needless to say, KNOCK-OFF versions are sold. Please decide for yourself, be careful!"
JohnPinto1 , April 24, 2014

**1/5:** "Counterfeit, hardcover and binder are already falling apart.The textbook appears to be a cheap photocopy of the original.Printed words are warped, like if the pages were photocopied. Binder is crumbling and deteriorating.Pages are already falling out, paper quality is so low that you can see letters through the page. Blank pages in the book in the middle pg 180, pages are flimsy, Rip Off merchants"
Alex F., April 24, 2014

**1/5:** "Awful, Dishonest What a horrible experience. Both books I received were newspaper quality. The Textbook that was sent to me seems to be a counterfeit, hardcover and binder are already falling apart and crumbling with the pages falling out.The textbook appears to be a cheap photocopy of the original. Printed words are warped the book is flimsy, insubstantial. I have been ripped off"
Alex F., April 24, 2014

**1/5:** "Very fishy seller -- he is selling COUNTERFEIT and PHOTOCOPIED books. I got 2 books and both are in very BAD condition, they are not original copies even though seller insists but you can tell these are photocopied books. knock off version of a book that you paid full price for. need my money back right away. -1 rating, very bad transaction BEWARE OF THIS SELLER"
JohnPinto1 , April 23, 2014

**5/5:** "A++"
Frieda L., April 22, 2014

**5/5:** "The item arrived a lot sooner than I expected!"
Matthew, April 21, 2014

**5/5:** "The book arrived within 4 days in excellent condition, EXTREMELY well wrapped!"
Gale Winston, April 21, 2014

Next Page

Top of Page

### About Aspect Store

Aspect Store is committed to providing each customer with the highest standard of customer service.

Top of Page

### Aspect Store Shipping Rates

Listed below are shipping details for Aspect Store, including the geographies shipped to, the service level offered, and the prices charged. Note that Media Rates are based on shipping a single item. Purchasing multiple media items results in multiple shipping charges.

▼ Shipping rates for all products (excluding Books, Music, Video and DVD)

| | | | Standard |
|---|---|---|---|
| **Continental US Street** | ETA | | 17 - 31 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **Continental US PO Box** | ETA | | 17 - 31 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **Alaska and Hawaii Street** | ETA | | 17 - 31 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **Alaska and Hawaii PO Box** | ETA | | 17 - 31 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **US Protectorates Street** | ETA | | 4 - 8 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **US Protectorates PO Box** | ETA | | 4 - 8 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **APO/FPO Street** | ETA | | 18 - 32 business days |
| | per Item | | $0.00 |

| | per Weight (lbs) | $0.50 |
| | per Shipment | $4.49 |

▼ * Shipping Rates for Books, Music, Video and DVD

| | Domestic Standard 17 - 31 business days | Faster Domestic Standard 3 - 5 business days** | Domestic Expedited 2 - 6 business days | Faster Domestic Expedited 1 - 3 business days** | Two Day 2 business days | One Day 24 hours | International Standard 21 - 42 business days |
|---|---|---|---|---|---|---|---|
| **Books** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $16.95 |
| **Books over 1 lb.** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $24.95 |
| **CDs, Cassettes, Vinyl** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **VHS Videotapes** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **DVDs** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |

\* Your shipping fees when buying Books, Music, Videos and DVDs at Amazon Marketplace are fixed according to the type of product you purchase.
\*\*  Available for selected items.
   Rates are based on shipping a single item. Purchasing multiple items results in multiple shipping charges-there are no "per shipment" and "per item" charges, as there are when you buy directly from Amazon.com.

| Region Key | |
|---|---|
| Continental US | Continental US states not including Alaska and Hawaii |
| Alaska and Hawaii | Alaska and Hawaii |
| US Protectorates | American Samoa, Guam, Marshall Islands, Federated States of Micronesia, Northern Mariana Islands, Palau, Puerto Rico, and the Virgin Islands (U.S.) |
| APO/FPO | Army Post Office and Fleet Post Office |
| Canada | Canada |
| Europe | Albania, Andorra, Austria, Belarus, Belgium, Bosnia-Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Faroe Islands, Finland, France, Georgia, Germany, Gibraltar, Greece, Greenland, Holy See, Hungary, Iceland, Ireland, Italy, Jan Mayen Is., Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Monaco, Montenegro, the Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Republic of Serbia, Slovakia, Slovenia, Spain, Svalbard, Sweden, Switzerland, Turkey, Ukraine, United Kingdom and Yugoslavia |
| Asia | Australia, Bangladesh, Bhutan, Brunei Darussalam, Cambodia, China, Christmas Island, Cook Islands, East Timor, Fiji, French Polynesia, Hong Kong, India, Indonesia, Japan, Kiribati, Lao People's Democratic Rep., Macau, Malaysia, Maldives, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, New Zealand, Niue, Papua New Guinea, Philippines, Samoa, Singapore, Solomon Islands, South Korea, Sri Lanka, Taiwan, Thailand, Tonga, Tuvalu, Vanuatu and Vietnam |
| Outside US, Eur., CA, Asia | Brazil, Mexico, South Africa |

[Top of Page]

## Aspect Store Shipping Policies

Unless noted otherwise in the ordering pipeline Aspect Store ships all items within two days of receiving order You will receive notification of any delay or cancellation of your order.

[Top of Page]

## Aspect Store Tax Information

Sales tax is not separately calculated and collected in connection with items ordered from Aspect Store through the Amazon.com Site unless explicitly indicated as such in the ordering process. Items ordered from Aspect Store may be subject to tax in certain states, based on the state to which the order is shipped. If an item is subject to sales tax, in accordance with state tax laws, the tax is generally calculated on the total selling price of each individual item, including shipping and handling charges, gift-wrap charges and other service charges, less any applicable discounts. If tax is separately calculated and collected in connection with items ordered from Aspect Store through the Amazon.com Site, the tax amounts that appear during the ordering process are estimated - the actual taxes that will be charged to your credit card will be calculated at the time your order is processed and will appear in your order confirmation notification.

[Top of Page]

## Privacy & Security

[Top of Page]

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Notice.

In addition, we want you to be aware that Amazon.com will provide Aspect Store with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Aspect Store's Privacy Policy.

### Privacy Practices

Aspect Store values the privacy of your personal data.

See [Amazon.com's Privacy Notice](#)

### Returns and Refunds

[Top of Page](#)

Please refer to the [Amazon.com Product Return Policy](#). Please contact Aspect Store to get information about any additional policies that may apply:

[Contact this seller](#)

To initiate a return, please visit [Amazon's Online Return Center](#) to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please [contact Amazon](#).
For questions about how to place an order, [search Amazon Help](#).

---

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

**amazon.com**

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands |
| **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates