# Exhibit C

Matthew's Amazon.com Today's Deals Gift Cards Sell Help

Shop by Department | Search | Bookera | Cengage | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

**Brand**
- Brand: Heinle Cengage Learning (1)
- Brand: Cengage Learning (23)
- Brand: Delmar Learning (2)

afari Power Saver
lick to Start Flash
lug-in
Little Giant
Ladder Systems
CLIMB ON
NEVER FEEL NERVOUS
SHOP NOW
SAFETY STEP
Ad Feedback

**Bookera Storefront** › **"Cengage"**

Showing 1 - 24 of 38 Results   Detail   Image

Now Hear This!

**Now Hear This!** by Barbara H. Foley
~~$43.95~~ **$25.00**
Only 3 left in stock - order soon.
Sell this back for an Amazon.com Gift Card

LOOK INSIDE!
Essentials of Health Care Compliance

**Essentials of Healthcare Compliance** by Shelley C Safian
**$17.00** to rent
$46.00 to buy
Only 7 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card

LOOK INSIDE!

**Getting Started in the Computerized Medical Office: Fundamentals and Practice** by Cindy Correa
~~$152.95~~ **$75.13**
Only 19 left in stock - order soon.
(11)

**Photography for The 21st Century** by Katie Miller
~~$116.95~~ **$24.00**
Only 5 left in stock - order soon.
(11)

LOOK INSIDE!
PSYCHOLOGY

**Psychology, Seventh Edition** by Douglas Bernstein, Louis A. Penner, Alison Clarke-Stewart and Edward Roy
~~$290.95~~ **$19.50**
Only 10 left in stock - order soon.
(15)
See newer edition of this book

LOOK INSIDE!
Managerial Economics

**Managerial Economics: A Problem Solving Approach (Thomas South-Western's Mba Series in Economics)** by Luke M. Froeb and Brian T. McCann
~~$226.95~~ **$20.00**
Only 9 left in stock - order soon.
(23)
See newer edition of this book

REVEALED

**Adobe Illustrator CS3 Revealed** by Chris Botello
~~$113.95~~ **$20.85**
Only 10 left in stock - order soon.
(13)
See newer edition of this book

LOOK INSIDE!
GUIDE TO FIREWALLS AND NETWORK SECURITY:

**Guide to Firewalls and Network Security** by Michael E. Whitman, Herbert J. Mattord, Richard Austin and Greg Holden
~~$190.95~~ **$60.00**
Only 1 left in stock - order soon.
(5)
See newer edition of this book

Crossing CULTURES

**Crossing Cultures: Readings for Composition (7th Edition)** by Annie Knepler, Ellie Knepler and Myrna Knepler
~~$121.95~~ **$82.02**
Only 1 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card

**Engineering Drawing and Design** by David A. Madsen

~~$234.95~~ **$57.13**

Only 10 left in stock - order soon.

(5)

See newer edition of this book

Sell this back for an Amazon.com Gift Card



**Microsoft Office Word 2007: Complete Concepts and Techniques (Sam 2007 Compatible Products)** by Gary B. Shelly, Thomas J. Cashman and Misty E. Vermaat

~~$121.95~~ **$14.00**

Only 1 left in stock - order soon.

(7)

See newer edition of this book



**Illustrated Guide to the National Electrical Code** by Charles Miller

~~$101.95~~ **$65.00**

Only 2 left in stock - order soon.

(7)

See newer edition of this book

Sell this back for an Amazon.com Gift Card



**Workers' Compensation Law** by Neal R. Bevans

**$43.49** to rent

$63.19 to buy

Only 10 left in stock - order soon.

Sell this back for an Amazon.com Gift Card



**Major Problems in American Foreign Relations, Volume II: Since 1914 (Major Problems in American History (Wadsworth...** by Dennis Merrill and Thomas Paterson

~~$128.95~~ **$13.96**

Only 5 left in stock - order soon.

(1)

See newer edition of this book



**Psychiatric Mental Health Nursing** by Noreen Cavan Frisch and Lawrence E. Frisch

**$17.00** to rent

$64.20 to buy

Only 10 left in stock - order soon.

(10)

Sell this back for an Amazon.com Gift Card



**The Child and Adolescent Stuttering Treatment & Activity Resource Guide** by Peter R Ramig and Darrell Dodge

~~$118.95~~ **$78.52**

Only 5 left in stock - order soon.

(6)

Sell this back for an Amazon.com Gift Card



**Welding Skills, Processes and Practices for Entry-Level Welders: Book 1** by Larry Jeffus and Lawrence Bower

~~$108.95~~ **$45.19**

Only 11 left in stock - order soon.

Sell this back for an Amazon.com Gift Card



**Elementary and Intermediate Algebra** by Alan S. Tussy and R. David Gustafson

**$14.99** to rent

$121.00 to buy

Only 8 left in stock - order soon.

(14)

See newer edition of this book



**Today's Technician: Automotive Brake Systems** by Cliff Owen

~~$195.95~~ **$39.90**

Only 10 left in stock - order soon.

(4)



**3D Game Programming All in One** by Kenneth C Finney

~~$54.99~~ **$27.29**

Only 12 left in stock - order soon.

(9)



**Law and Ethics for Pharmacy Technicians** by Jahangir Moini

~~$60.95~~ **$22.14**

Only 11 left in stock - order soon.

(2)

See newer edition of this book See newer edition of this book See newer edition of this book

**The Human Polity: A Comparative Introduction to Political Science, Brief Version** by Kay Lawson

~~$142.95~~ **$12.69**
Only 10 left in stock - order soon.
(3)

**Fundamentals of Plant Science** by Marihelen Glass and Rick Parker

**$52.58** to rent
$40.00 to buy
Only 4 left in stock - order soon.
Sell this back for an Amazon.com Gift Card

**Houghton Mifflin College Reading Series, Book 3 (Bk. 3)** by Houghton Mifflin Co.

~~$71.95~~ **$12.31**
Only 12 left in stock - order soon.
(2)

See newer edition of this book

Previous Page **1** 2 **Next Page**

**Sponsored Links**

**Cengage - Official Site** Print, Digital, & Rental Textbooks. Save This Semester at CengageBrain!
www.**cengage**brain.com/TextbookSale

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for? Yes No
If you need help or have a question for Customer Service, please visit the Help Section.

Amerock Door Knob Satin Nickel 1-1/4-Inch, 10-Pack
(130)
~~$21.19~~ $16.33

Ad Feedback

Search powered by A9

Bookera Privacy Statement Bookera Shipping Information Bookera Returns & Exchanges

## Your Recently Viewed Items and Featured Recommendations

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

Amazon in the Community › See all Amazon Currency Converter Manage Your Kindle
Fire TV – Amazon's Media Player Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6pm<br>Score deals on fashion brands | AbeBooks<br>Rare Books & Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor & Dance Gear | Alexa<br>Actionable Analytics for the Web | AmazonFresh<br>Groceries & More Right To Your Door | Amazon Local<br>Great Local Deals in Your City | AmazonSupply<br>Business, Industrial & Scientific Supplies | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Download Audio Books | BeautyBar.com<br>Prestige Beauty Delivered | Book Depository<br>Books With Free Delivery Worldwide | Bookworm.com<br>Books For Children Of All Ages | Casa.com<br>Kitchen, Storage & Everything Home | CreateSpace<br>Indie Print Publishing Made Easy | Diapers.com<br>Everything But The Baby | DPReview<br>Digital Photography |
| East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting | IMDb<br>Movies, TV & Celebrities | Junglee.com<br>Shop Online in India | Kindle Direct Publishing<br>Indie Digital Publishing Made Easy | Look.com<br>Kids' Clothing & Shoes | MYHABIT<br>Private Fashion Designer Sales | Shopbop<br>Designer Fashion Brands |
| Soap.com<br>Health, Beauty & Home Essentials | TenMarks.com<br>Math Activities for Kids & Schools | Vine.com<br>Everything to Live Life Green | Wag.com<br>Everything For Your Pet | Warehouse Deals<br>Open-Box Discounts | Woot!<br>Discounts and Shenanigans | Yoyo.com<br>A Happy Place To Shop For Toys | Zappos<br>Shoes & Clothing |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com Today's Deals Gift Cards Sell Help

Shop by Department Search Bookera Pearson Go Hello, Matthew Your Account Your Prime 0 Cart Wish List

**Brand**
- Brand: Pearson (12)
- Brand: Addison-Wesley (3)
- Brand: Benjamin Cummings (2)
- Brand: Prentice Hall (11)
- Brand: Pearson Education Canada (1)
- Unknown (1)

Safari Power Saver
Click to Start Flash Plug-in

"Without Toyota parts, your car is only part Toyota."
TOYOTA
ServiceCenters
Keep Your Toyota a Toyota
Find out more

Ad Feedback

**Bookera Storefront › "Pearson"**

Showing 1 - 24 of 56 Results Detail Image

Economics Today
The Micro View
Roger LeRoy Miller

**Economics Today: The Micro View (16th Edition) (Pearson Series in Economics)** by Roger LeRoy Miller
~~$225.00~~ **$66.22**
Only 1 left in stock - order soon.
(6)
See newer edition of this book
Sell this back for an Amazon.com Gift Card

Anthropology

**Anthropology: A Global Perspective (7th Edition)** by Raymond Scupin Ph.D. and Christopher R. DeCorse
**$17.00** to rent
$126.95 to buy
Only 2 left in stock - order soon.
(3)
Sell this back for an Amazon.com Gift Card

LOOK INSIDE!
BEGINNING ALGEBRA
8e

**Beginning Algebra (8th Edition)** by John Jr Tobey Jr., Jeffrey Slater, Jamie Blair and Jennifer Crawford
**$25.98 - $39.82** to rent
$133.17 to buy
Only 1 left in stock - order soon.
(6)
Sell this back for an Amazon.com Gift Card

ENGAGING IN THE LANGUAGE ARTS
EXPLORING THE POWER OF LANGUAGE
DONNA OGLE JAMES W. BEERS

**Engaging in the Language Arts: Exploring the Power of Language (2nd Edition)** by Donna Ogle and James W. Beers
~~$179.20~~ **$125.00**
Only 2 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card

MUSIC

**Music Fundamentals, Methods, and Materials for the Elementary Classroom Teacher (5th Edition)** by Rene Boyer and Michon Rozmajzl
**$24.50** to rent
$58.84 to buy
Only 4 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card

SULLIVAN · STRUVE
INTERMEDIATE ALGEBRA

**Intermediate Algebra (3rd Edition)** by Michael Sullivan III and Katherine R. Struve
**$29.63** to rent
$153.00 to buy
Only 2 left in stock - order soon.
(3)
Sell this back for an Amazon.com Gift Card

Basic Construction Materials

**Basic Construction Materials (8th Edition) (Pearson Construction Technology)** by Theodore Marotta, John C. Coffey, Cynthia LaFleur-Brown and Christine LaPlante
**$19.98 - $37.90** to rent
$82.71 to buy
Only 1 left in stock - order soon.
(10)
Sell this back for an Amazon.com Gift Card

VISUAL BASIC 2012

**Starting Out With Visual Basic 2012 (6th Edition)** by Tony Gaddis and Kip Irvine
**$54.47 - $77.25** to rent
$108.10 to buy
Only 3 left in stock - order soon.
(13)
Sell this back for an Amazon.com Gift Card

DK
S
Speaker

**DK Speaker** by Lisa A. Ford-Brown and DK Dorling Kindersley
**$17.00** to rent
$65.00 to buy
Only 14 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card



**Transition Planning for Secondary Students with Disabilities (4th Edition)** by Robert W. Flexer, Robert M. Baer, Pamela Luft and Thomas J. Simmons
**$32.98** to rent
$99.91 to buy
Only 12 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card



**Algebra: A Combined Approach (4th Edition) (Martin-Gay Developmental Math Series)** by Elayn Martin-Gay
**$12.00 - $17.00** to rent
$117.10 to buy
Only 16 left in stock - order soon.
(9)
Sell this back for an Amazon.com Gift Card



**Elementary Algebra for College Students (8th Edition)** by Allen R. Angel
**$72.96**
Only 2 left in stock - order soon.
(22)
Sell this back for an Amazon.com Gift Card



**Including Adolescents with Disabilities in General Education Classrooms** by Tom E.C. Smith, Barbara L. Gartin and Nikki L. Murdick
**$23.31 - $31.39** to rent
$83.12 to buy
Only 7 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card



**Cultural Anthropology: A Global Perspective (8th Edition)** by Raymond Scupin Ph.D.
**$17.98 - $35.65** to rent
$104.00 to buy
Only 2 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card



**Interpersonal Communication: Relating to Others (7th Edition)** by Steven A. Beebe, Susan J. Beebe and Mark V. Redmond
**$24.48 - $61.00** to rent
$110.12 to buy
Only 3 left in stock - order soon.
(3)
Sell this back for an Amazon.com Gift Card



**The New American Democracy (7th Edition)** by Morris P. Fiorina, Paul E. Peterson, Bertram D. Johnson and William G. Mayer
**$13.99** to rent
$94.33 to buy
Only 2 left in stock - order soon.
(11)
Sell this back for an Amazon.com Gift Card



**Principles of Human Physiology Plus MasteringA&P with eText -- Access Card Package (5th Edition)** by Cindy L. Stanfield
**$21.93 - $21.96** to rent
$160.17 to buy
Only 3 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card



**Global Marketing (7th Edition)** by Warren J. Keegan and Mark Green
**$23.49** to rent
$159.00 to buy
Only 4 left in stock - order soon.
(9)
Sell this back for an Amazon.com Gift Card



**Anatomy & Physiology Plus MasteringA&P with eText -- Access Card Package (5th Edition)** by Elaine N. Marieb and Katja Hoehn



**Working with School-Age Children (Pearson Custom Education)** by Marlene Bumgarner
**$32.98** to rent



**Introductory Algebra Through Applications (3rd Edition)** by Geoffrey Akst and Sadie Bragg
**$16.92** to rent

**$86.52** to rent
$168.00 to buy
Only 2 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card

$50.00 to buy
Only 1 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card

$135.00 to buy
Only 8 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card

**Multiple Paths to Literacy: Assessment and Differentiated Instruction for Diverse Learners, K-12 (8th Edition)...** by Joan P. Gipe
**$55.75** to rent
$98.11 to buy
Only 7 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card

**Elementary and Intermediate Algebra (3rd Edition) (The Carson Algebra Series)** by Tom Carson and Bill E. Jordan
**$16.48** to rent
$78.16 to buy
Only 6 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card

**Leadership and Organizational Behavior in Education: Theory Into Practice** by William A. Owings and Leslie S. Kaplan
~~$135.20~~ **$90.00**
Only 1 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card

Previous Page **1** 2 3 **Next Page**

**Sponsored Links**

**Pearson Website**

Search for **Pearson** Website Look Up Quick Results Now!
www.wow.com/**Pearson**+Website

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for? Yes No
If you need help or have a question for Customer Service, please visit the Help Section.

Iron Stop Animated Butterfly Animated Wind Spinner
(4)
~~$34.99~~ $22.22

Ad Feedback

Search powered by A9

Bookera Privacy Statement Bookera Shipping Information Bookera Returns & Exchanges

## Your Recently Viewed Items and Featured Recommendations

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
AfterSchool.com Kids' Sports, Outdoor & Dance Gear
Alexa Actionable Analytics for the Web
AmazonFresh Groceries & More Right To Your Door
Amazon Local Great Local Deals in Your City
AmazonSupply Business, Industrial & Scientific Supplies
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Bookworm.com Books For Children Of All Ages
Casa.com Kitchen, Storage & Everything Home
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Look.com Kids' Clothing & Shoes
MYHABIT Private Fashion Designer Sales
Shopbop Designer Fashion Brands
Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Vine.com Everything to Live Life Green
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Woot! Discounts and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com Today's Deals Gift Cards Sell Help

Shop by Department | Search | Bookera | Wiley | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

Brand
Brand: Wiley-Blackwell (2)

Amazon.com Revolving Corporate Credit Line
✓ 12.99% APR
✓ Place orders by Purchase Order
✓ Receive detailed statement level invoices
✓ No Annual Fee
Learn more
Ad Feedback

Bookera Storefront › "Wiley"

Showing 21 Results | Detail | Image

**Cardiac Pacing and ICDs** by Kenneth A. Ellenbogen and Mark A. Wood
~~$72.95~~ $39.13
Only 11 left in stock - order soon.
(3)
Sell this back for an Amazon.com Gift Card

**Harper's Textbook of Pediatric Dermatology** by Alan D. Irvine, Peter H. Hoeger and Albert C. Yan
~~$535.00~~ $252.00
Only 2 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card

**Essential Haematology, Includes Desktop Edition** by Victor Hoffbrand and Paul Moss
$16.45 to rent
$30.20 to buy
Only 1 left in stock - order soon.
More Buying Choices
$19.50 used (1 offer)
(7)
Sell this back for an Amazon.com Gift Card

**Managerial Accounting** by Charles E. Davis and Elizabeth Davis
$16.08
Only 4 left in stock - order soon.
(1)

**Gregory's Pediatric Anesthesia, With Wiley Desktop Edition** by George A. Gregory and Dean B. Andropoulos
~~$369.95~~ $212.00
Only 5 left in stock - order soon.
More Buying Choices
$150.58 used (1 offer)
Sell this back for an Amazon.com Gift Card

**Diseases of Poultry** by Y. M. Saif, Aly M. Fadly, John R. Glisson and L. R. McDougald
~~$254.99~~ $103.00
Only 9 left in stock - order soon.
(1)
See newer edition of this book
Sell this back for an Amazon.com Gift Card

**Veterinary Embryology** by T. A. McGeady, P. J. Quinn, E. S. FitzPatrick and M. T. Ryan
$49.97 to rent
$66.13 to buy
(1)
Sell this back for an Amazon.com Gift Card

**Essential Microbiology** by Stuart Hogg
~~$74.95~~ $14.90
Only 9 left in stock - order soon.
(5)
See newer edition of this book

**Structural Bioinformatics** by Jenny Gu and Philip E. Bourne
$42.11 to rent
$70.10 to buy
Only 18 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card


**Neufert Architects' Data, Fourth Edition** by Ernst Neufert and Peter Neufert

~~$105.00~~ **$48.00**

Only 9 left in stock - order soon.

(15)

Sell this back for an Amazon.com Gift Card

**Calculus: Late Transcendentals Single and Multivariable** by Howard Anton, Irl Bivens and Stephen Davis

**$35.18**

Only 5 left in stock - order soon.

(12)

See newer edition of this book

**Principles of Plant Genetics and Breeding** by George Acquaah

**$17.00** to rent

$51.00 to buy

Only 11 left in stock - order soon.

(2)

Sell this back for an Amazon.com Gift Card

---

**Dalrymple's Sales Management: Concepts and Cases** by William L. Cron and Thomas E. DeCarlo

**$25.17**

Only 16 left in stock - order soon.

(2)

See newer edition of this book

**Handbook of Diabetes** by Rudy Bilous and Richard Donnelly

~~$101.95~~ **$42.00**

Only 17 left in stock - order soon.

Sell this back for an Amazon.com Gift Card

**Practical Gastrointestinal Endoscopy: The Fundamentals** by Peter B. Cotton, Christopher B. Williams, Robert H. Hawes and Brian P. Saunders

**$60.14** used (1 offer)

(6)

Sell this back for an Amazon.com Gift Card

---

**Evolution after Gene Duplication** by Katharina Dittmar and David Liberles

~~$113.95~~ **$56.00**

Only 12 left in stock - order soon.

Sell this back for an Amazon.com Gift Card

**Rutter's Child and Adolescent Psychiatry** by Sir Michael Rutter, Dorothy Bishop, Daniel Pine and Steven Scott

~~$328.00~~ **$175.05**

Only 10 left in stock - order soon.

(8)

Sell this back for an Amazon.com Gift Card

**Sherlock's Diseases of the Liver and Biliary System** by James S. Dooley, Anna Lok, Andrew K. Burroughs and Jenny Heathcote

~~$224.95~~ **$61.53**

Only 20 left in stock - order soon.

(3)

Sell this back for an Amazon.com Gift Card

---

**Primer on the Metabolic Bone Diseases And Disorders of Mineral Metabolism** by Clifford J. Rosen, Juliet E. Compston and Jane B. Lian

~~$69.95~~ **$20.12**

Only 6 left in stock - order soon.

See newer edition of this book

**Anatomy and Physiology of Domestic Animals** by R. Michael Akers and D. Michael Denbow

~~$120.99~~ **$57.00**

Only 1 left in stock - order soon.

(2)

Sell this back for an Amazon.com Gift Card

**Diagnostic Imaging** by Peter Armstrong, Martin Wastie and Andrea G. Rockall

~~$94.95~~ **$23.00**

Only 14 left in stock - order soon.

(3)

See newer edition of this book

Sell this back for an Amazon.com Gift Card

**Search Feedback**

Did you find what you were looking for? Yes No

If you need help or have a question for Customer Service, please visit the Help Section.

Iron Stop Animated Butterfly Animated Wind Spinner

(4)

~~$34.99~~ $22.22

Ad Feedback

Search powered by A9

Bookera Privacy Statement | Bookera Shipping Information | Bookera Returns & Exchanges

## Your Recently Viewed Items and Featured Recommendations

You viewed

        

› View or edit your browsing history

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 13

Population Health: Creating A...

David B. Nash

(4)

Paperback

$81.52 Prime

Publication Manual of the...

American Psychological...

(1,323)

Paperback

$24.11 Prime

Guyton and Hall Textbook of...

› John E. Hall

(58)

Hardcover

Physiology: with STUDENT CONSULT...

Linda S. Costanzo PhD

(15)

Paperback

$54.14 Prime

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
AfterSchool.com Kids' Sports, Outdoor & Dance Gear
Alexa Actionable Analytics for the Web
AmazonFresh Groceries & More Right To Your Door
Amazon Local Great Local Deals in Your City
AmazonSupply Business, Industrial & Scientific Supplies
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Bookworm.com Books For Children Of All Ages
Casa.com Kitchen, Storage & Everything Home
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography

| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
|---|---|---|---|---|---|---|---|
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates