# Exhibit D

Matthew's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
**Department** ▾    **Search** [All ▾] [_____] [Go]    Hello, Matthew
**Your Account** ▾    Your
**Prime** ▾    **0**
**Cart** ▾    Wish
**List** ▾

**Search** [Denver Hot Shot Books ▾] [_____] [GO]

**Feedback Rating**
★★★★★
**4.8** stars over the past 12 months (**121** ratings, **94**% positive)

[See all feedback](#)

**More Information**
[About Denver Hot Shot Books](#)
[Returns and Refunds Policy](#)
[Shipping Rates](#)

**Denver Hot Shot Books**
http://www.amazon.com/shops/denverhotshotbooks

*Items 1 - 24 of 63*    Sort By: [Newest Arrivals ▾] [GO]


Workbook for Tonal Harmony [Paperback] [Jul 02, 2012] Kostka, Stefan

Buy New: $64.98


Understanding Public Policy (14th Edition) [Paperback] [Jan 20, 2012] Dye, Thomas R.

Buy New: $72.84


Techniques and Guidelines for Social Work Practice (9th Edition) [Paperback] [Feb 04, 2011] Sheafor, Bradford W. and Horejsi, Charles R.

Buy New: $57.99


Scientific Computing [Hardcover] [Jul 17, 2002] Michael T. Heath

Buy New: $80.99


Practical Reliability Engineering [Paperback] [Jan 30, 2012] Patrick P. O'Connor and Andre Kleyner

Buy New: $47.99


Organization Development and Transformation: Managing Effective Change [Jan 30, 2004] French, Wendell; Bell, Cecil and Zawacki, Robert

Buy New: $51.99


Managing Across Cultures (2nd Edition) [Paperback] [Dec 13, 2002] Schneider, Susan C. and Barsoux, Jean-Louis

Buy New: $52.99


Law and Ethics in Educational Leadership (2nd Edition) (Allyn & Bacon Educational Leadership) [Paperback] [Feb 17, 2012] Stader, David L.


Introduction to Finite Element Analysis and Design [Paperback] [Oct 20, 2008] Kim, Nam-Ho and Sankar, Bhavani V.

Buy New: $59.97

Buy New: $54.99



[Heating, Cooling, Lighting: Sustainable Design Methods for Architects [Hardcover] [Nov 24, 2008] Lechner, Norbert](#)

Buy New: $56.99



[Ethics: Theory and Practice (11th Edition) [Paperback] [Aug 01, 2011] Thiroux, Jacques P. and Krasemann, Keith W.](#)

Buy New: $50.99



[Drugs, Brain, and Behavior (6th Edition) [Paperback] [Oct 02, 2011] Grilly, David M. and Salamone, John](#)

Buy New: $52.99



[Children's Thinking (4th Edition) [Paperback] [Jun 19, 2004] Robert S. Siegler and Martha Wagner Alibali](#)

Buy New: $49.00



[Calculus Multivariable [Hardcover] [Jan 04, 2011] Blank, Brian E. and Krantz, Steven G.](#)

Buy New: $51.00



[Business Ethics: Concepts and Cases (7th Edition) [Paperback] [Jul 04, 2011] Velasquez, Manuel G.](#)

Buy New: $55.00



[Applied Linear Regression Models- 4th Edition with Student CD (McGraw Hill/Irwin Series: Operations and Decision Sciences) [Hardcover] [Jan 08, 2004] Kutner, Michael; Nachtsheim, Christopher and Neter, John](#)

Buy New: $137.89



[An Introduction to the Theories of Learning (9th Edition) [Hardcover] [Jul 25, 2012] Olson, Matthew H. and Hergenhahn, BR](#)

Buy New: $72.99



[Advanced Strength and Applied Stress Analysis [Hardcover] [Oct 29, 1998] Budynas, Richard](#)

Buy New: $67.00



[Chemistry for Environmental Engineering and Science [Hardcover] [Aug 27, 2002] Sawyer, Clair; McCarty, Perry and Parkin, Gene](#)



[Design of Analog CMOS Integrated Circuits [Hardcover] [Aug 15, 2000] Razavi, Behzad](#)



[Digital Integrated Circuits (2nd Edition) [Paperback] [Jan 03, 2003] Rabaey, Jan M.;](#)

Chandrakasan, Anantha and Nikolic, Borivoje

Buy New: $99.90

Buy New: $69.00

Buy New: $104.91



Power System Analysis [Hardcover] [Jan 01, 1994] Grainger, John and Stevenson, Jr., William

Buy New: $66.34



Classical Mechanics (3rd Edition) [Jun 25, 2001] Goldstein, Herbert; Poole Jr., Charles P. and Safko, John L.

Buy New: $75.35

Electric Machinery and Power System Fundamentals [Hardcover] [May 31, 2001] Chapman, Stephen

Buy New: $89.98

**Items 1 - 24 of 63**

Page:   | **1** | 2 | 3 | Next

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department ▾ | Search | All ▾ | [search box] | Go | Hello, Matthew Your Account ▾ | Your Prime ▾ | 0 Cart ▾ | Wish List ▾

Search | Denver Hot Shot Books ▾ | [search box] | GO

### Feedback Rating

★★★★★
**4.8** stars over the past 12 months (**121** ratings, **94**% positive)

See all feedback

### More Information

About Denver Hot Shot Books
Returns and Refunds Policy
Shipping Rates

**Denver Hot Shot Books**
http://www.amazon.com/shops/denverhotshotbooks

Items 25 - 48 of 63         Sort By: Newest Arrivals ▾ GO


Substance Abuse Counseling [Hardcover] [Jan 01, 2010] Lewis, Judith A.; Dana, Robert Q. and Blevins, Gregory A.

Buy New: $78.98


Engineering Fundamentals of the Internal Combustion Engine (2nd Edition) [Hardcover] [Jun 20, 2003] Pulkrabek, Willard W.

Buy New: $95.99


Ethics in Engineering [Paperback] [Feb 06, 2004] Mike W. Martin and Roland Schinzinger

Buy New: $48.99


Financial Accounting Theory (6th Edition) [Hardcover] [May 27, 2011] Scott, William R.

Buy New: $59.98


Fundamentals of Chemical Engineering Thermodynamics (Prentice Hall International Series in the Physical and Chemical Engineering Sciences) [Hardcover] [Oct 12, 2012] Matsoukas, Themis

Buy New: $62.00


Child, Family, and Community: Family-Centered Early Care and Education (6th Edition) [Paperback] [Jan 20, 2012] Gonzalez-Mena, Janet

Buy New: $58.98


Handbook of Psychological Assessment [Hardcover] [May 04, 2009] Groth-Marnat, Gary

Buy New: $67.00


Introduction to Behavioral Research Methods (6th Edition) [Hardcover] [Aug 26, 2011] Leary, Mark R.

Buy New: $69.00


Parenting in Contemporary Society (5th Edition) [Paperback] [Aug 05, 2011] Turner, Pauline J. and Welch, Kelly J.

Buy New: $60.99



Project Management for Engineers and Construction [Hardcover] [Jan 25, 2000] Oberlender, Garold

Buy New: $60.00



Radiation Detection and Measurement [Hardcover] [Aug 16, 2010] Knoll, Glenn F.

Buy New: $60.99



Experience Psychology [Paperback] [Jul 26, 2013] King, Laura

Buy New: $73.27



Plants and Society [Paperback] [Jan 31, 2011] Levetin, Estelle and McMahon, Karen

Buy New: $82.97



Modern Compressible Flow: With Historical Perspective [Hardcover] [Jul 19, 2002] Anderson, John

Buy New: $70.00



Phenomenological Research Methods [Paperback] [Jul 27, 1994] Moustakas, Clark

Buy New: $55.98



Introduction to Microelectronic Fabrication: Volume 5 of Modular Series on Solid State Devices (2nd Edition) [Paperback] [Oct 27, 2001] Jaeger, Richard C.

Buy New: $48.84



How to Teach Grammar [Paperback] [Oct 12, 2000] Thornbury, Scott

Buy New: $25.64



Reinforced Concrete Design: To Eurocode 2 [Apr 10, 2012] Mosley, W.H.; Hulse, Ray and Bungey, J. H.

Buy New: $40.00



Classroom Management: Models, Applications and Cases (3rd Edition) [Paperback] [Jan 15, 2012] Manning, M. Lee and Bucher, Katherine T.

Buy New: $42.00



Environmental Biotechnology : Principles and Applications [Hardcover] [Jan 01, 2001] Bruce E. Rittmann, Perry L. McCarty

Buy New: $190.03



Case Approach to Counseling and Psychotherapy [Paperback] [Jan 01, 2012] Corey, Gerald

Buy New: $57.98







Hydrology and Floodplain Analysis (5th Edition) [Hardcover] [Feb 25, 2012] Bedient, Philip B.; Huber, Wayne C. and Vieux, Baxter E.

Buy New: $88.61

Groups: Process and Practice [Nov 25, 2008] Corey, Marianne Schneider; Corey, Gerald and Corey, Cindy

Buy New: $73.99

Design of Machine Elements (8th Edition) [Hardcover] [Oct 24, 2003] Spotts, Merhyle F.; Shoup, Terry E. and Hornberger, Lee E.

Buy New: $85.96

**Items 25 - 48 of 63**

Page:   Previous    1   2   3    Next

Matthew's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department    Search    All    Go    Hello, Matthew Your Account    Your Prime    0 Cart    Wish List

Search    Denver Hot Shot Books    GO

### Feedback Rating

★★★★★
**4.8** stars over the past 12 months (**121** ratings, **94**% positive)

[See all feedback](#)

### More Information

About Denver Hot Shot Books
Returns and Refunds Policy
Shipping Rates

## Denver Hot Shot Books
http://www.amazon.com/shops/denverhotshotbooks

**Items 49 - 63 of 63**            Sort By: Newest Arrivals  GO



Articulatory and Phonological Impairments: A Clinical Focus (4th Edition) (Allyn & Bacon Communication Sciences and Disorders) [Hardcover] [Mar 12, 2011] Bauman-Waengler, Jacqueline

Buy New: $78.65



Qualitative Methods in Social Research [Sep 05, 2001] Esterberg, Kristin G

Buy New: $54.00



Programmable Logic Controllers [Paperback] [Sep 03, 2010] Petruzella, Frank

Buy New: $84.09



Applied Behavior Analysis (2nd Edition) [Hardcover] [Jan 07, 2007] Cooper, John O.; Heron, Timothy E. and Heward, William L.

Buy New: $104.05



Policy Studies for Educational Leaders: An Introduction (4th Edition) (Allyn & Bacon Educational Leadership) [Hardcover] [Mar 24, 2012] Fowler, Frances C.

Buy New: $65.99



Family Therapy: History, Theory, and Practice (5th Edition) (Merrill Counseling) [Hardcover] [Apr 09, 2010] Gladding, Samuel T.

Buy New: $78.98







Diagnosis and Evaluation in Speech Pathology (8th Edition) (Allyn & Bacon Communication Sciences and Disorders) [Hardcover] [Mar 16, 2011] Haynes, William O. and Pindzola, Rebekah H.

Buy New: $64.97

Performance Management (3rd Edition) [Hardcover] [Jan 20, 2012] Aguinis, Herman

Buy New: $83.95

Management of Organizational Behavior (10th Edition) [Hardcover] [Jul 28, 2012] Hersey, Paul; Blanchard, Kenneth H. and Johnson, Dewey E.

Buy New: $81.01



Implementing Organizational Change: Theory Into Practice, 3rd Edition [Paperback] [Jan 15, 2012] Spector, Bert

Buy New: $70.99



Forty Studies That Changed Psychology: Explorations into the History of Psychological Research Fort [Paperback] [Jul 22, 2012] Hock, Roger R., Ph.D.

Buy New: $45.98



Forty Studies that Changed Psychology (7th Edition) [Paperback] [Aug 01, 2012] Hock Ph.D., Roger R.

Buy New: $38.00



Family Therapy: Concepts and Methods (10th Edition) [Hardcover] [Jul 12, 2012] Nichols, Michael P.

Buy New: $77.98



Qualitative Research Design: An Interactive Approach (Applied Social Research Methods) [Paperback] [Jun 08, 2012] Maxwell, Joseph A.

Buy New: $39.00



Fundamentals of Phonetics: A Practical Guide for Students (3rd Edition) (Allyn & Bacon Communication Sciences and Disorders) [Paperback] [Apr 14, 2011] Small, Larry H.

Buy New: $78.49

**Items 49 - 63 of 63**

Page:    Previous    1    2    **3**