# Exhibit E

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search All [ ] Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

# Denver Hot Shot Books - Details

Storefront: www.amazon.com/shops/denverhotshotbooks

- About
- Shipping Rates & Delivery Estimates
- Privacy & Security
- Returns and Refunds

For questions regarding products, order delivery, or returns, please contact Denver Hot Shot Books Customer Service:

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon. For questions about how to place an order, search Amazon Help.

**Recent Feedback:** ★★★★★

4.8 stars over the past 12 months (**122** ratings)

Previous Page | Next Page

**5/5:** "Worth the price, arrived on time, arrived as intended, met my standard. Was in the condition listed, and what I needed at the time."
hunting4fish, April 5, 2014

**5/5:** "Fast and easy transaction"
Gabriela , April 2, 2014

**5/5:** "The book arrived before expected and in perfect condition. I would buy again from this seller. Great service! Thank you!"
Angelica Velazquillo, April 1, 2014

**5/5:** "Great condition and arrived quickly! Will buy again if I ever need another book!"
Samantha Mostafa, March 31, 2014

**5/5:** "Great transaction"
Tammy M. Buchanan, March 30, 2014

**5/5:** "Super fast shipping!"
Brian D, March 28, 2014

**3/5:** "THE SELLER WAS PROMPT WITH OFFERING ME A REFUND AND THEIR COMMUNICATION WAS GOOD SO I DID NOT LEAVE NEGATIVE FEEDBACK. MY PROBLEM WAS, MY BOOK WAS A COUNTERFEIT. IT WAS PRINTED AND SHIPPED FROM MALAYSIA . IT SORT OF LOOKED LIKE A U.S. EDITION, BUT CHEAPER, CLEARLY A FAKE. THE CONTENT WAS THE SAME AND THE BOOK WAS INEXPENSIVE,SELLER SEEMED FULLY AWARE AS WELL. INTRO TO QUANTUM MECHANICS 2ND ED."
P.T., March 25, 2014

**5/5:** "Very good service and book was as described"
wendy , March 24, 2014

Previous Page | Next Page

## About Denver Hot Shot Books

Top of Page

Denver Hot Shot Books is committed to providing each customer with the highest standard of customer service.

## Shipping Rates & Delivery Estimates

Top of Page

When you purchase a new, refurbished, used, or collectible item from a seller at Amazon Marketplace, you pay immediately, online. Included in your payment is a pre-calculated fee for shipping.

### Marketplace Shipping Times

Most sellers agree to ship within 2 business days of your purchase. Expected transit times for each shipping method are listed below unless otherwise noted in the seller's policies.

- **Domestic Standard:** 3 - 5 or 4 - 14 business days after shipment, depending on the seller's settings
- **Domestic Expedited:** 1 - 3 or 2 - 6 business days after shipment, depending on the seller's settings
- **Domestic Two-Day:** 2 business days after shipment
- **Domestic One-Day:** 1 business day after shipment
- **International Standard:** 3 - 6 weeks (may take longer due to customs delays)
- **International Expedited:** 3 - 7 business days (may take longer due to customs delays)

Seller shipping times are not guaranteed and the actual performance varies by seller.

Should you have any questions about your shipment, please contact the seller directly.

### Seller Shipping Rates

Your shipping fees when buying items from a seller on Amazon.com depend on the type of product you purchase.

Rates are based on shipping a single item. Purchasing multiple items from a seller may result in multiple shipping charges.

For buyers within the United States, shipping charges and options vary according to the product being purchased, and are listed in the chart below unless otherwise noted in the seller's policies.

|  | **Domestic Standard*** (4 - 14 business days**) | **Domestic Expedited*** (2 - 6 business days**) | **Domestic Two-Day** (2 business days) | **Domestic One-Day** (1 business day) |
|---|---|---|---|---|
| **Books** | $3.99 | $6.99 | $14.95 | $19.99 |
| **CDs, Cassettes, Vinyl** | $3.99 | $6.19 | $14.95 | $19.99 |
| **VHS Videotapes** | $3.99 | $6.19 | $14.95 | $19.99 |
| **DVDs** | $3.99 | $6.19 | $14.95 | $19.99 |
| **Video Games** | $3.99 | $6.99 | Not available | Not available |
| **Software & Computer Games** | $3.99 | $6.99 | Not available | Not available |
| **Camera & Photo** | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| **Tools & Hardware** | $4.49 + | $6.49 + $0.99/lb. | Not available | Not available |

| | | | | |
|---|---|---|---|---|
| Kitchen & Housewares | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Computer | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Outdoor Living | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Electronics | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Sports & Outdoors | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Cell Phones & Service | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Musical Instruments | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Office Products | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Toy & Baby | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |
| Everything Else | $4.49 + $0.50/lb. | $6.49 + $0.99/lb. | Not available | Not available |

Shipping charges for media products (Books, CD's, DVD and VHS) delivered outside of the United States are listed in the chart below. Shipping charges for non-media products delivered outside the United States are set by the sellers themselves. Please see the rates posted in the seller's shipping policies.

| | International Standard (3 - 6 weeks) | International Expedited (3 - 7 business days) |
|---|---|---|
| **Books** | $16.95 up to 1 lb. $24.95 over 1 lb. | $46.50 |
| **CDs, Cassettes, Vinyl** | $14.95 | $46.50 |
| **VHS Videotapes** | $14.95 | $46.50 |
| **DVDs** | $14.95 | $46.50 |

* Includes APO, FPO, and U.S. Protectorate addresses.

** Some sellers offer reduced transit times when shipping orders. Please see the seller's policies for more information.

**Note:** Buyers outside the U.S. cannot purchase the following types of items from sellers: video games, toy and baby items, electronics, cameras and photo items, tools and hardware, kitchenware and housewares, sporting goods and outdoor equipment, software, and computers.

**Placing Orders from Outside the United States**

Seller orders can only be placed from international locations if the buyer is in a supported country (see the list below). International Standard shipping is the only ship option available for seller orders fulfilled by Amazon.com.

**Supported Countries**

| | |
|---|---|
| Region Key | |
| Continental US | Continental US states not including Alaska and Hawaii |
| Alaska and Hawaii | Alaska and Hawaii |
| US Protectorates | Puerto Rico, U.S. Virgin Islands, U.S. Minor Outlying Islands, Guam, American Samoa and Northern Mariana Islands |
| APO/FPO | Army Post Office and Fleet Post Office |
| Canada | Canada |
| Europe | Austria, Belgium, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Faroe Islands, Finland, France, Germany, Greece, Greenland, Guernsey, Hungary, Iceland, Ireland, Isle of Man, Italy, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Netherlands, Norway, Poland, Portugal, Russia, San Marino, Slovakia, Slovenia, Spain, Sweden, Switzerland, Turkey, United Kingdom (England, Northern Ireland, Scotland, and Wales) |
| Asia | China, Hong Kong, India, Israel, Japan, French Polynesia, Marshall Islands, Micronesia, New Caledonia, New Zealand, Palau, Singapore, South Korea |
| Australia | Australia |
| Outside US, Eur., CA, Asia | Argentina, Brazil, Costa Rica, Mexico, South Africa |

**How Our Rates Are Calculated**

Amazon.com charges buyers a flat rate for shipping seller orders, and passes the funds to the seller to offset the costs of packaging and labor, as well as the actual postage required.

The credit given to a seller will usually closely match what the seller pays to ship the item, using the option that you have chosen (i.e. Domestic Standard, Domestic Expedited, etc.).

## Privacy & Security

Top of Page

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Notice.

In addition, we want you to be aware that Amazon.com will provide Denver Hot Shot Books with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Denver Hot Shot Books's Privacy Policy.

**Privacy Practices**

Denver Hot Shot Books values the privacy of your personal data.

See Amazon.com's Privacy Notice

## Returns and Refunds

Top of Page

Please refer to the Amazon.com Product Return Policy. Please contact Denver Hot Shot Books to get information about any additional policies that may apply:

Contact this seller

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon.
For questions about how to place an order, search Amazon Help.

---

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

### Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

---

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates