# Exhibit F

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search: Hamiltons Book Shop | Cengage | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

**Brand**
Brand: Cengage Learning (6)
NA (1)

**Hamiltons Book Shop Storefront › "Cengage"**

Showing 11 Results    Detail    Image


Ad Feedback


Ethics in Media Communications: Cases and Controversies (with InfoTrac)
**$59.19** Paperback


Community Counseling: A Multicultural-Social Justice Perspective (Community and Agency Counseling)
**$109.99** Hardcover


Elements of Forecasting (with InfoTrac 1-Semester, Economic Applications Online Product, Data Sets Printed Access...
**$67.00** Hardcover


Nutrition Counseling and Education Skill Development
**$113.31** Paperback


Student Manual for Corey's Theory and Practice of Counseling and Psychotherapy, 9th
**$60.99** Paperback


Case Approach to Counseling and Psychotherapy
**$61.01** Paperback


Foundations of Behavioral Research (Psy 200 (300) Quantitative Methods in Psychology)
**$100.00** Hardcover


Applying Career Development Theory to Counseling
**$116.01**


Substance Abuse Counseling
**$81.01** Hardcover




Physical Chemistry
**$104.00** Hardcover

Group Counseling Interventions and Techniques
**$31.99**

**Sponsored Links**

**Cengage - Official Site**   Print, Digital, & Rental Textbooks. Save This Semester at CengageBrain!
www.**cengage**brain.com/TextbookSale

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for?   [Yes]   [No]
If you need help or have a question for Customer Service, please visit the Help Section.

SimpliciKey Remote Control Electronic Deadbolt
$189.99

Ad Feedback



Search powered by

| Hamiltons Book Shop Privacy Statement | Hamiltons Book Shop Shipping Information | Hamiltons Book Shop Returns & Exchanges |

**Your Recently Viewed Items and Featured Recommendations**



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |

# amazon.com

Australia | Brazil | Canada | China | France | Germany | India | Italy | Japan | Mexico | Spain | United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
|---|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | Hamiltons Book Shop ▾ | Pearson | Go | Hello, Matthew Your Account ▾ | Your Prime ▾ | 0 Cart ▾ | Wish List ▾

**Brand**
Brand: Pearson (16)
Unknown (3)
Brand: Bluestone Press (1)
Brand: Prentice Hall (5)
NA (1)


ASUS Transformer Book T100 — Form, meet Function. 2-in-1 ultraportable laptop with a 10-inch detachable tablet. Intel Atom processor. Shop now.
Ad Feedback

**Hamiltons Book Shop Storefront › "Pearson"**

Showing 44 Results | Detail | Image


The Essentials of Family Therapy (6th Edition)
**$98.46** Paperback


Policy Studies for Educational Leaders: An Introduction (4th Edition) (Allyn & Bacon Educational Leadership)
**$66.01** Hardcover


Learning the Art of Helping: Building Blocks and Techniques (5th Edition) (The Merrill Counseling)
**$77.21** Paperback


Beginning Behavioral Research: A Conceptual Primer (7th Edition)
**$95.01** Hardcover


A New History of Social Welfare (7th Edition) (Connecting Core Competencies)
**$70.00**


Articulatory and Phonological Impairments: A Clinical Focus (4th Edition) (Allyn & Bacon Communication Sciences...
**$78.64** Hardcover


Understanding Public Policy (14th Edition)
**$72.83** Paperback

Parenting in Contemporary Society (5th Edition)
**$61.01** Paperback

An Introduction to the Theories of Learning (9th Edition)
**$118.01** Hardcover


Practical Research: Planning and Design (10th Edition)
**$78.00** Paperback


Diagnosis and Evaluation in Speech Pathology (8th Edition) (Allyn & Bacon Communication Sciences and Disorders...
**$66.01** Hardcover


Drugs, Brain, and Behavior (6th Edition)
**$50.42** Paperback


Introduction to Behavioral Research Methods (6th Edition)
**$68.99** Hardcover


Classroom Management: Models, Applications and Cases (3rd Edition)
**$42.01** Paperback


Race and Ethnicity in the United States (7th Edition)
**$65.99** Paperback

Ethics: Theory and Practice (11th Edition)
**$61.01** Paperback


Forty Studies that Changed Psychology (7th Edition)
**$51.01** Paperback


Family Therapy: Concepts and Methods (10th Edition)
**$78.00** Hardcover


Social Work Macro Practice (5th Edition)
**$116.13** Paperback


Articulation and Phonological Disorders: Speech Sound Disorders in Children (7th Edition)
**$113.08** Hardcover


How to Teach Grammar
**$46.01** Paperback


Fundamentals of Phonetics: A Practical Guide for Students (3rd Edition) (Allyn & Bacon Communication Sciences...
**$78.48** Paperback


Introduction to Human Services: Policy and Practice, An (8th Edition)
**$75.85** Paperback


Understanding Global Conflict and Cooperation: An Introduction to Theory and History (9th Edition)
**$48.08** Paperback


Law and Ethics in Educational Leadership (2nd Edition) (Allyn & Bacon Educational Leadership)
**$59.96** Paperback


Contemporary Urban Planning (10th Edition)
**$63.79** Paperback


Child, Family, and Community: Family-Centered Early Care and Education (6th Edition)
**$59.01** Paperback


Fundamentals of Complex Analysis with Applications to Engineering, Science, and Mathematics (3rd Edition)
**$70.00** Hardcover


The Mind and Heart of the Negotiator (5th Edition)
**$84.01** Paperback


Techniques and Guidelines for Social Work Practice (9th Edition)
**$57.98** Paperback


Research Methods: A Process of Inquiry (8th Edition)
**$95.01** Hardcover


Essentials of Strategic Management (5th Edition)
**$91.63** Paperback


Artificial Intelligence: A Guide to Intelligent Systems (3rd Edition)
**$52.01** Paperback



The Psychologist as Detective: An Introduction to Conducting Research in Psychology
**$86.01** Paperback



Logistics and Supply Chain Management (4th Edition) (Financial Times Series)
**$39.00** Hardcover



Performance Management (3rd Edition)
**$83.94** Hardcover



Hydrology and Floodplain Analysis (5th Edition)
**$88.60** Hardcover



Management of Organizational Behavior (10th Edition)
**$95.01** Hardcover



Implementing Organizational Change: Theory Into Practice, 3rd Edition
**$71.01** Paperback



Financial Accounting Theory (6th Edition)
**$60.01** Hardcover



Introduction to Quantum Mechanics 2ND EDITION
**$91.57**



Classical Mechanics (3rd Edition)
**$95.01** Hardcover



Computer Vision: A Modern Approach (2nd Edition)
**$78.78** Hardcover

Understanding Cross-Cultural Management (2nd Edition)
**$83.00** Paperback

**Sponsored Links**

Search for **Pearson** Website Look Up Quick Results Now!

**Pearson Website**    www.wow.com/**Pearson**+Website

See a problem with these advertisements? Let us know

## Search Feedback

Did you find what you were looking for?  [ Yes ]  [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

SimpliciKey Remote Control Electronic Deadbolt
$189.99

Ad Feedback

Search powered by

Hamiltons Book Shop Privacy Statement    Hamiltons Book Shop Shipping Information    Hamiltons Book Shop Returns & Exchanges

## Your Recently Viewed Items and Featured Recommendations



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

amazon.com

Australia    Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

Case 1:14-cv-03174-DAB-SDA    Document 26-6    Filed 05/23/14    Page 10 of 14

Matthew's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department    Search  Hamiltons Book Shop  Wiley  Go    Hello, Matthew Your Account    Your Prime    0 Cart    Wish List

**Brand**
Brand: Wiley (3)
NA (1)
Brand: (1)
Brand: McGraw-Hill Science/Engineering (1)


Ad Feedback

**Hamiltons Book Shop Storefront** › **"Wiley"**

Showing 29 Results    Detail    Image


Financial Accounting
**$49.00**


**Nutrition: Science and Applications with Booklet package** by Lori A. Smolin and Mary B. Grosvenor
**$89.00** Hardcover
Only 5 left in stock - order soon.
(24)


Handbook of Psychological Assessment
**$89.50** Hardcover


Applying International Financial Reporting Standards
**$97.00** Paperback


Thermal Design and Optimization
**$90.00** Hardcover


Intermediate Accounting, Vol. 1: IFRS Edition
**$80.00** Hardcover


Introduction to Finite Element Analysis and Design
**$45.00** Paperback


Facilities Planning
**$80.00** Hardcover


Introduction to Robotics: Analysis, Control, Applications
**$57.92** Hardcover




Heating, Cooling, Lighting: Sustainable Design Methods for Architects
**$56.98** Hardcover

Microwave Engineering
**$76.00** Hardcover

Practical Reliability Engineering
**$48.01** Paperback





Antenna Theory: Analysis and Design, 3rd Edition
**$93.00** Hardcover

Advanced Mechanics of Materials
**$94.00** Hardcover

System Dynamics: Modeling, Simulation, and Control of Mechatronic Systems
**$80.50** Hardcover





Calculus Multivariable
**$49.01** Hardcover

Antenna Theory and Design
**$72.00** Hardcover

Bridge Design and Evaluation: LRFD and LRFR
**$80.78** Hardcover





Contemporary Strategy Analysis and Cases: Text and Cases
**$89.00** Paperback

Elementary Principles of Chemical Processes
**$83.22** Hardcover

Management Information Systems, Moving Business Forward
**$72.00** Paperback


Radiation Detection and Measurement
**$61.01** Hardcover


Building Structures
**$85.00** Hardcover


Classical Electrodynamics Third Edition
**$64.96** Hardcover


Fundamentals of Molecular Virology
**$75.00** Paperback


Polymer Processing: Principles and Design
**$79.44** Hardcover


Tourism Research (Wiley Australia Tourism)
**$70.00** Paperback

Separation Process Principles
**$71.01**

Prescott's Microbiology
**$189.99** Hardcover

**Search Feedback**
Did you find what you were looking for?  Yes   No
If you need help or have a question for Customer Service, please visit the Help Section.


SimpliciKey Remote Control Electronic Deadbolt
$189.99

Ad Feedback

Search powered by 

Hamiltons Book Shop Privacy Statement    Hamiltons Book Shop Shipping Information    Hamiltons Book Shop Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates