# Exhibit G

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

**Shop by Department** | **Search** All [ ] Go | Hello, Matthew **Your Account** | Your **Prime** | **0 Cart** | Wish **List**

# Hamiltons Book Shop - Details

Storefront: www.amazon.com/shops/A3F14001UTU0N8

- About
- Shipping Rates
- Shipping Policies
- Tax Information
- Privacy & Security
- Returns and Refunds

For questions regarding products, order delivery, or returns, please contact Hamiltons Book Shop Customer Service:

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon. For questions about how to place an order, search Amazon Help.

**Recent Feedback:** ★★★★½

4.5 stars over the past 12 months (**139** ratings)

Previous Page | Next Page

**1/5:** "Photocopied! Waste of $$ and time - the text and the ISBN barcode are all messed up! Easy to tell that it is photocopied since some of the words are lengthened - shows the scanner did not capture the text correctly. Therefore, this is not the original book! Plus, the paper feels like regular copy paper, not the original paper by the publisher (I went to the bookstore to check on the original book)."

Barry W, April 4, 2014

**Seller Response:** This buyer is my competitor he sells the same book and is trying to sabatage my account. Remove the competition i.e my book store. I will be writing to Amazon and reporting this individual.
Date: April 4, 2014

**5/5:** "great seller willing to do buissiness again"

Eddie, April 3, 2014

**2/5:** "Recieved different book from the one advertised. I received the International edition. Has the same content but NOT in the same order. Seller gave me a $25 discount. I now have to compare table of contents to locate information when studying."

Laurie Ann Maldonado, April 3, 2014

**Seller Response:** Please return the book for a full refund. You have owned the book for 4 months now and you only just realised you had the wrong book? Anyway as a gesture of good will please return the book and we will refund you.
Date: April 4, 2014

**5/5:** "The book came in time and I was happy!"
Anya Yastremsky, April 2, 2014

**5/5:** "Excellent"
sulaiman alassafi, March 28, 2014

**5/5:** "A+ OK as described."
Frieda L., March 26, 2014

**5/5:** "school - what more can I say? prompt shipping.. thanks!"
PakRatz Haven, March 25, 2014

**5/5:** "Speedy delivery, book in condition as described."
Toni, March 24, 2014

Previous Page | Next Page

## About Hamiltons Book Shop

Hamiltons Book Shop have over 1000+ used books in stock at any time, check out our listing in Amazon, we prides on achieving the best customer services to all our customers.

Top of Page

## Hamiltons Book Shop Shipping Rates

Listed below are shipping details for Hamiltons Book Shop, including the geographies shipped to, the service level offered, and the prices charged. Note that Media Rates are based on shipping a single item. Purchasing multiple media items results in multiple shipping charges.

▼ Shipping rates for all products (excluding Books, Music, Video and DVD)

|  |  | Standard |
|---|---|---|
| **Continental US Street** | ETA | 3 - 5 business days |
|  | per Item | $0.00 |
|  | per Weight (lbs) | $0.50 |
|  | per Shipment | $4.49 |
| **Continental US PO Box** | ETA | 3 - 5 business days |
|  | per Item | $0.00 |
|  | per Weight (lbs) | $0.50 |
|  | per Shipment | $4.49 |
| **Alaska and Hawaii Street** | ETA | 3 - 7 business days |
|  | per Item | $0.00 |
|  | per Weight (lbs) | $0.50 |
|  | per Shipment | $4.49 |
| **Alaska and Hawaii PO Box** | ETA | 3 - 7 business days |
|  | per Item | $0.00 |
|  | per Weight (lbs) | $0.50 |
|  | per Shipment | $4.49 |
| **US Protectorates Street** | ETA | 4 - 8 business days |
|  | per Item | $0.00 |
|  | per Weight (lbs) | $0.50 |
|  | per Shipment | $4.49 |
| **US Protectorates PO Box** | ETA | 4 - 8 business days |
|  | per Item | $0.00 |
|  | per Weight (lbs) | $0.50 |
|  | per Shipment | $4.49 |
| **APO/FPO Street** | ETA | 18 - 32 business days |

**Frequently Asked Questions**

Customer Returns:-

In the unlikely event you are unhappy with your purchase, you may request a refund within 7 days of receipt. The buyer is responsible to return the book at their own cost to our Offices Returns Department.

| | |
|---|---|
| per Item | $0.00 |
| per Weight (lbs) | $0.50 |
| per Shipment | $4.49 |

▼ * Shipping Rates for Books, Music, Video and DVD

| | Domestic Standard 4 - 14 business days | Faster Domestic Standard 3 - 5 business days** | Domestic Expedited 2 - 6 business days | Faster Domestic Expedited 1 - 3 business days** | Two Day 2 business days | One Day 24 hours | International Standard 21 - 42 business days |
|---|---|---|---|---|---|---|---|
| **Books** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $16.95 |
| **Books over 1 lb.** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $24.95 |
| **CDs, Cassettes, Vinyl** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **VHS Videotapes** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **DVDs** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |

* Your shipping fees when buying Books, Music, Videos and DVDs at Amazon Marketplace are fixed according to the type of product you purchase.
**  Available for selected items.
   Rates are based on shipping a single item. Purchasing multiple items results in multiple shipping charges-there are no "per shipment" and "per item" charges, as there are when you buy directly from Amazon.com.

| Region Key | |
|---|---|
| Continental US | Continental US states not including Alaska and Hawaii |
| Alaska and Hawaii | Alaska and Hawaii |
| US Protectorates | American Samoa, Guam, Marshall Islands, Federated States of Micronesia, Northern Mariana Islands, Palau, Puerto Rico, and the Virgin Islands (U.S.) |
| APO/FPO | Army Post Office and Fleet Post Office |
| Canada | Canada |
| Europe | Albania, Andorra, Austria, Belarus, Belgium, Bosnia-Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Faroe Islands, Finland, France, Georgia, Germany, Gibraltar, Greece, Greenland, Holy See, Hungary, Iceland, Ireland, Italy, Jan Mayen Is., Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Monaco, Montenegro, the Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Republic of Serbia, Slovakia, Slovenia, Spain, Svalbard, Sweden, Switzerland, Turkey, Ukraine, United Kingdom and Yugoslavia |
| Asia | Australia, Bangladesh, Bhutan, Brunei Darussalam, Cambodia, China, Christmas Island, Cook Islands, East Timor, Fiji, French Polynesia, Hong Kong, India, Indonesia, Japan, Kiribati, Lao People's Democratic Rep., Macau, Malaysia, Maldives, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, New Zealand, Niue, Papua New Guinea, Philippines, Samoa, Singapore, Solomon Islands, South Korea, Sri Lanka, Taiwan, Thailand, Tonga, Tuvalu, Vanuatu and Vietnam |
| Outside US, Eur., CA, Asia | Brazil, Mexico, South Africa |

Top of Page

## Hamiltons Book Shop Shipping Policies

We use Fedex, UPS and DHL as our main shipment carriers and we provide a tracking number for all our shipments once dispatched.  All of our books are well packaged in a thick padded packet which keeps your book safe during shipment. Please note we use various fulfillment centers and 3rd party logistics globally to ship orders .

Top of Page

## Hamiltons Book Shop Tax Information

Sales tax is not separately calculated and collected in connection with items ordered from Hamiltons Book Shop through the Amazon.com Site unless explicitly indicated as such in the ordering process. Items ordered from Hamiltons Book Shop may be subject to tax in certain states, based on the state to which the order is shipped. If an item is subject to sales tax, in accordance with state tax laws, the tax is generally calculated on the total selling price of each individual item, including shipping and handling charges, gift-wrap charges and other service charges, less any applicable discounts. If tax is separately calculated and collected in connection with items ordered from Hamiltons Book Shop through the Amazon.com Site, the tax amounts that appear during the ordering process are estimated - the actual taxes that will be charged to your credit card will be calculated at the time your order is processed and will appear in your order confirmation notification.

Top of Page

## Privacy & Security

Top of Page

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Notice.

In addition, we want you to be aware that Amazon.com will provide Hamiltons Book Shop with

information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Hamiltons Book Shop's Privacy Policy.

**Privacy Practices**

Hamiltons Book Shop values the privacy of your personal data.

See Amazon.com's Privacy Notice

**Returns and Refunds**                                                      Top of Page

Please refer to the Amazon.com Product Return Policy. Please contact Hamiltons Book Shop to get information about any additional policies that may apply:

Contact this seller

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon. For questions about how to place an order, search Amazon Help.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
|---|---|---|---|---|---|---|---|
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates