# Exhibit H

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search | Skydynamic ▾ | Cengage | Go | Hello, Matthew Your Account ▾ | Your Prime ▾ | 0 Cart ▾ | Wish List ▾

**Brand**
Brand: Cengage Learning EMEA (1)

**Skydynamic Storefront** › **"Cengage"**
Showing 2 Results


Safari Power Saver
Click to Start Flash Plug-in
xfinity
THE FREE-VR EVENT
Ad Feedback



**International Human Resource Management (with CourseMate and eBook Access Card)** by Peter J Dowling, Marion Festing and Allen Engle
**$62.69** to rent
$68.00 to buy
Only 2 left in stock - order soon.
Sell this back for an Amazon.com Gift Card



**International Human Resource Management** by Peter J Dowling, Marion Festing and Allen Engle
$74.99 **$62.99**
Only 5 left in stock - order soon.
Sell this back for an Amazon.com Gift Card

**Sponsored Links**

**Cengage - Official Site**   Print, Digital, & Rental Textbooks. Save This Semester at CengageBrain!
www.**cengage**brain.com/TextbookSale

See a problem with these advertisements?   Let us know

**Search Feedback**
Did you find what you were looking for?   Yes   No
If you need help or have a question for Customer Service, please visit the Help Section.

Ad Feedback

Search powered by 

Skydynamic Privacy Statement         Skydynamic Shipping Information         Skydynamic Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**


Loading

| **Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You** |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
|---|---|---|---|---|---|---|---|
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search | Skydynamic | Pearson | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

**Brand**
Brand: Pearson Education Limited (1)
Brand: Pearson Academic (1)
Brand: Pearson (2)
Brand: Pearson Education (1)

Skydynamic Storefront › "Pearson"

Showing 37 Results    Detail    Image


Essentials of Services Marketing (2nd Edition)
**$50.11** Paperback


Physiology of Behavior
**$68.45** Paperback


Operations Management Global Edition
**$50.54** Paperback


Principles of Marketing Global Edition
**$55.00** Paperback


Research Methods for Business Students (6th Edition)
**$51.94** Paperback


Corporate Finance, 3rd Edition
**$53.16** Paperback


Consumer Behavior: Buying, Having, and Being
**$58.00** Paperback


Biological Science Pearson New International Edition
**$48.10** Paperback


Title
**$59.00** Paperback


Ad Feedback





Multinational Business Finance
**$51.09** Paperback

The Economics of Money, Banking and Financial Markets
**$52.90** Paperback

International Business Global Edition
**$52.00** Paperback





Foundations of Finance
**$51.01** Paperback

Principles of Marketing Global Edition
**$58.00** Paperback

Operations Management (7th Edition)
**$75.14** Paperback





Principles of Human Physiology Pearson New International Edition
**$49.09** Paperback

Managerial Economics
**$53.00** Paperback

Relationship Marketing: Exploring Relational Strategies in Marketing
**$80.29** Paperback





Statistics for Managers Using Ms Excel
**$55.00** Paperback

International Business Global Edition
**$44.00** Paperback

Economics
**$17.49** Paperback


Macroeconomics (3rd Edition)
**$55.00** Paperback


Social Psychology
**$55.16** Paperback


Title: Psychology of Gender (International Edition)
**$58.19**


Options, Futures, and Other Derivatives (Global Edition)
**$53.71** Paperback


Business Driven Data Communications
**$33.98** Paperback


Introduction to Management Science
**$58.00** Paperback


Principles of Risk Management and Insurance
**$50.18** Paperback


Market-Based Management: International Version
**$52.00** Paperback


Principles of Operations Management GI
**$50.97** Paperback


Business Essentials
**$41.00** Paperback


Principles of Microeconomics
**$66.44** Paperback


Principles of Economics Global Edition
**$44.91**




Construction Accounting and Financial Management
**$65.00** Paperback

Title
**$44.57** Paperback

Essentials of Human Anatomy & Physiology
**$65.86** Paperback



Innovation Management: Context, strategies, systems and processes
**$73.30** Paperback

**Sponsored Links**

**Pearson Website**    Search for **Pearson** Website Look Up Quick Results Now!
www.wow.com/**Pearson**+Website

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for?  [Yes]  [No]
If you need help or have a question for Customer Service, please visit the Help Section.

Rayovac UltraPRO Alkaline AA Batteries 48-Pack
(40)
$43.79 **$19.47**

Ad Feedback

Search powered by 

Skydynamic Privacy Statement    Skydynamic Shipping Information    Skydynamic Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**



### Get to Know Us
- Careers
- Investor Relations
- Press Releases
- Amazon and Our Planet
- Amazon in the Community
- Fire TV – Amazon's Media Player

### Make Money with Us
- Sell on Amazon
- Become an Affiliate
- Advertise Your Products
- Independently Publish with Us
- › See all

### Amazon Payment Products
- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Shop with Points
- Credit Card Marketplace
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Kindle
- Help

---

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City | **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services |
| **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography |
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands |
| **Soap.com**<br>Health, Beauty &<br>Home Essentials | **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search | Skydynamic | Wiley | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

**Brand**
Brand: Wiley (2)
Brand: Wiley-Blackwell (1)

Skydynamic Storefront › "Wiley"

Showing 15 Results   Detail   Image


International Trade
**$54.55** Paperback


Mass Transfer Operations for the Practicing Engineer
**$87.60** Hardcover


Mobile Intelligence (Wiley Series on Parallel and Distributed Computing)
**$50.00** Hardcover


The Art of Software Testing
**$60.88** Hardcover


Wireless Sensor and Actuator Networks: Algorithms and Protocols for Scalable Coordination and Data Communication...
**$59.89** Hardcover


Economic Systems Analysis and Assessment: Intensive Systems, Organizations,and Enterprises
**$29.50** Hardcover



Self-Organized Organic Semiconductors: From Materials to Device Applications
**$32.69** Hardcover



Nanoplatform-Based Molecular Imaging
**$99.00** Hardcover

Introduction to Information Systems.
**$55.00** Paperback

Ad Feedback


Marketing Communications: A Brand Narrative Approach
**$62.00** Paperback


Investments: Principles and Concepts
**$47.41** Paperback


Modern Trigonometry: Analysis and Applications
**$46.95** Paperback

Organisational Behaviour
**$95.00** Paperback


Applied Statistics and Probability for Engineers
**$40.00** Paperback


APA Style Simplified: Writing in Psychology, Education, Nursing, and Sociology
**$46.00** Hardcover

**Search Feedback**
Did you find what you were looking for? Yes  No

If you need help or have a question for Customer Service, please visit the Help Section.

Rayovac UltraPRO Alkaline AA Batteries 48-Pack
 (40)
$43.79 **$19.47**

Ad Feedback

Search powered by 

Skydynamic Privacy Statement        Skydynamic Shipping Information        Skydynamic Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
|---|---|---|---|---|---|---|---|
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates