# Exhibit I

Matthew's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department | Search All [ ] Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

# Skydynamic - Details

Storefront: www.amazon.com/shops/ANBJ9AWGWXRR6

- About
- Shipping Rates
- Shipping Policies
- Tax Information
- Privacy & Security
- Returns and Refunds

For questions regarding products, order delivery, or returns, please contact Skydynamic Customer Service:

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon. For questions about how to place an order, search Amazon Help.

Top of Page

## About Skydynamic

Skydynamic is committed to providing each customer with the highest standard of customer service.

Top of Page

## Skydynamic Shipping Rates

Listed below are shipping details for Skydynamic, including the geographies shipped to, the service level offered, and the prices charged. Note that Media Rates are based on shipping a single item. Purchasing multiple media items results in multiple shipping charges.

▼ Shipping rates for all products (excluding Books, Music, Video and DVD)

|  |  | Standard | Expedited |
|---|---|---|---|
| **Continental US Street** | ETA | 17 - 26 business days | 1 - 3 business days |
|  | per Item | $3.99 | $6.99 |
|  | per Weight (lbs) | $0.00 | $0.00 |
|  | per Shipment | $3.99 | $6.99 |
| **Alaska and Hawaii Street** | ETA | 17 - 26 business days | 1 - 3 business days |
|  | per Item | $3.99 | $6.99 |
|  | per Weight (lbs) | $0.00 | $0.00 |
|  | per Shipment | $3.99 | $6.99 |
| **US Protectorates Street** | ETA | 4 - 8 business days | 2 - 4 business days |
|  | per Item | $3.99 | $6.99 |
|  | per Weight (lbs) | $0.00 | $0.00 |
|  | per Shipment | $3.99 | $6.99 |
| **Canada** | ETA | 5 - 10 business days | 2 - 4 business days |
|  | per Item | $3.99 | $6.99 |
|  | per Weight (lbs) | $0.00 | $0.00 |
|  | per Shipment | $3.99 | $6.99 |

▼ * Shipping Rates for Books, Music, Video and DVD

|  | Domestic Standard 17 - 26 business days | Faster Domestic Standard 3 - 5 business days** | Domestic Expedited 2 - 6 business days | Faster Domestic Expedited 1 - 3 business days** | Two Day 2 business days | One Day 24 hours | International Standard 21 - 42 business days |
|---|---|---|---|---|---|---|---|
| **Books** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $16.95 |
| **Books over 1 lb.** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $24.95 |
| **CDs, Cassettes, Vinyl** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **VHS Videotapes** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **DVDs** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |

### Recent Feedback: ★★★★½

4.6 stars over the past 12 months (**94** ratings)

Next Page

**5/5:** "Arrives even before. Brand new! Definitely recommend Skydynamic as a seller."
Toam F., May 1, 2014

**5/5:** "The book arrived promptly and in the condition described."
Eric Sweeney, April 25, 2014

**1/5:** "2nd order and my friends and I are stick with COUNTERFEIT books....illegal copies BEWARE -- Seller gave me full refund but when I asked to return the book he said keep it and he refunded me right away...I was very SURPRISED why --. Please be aware of this seller. Now it makes sense why he said keep the book because its counterfeit copies!! He is violating so many ethical policies and Amazon's too!"
JohnPinto1 , April 24, 2014

**1/5:** "Seller gave me full refund but when I asked to return the book he said keep it and he refunded me right away... I was very SURPRISED why -- I bought these books for my friends as well as they were good price but when we went to class, professor said these are COUNTERFEIT books. Please be aware of this seller. Now it makes sense why he said keep the book because its counterfeit copies!!"
JohnPinto1 , April 24, 2014

**1/5:** "Awful, Dishonest What a horrible experience. Both books I received were newspaper quality. The Textbook that was sent to me seems to be a counterfeit, hardcover and binder are already falling apart and crumbling with the pages falling out.The textbook appears to be a cheap photocopy of the original. Printed words are warped with blank pages in the middle of the book that are flimsy, insubstantial."
Alex F., April 24, 2014

**1/5:** "Awful, Dishonest What a horrible experience. Both books I received were newspaper quality. The Textbook that was sent to me seems to be a counterfeit, hardcover and binder are already falling apart and crumbling with the pages falling out.The textbook appears to be a cheap photocopy of the original. Printed words are warped with blank pages in the middle of the book that are flimsy, insubstantial."
Alex F., April 24, 2014

**5/5:** "A++"
Frieda L., April 22, 2014

**5/5:** "The book was in perfect condition. I was very pleased."
Eugenia v., April 21, 2014

Next Page

\* Your shipping fees when buying Books, Music, Videos and DVDs at Amazon Marketplace are fixed according to the type of product you purchase.
\*\*  Available for selected items.
   Rates are based on shipping a single item. Purchasing multiple items results in multiple shipping charges-there are no "per shipment" and "per item" charges, as there are when you buy directly from Amazon.com.

| Region Key | |
|---|---|
| Continental US | Continental US states not including Alaska and Hawaii |
| Alaska and Hawaii | Alaska and Hawaii |
| US Protectorates | American Samoa, Guam, Marshall Islands, Federated States of Micronesia, Northern Mariana Islands, Palau, Puerto Rico, and the Virgin Islands (U.S.) |
| APO/FPO | Army Post Office and Fleet Post Office |
| Canada | Canada |
| Europe | Albania, Andorra, Austria, Belarus, Belgium, Bosnia-Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Faroe Islands, Finland, France, Georgia, Germany, Gibraltar, Greece, Greenland, Holy See, Hungary, Iceland, Ireland, Italy, Jan Mayen Is., Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Monaco, Montenegro, the Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Republic of Serbia, Slovakia, Slovenia, Spain, Svalbard, Sweden, Switzerland, Turkey, Ukraine, United Kingdom and Yugoslavia |
| Asia | Australia, Bangladesh, Bhutan, Brunei Darussalam, Cambodia, China, Christmas Island, Cook Islands, East Timor, Fiji, French Polynesia, Hong Kong, India, Indonesia, Japan, Kiribati, Lao People's Democratic Rep., Macau, Malaysia, Maldives, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, New Zealand, Niue, Papua New Guinea, Philippines, Samoa, Singapore, Solomon Islands, South Korea, Sri Lanka, Taiwan, Thailand, Tonga, Tuvalu, Vanuatu and Vietnam |
| Outside US, Eur., CA, Asia | Brazil, Mexico, South Africa |

Top of Page

## Skydynamic Shipping Policies

Unless noted otherwise in the ordering pipeline Skydynamic ships all items within two days of receiving order You will receive notification of any delay or cancellation of your order.

Top of Page

## Skydynamic Tax Information

Sales tax is not separately calculated and collected in connection with items ordered from Skydynamic through the Amazon.com Site unless explicitly indicated as such in the ordering process. Items ordered from Skydynamic may be subject to tax in certain states, based on the state to which the order is shipped. If an item is subject to sales tax, in accordance with state tax laws, the tax is generally calculated on the total selling price of each individual item, including shipping and handling charges, gift-wrap charges and other service charges, less any applicable discounts. If tax is separately calculated and collected in connection with items ordered from Skydynamic through the Amazon.com Site, the tax amounts that appear during the ordering process are estimated - the actual taxes that will be charged to your credit card will be calculated at the time your order is processed and will appear in your order confirmation notification.

Top of Page

## Privacy & Security    Top of Page

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Notice.

In addition, we want you to be aware that Amazon.com will provide Skydynamic with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Skydynamic's Privacy Policy.

**Privacy Practices**

Skydynamic values the privacy of your personal data.

See Amazon.com's Privacy Notice

## Returns and Refunds    Top of Page

Please refer to the Amazon.com Product Return Policy. Please contact Skydynamic to get information about any additional policies that may apply:

Contact this seller

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon.
For questions about how to place an order, search Amazon Help.

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates