# Exhibit J

Michael's Amazon.com    Today's Deals    Kindle Fire HDX    Sell    Help

Shop by
Department ▾    Search    All ▾    [                    ]    Go

Hello, Michael
Your Account ▾    Your
Prime ▾    0    Cart ▾    Wish List ▾

Search    [TextbookXpres ▾]    [                    ]    GO

### About TextbookXpres

Welcome to TextbookXpres! We are the worldwide college textbooks' seller. We have stock for different titles of textbooks to serve the worldwide customers. Our mission is to get you the textbooks at read more

### Feedback Rating

★★★★★
**4.8** stars over the past 12 months (**1873** ratings, **94%** positive)

See all feedback

### More Information

About TextbookXpres
Returns and Refunds Policy
Shipping Rates

## TextbookXpres

http://www.amazon.com/shops/textbookxpres-usa



Items 1 - 24 of 1199    Sort By: [Newest Arrivals ▾] GO



**Programming and Assessment for Quality Teaching and Learning [Paperback] [Jan 01, 2005] Killen, Roy**

Buy New: $89.99

**The Organometallic Chemistry of the Transition Metals [Hardcover] [Apr 06, 2009] Crabtree, Robert H.**

Buy New: $77.07



**Electrochemistry [Hardcover] [Apr 09, 2007] Hamann, Carl H.; Hamnett, Andrew and Vielstich, Wolf**

Buy New: $65.01



**Principles of Polymerization [Hardcover] [Feb 09, 2004] Odian, George**

Buy New: $91.96



**Approximate Dynamic Programming: Solving the Curses of Dimensionality, 2nd Edition (Wiley Series in Probability and Statistics) [Hardcover] [Sep 27, 2011] Warren B. Powell**

Buy New: $69.27



**Introduction to Physical Polymer Science [Hardcover] [Dec 07, 2005] L. H. Sperling**

Buy New: $85.43



**Inorganic Chemistry [Paperback] [Dec 18, 2009] Shriver, Duward**



**Power Electronics: Converters, Applications, and Design [Hardcover]**



**Linear Algebra and Its Applications, 4th Edition**

and Atkins, Peter

Buy New: $77.76

[Oct 10, 2002] Mohan, Ned; Undeland, Tore M. and Robbins, William P.

Buy New: $80.32

[Hardcover] [Jan 20, 2011] Lay, David C.

Buy New: $89.89



Power System Analysis and Design, Fifth Edition [Hardcover] [Jan 03, 2011] Glover, J. Duncan; Sarma, Mulukutla S. and Overbye, Thomas

Buy New: $140.43



Linear Algebra: Ideas and Applications [Hardcover] [Jul 21, 2008] Penney, Richard C.

Buy New: $103.43



Circuit Simulation [Hardcover] [Feb 08, 2010] Najm, Farid N.

Buy New: $44.32



Physics of Semiconductor Devices [Hardcover] [Oct 27, 2006] Sze, Simon M. and Ng, Kwok K.

Buy New: $94.99



Computational Statistics (Wiley Series in Computational Statistics) [Hardcover] [Nov 06, 2012] Givens, Geof H. and Hoeting, Jennifer A.

Buy New: $58.08



Fundamental Principles of Polymeric Materials [Hardcover] [May 22, 2012] Brazel, Christopher S. and Rosen, Stephen L.

Buy New: $52.93



Essentials of Quality with Cases and Experiential Exercises [Paperback] [Feb 22, 2010] Victor E. Sower

Buy New: $65.24

Discrete Mathematics with Applications [Hardcover] [Aug 04, 2010] Epp, Susanna S.

Buy New: $144.96



Process Dynamics and Control [Hardcover] [Apr 13, 2010] Seborg, Dale E.; Mellichamp, Duncan A.; Edgar, Thomas F. and Doyle III, Francis J.

Buy New: $119.87



[Anatomy & Physiology for Speech, Language, and Hearing [Hardcover] [Jun 04, 2009] Seikel, J. Anthony; King, Douglas W. and Drumright, David G.](#)

Buy New: [$124.98](#)



[Introduction to Management Science: A Modeling and Case Studies Approach with Spreadsheets [Hardcover]](#)

Buy New: [$147.67](#)



[Basic Statistics for Business and Economics [Hardcover] [Jan 18, 2012] Lind, Douglas; Marchal, William and Wathen, Samuel](#)

Buy New: [$122.77](#)



[Human Genetics [Paperback] [Oct 07, 2011] Lewis, Ricki](#)

Buy New: [$119.28](#)



[Critical Thinking: A Student's Introduction [Paperback] [Sep 05, 2012] Bassham, Gregory; Irwin, William; Nardone, Henry and Wallace, James](#)

Buy New: [$88.21](#)



[Experiencing MIS (4th Edition) [Paperback] [Jan 14, 2013] Kroenke, David M.](#)

Buy New: [$114.99](#)

**Items 1 - 24 of 1199**

Page:    [1]  [2](#)  [3](#)  [4](#)  [5](#)  [6](#)  [7](#)  [8](#)  [9](#)  [10](#)  [11](#)  ...  [50](#)    [Next](#)

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

**amazon.com**

Australia    Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com          TenMarks.com          Vine.com          Wag.com          Warehouse Deals          Woot!          Yoyo.com          Zappos

Health, Beauty &       Math Activities       Everything          Everything          Open-Box                                    Discounts and          A Happy Place           Shoes &
Home Essentials        for Kids & Schools    to Live Life Green  For Your Pet        Discounts                                   Shenanigans            To Shop For Toys        Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

Amazon.com:TextbookXpres Storefront

Michael's Amazon.com    Today's Deals    Kindle Fire HDX    Sell    Help

Shop by
**Department** ▾        Search    | All ▾ |                          | Go |        Hello, Michael    Your         **0**      Wish
                                                                        **Your Account** ▾    **Prime** ▾   **Cart** ▾   **List** ▾

**Search**  | TextbookXpres ▾ |  |                          |  Go

---

### About TextbookXpres

Welcome to
TextbookXpres! We are
the worldwide college
textbooks' seller. We
have stock for different
titles of textbooks to
serve the worldwide
customers. Our mission
is to get you the
textbooks at read more

### Feedback Rating

⭐⭐⭐⭐⭐
**4.8** stars over the past
12 months (**1873**
ratings, **94%** positive)

See all feedback

### More Information

About TextbookXpres
Returns and Refunds
Policy
Shipping Rates

### TextbookXpres

http://www.amazon.com/shops/textbookxpres-usa

---

**Items 25 - 48 of 1199**                Sort By:  | Newest Arrivals ▾ |  GO



Basic Biomechanics [Paperback]
[Jun 22, 2011] Hall, Susan

Buy New: $84.99



Essentials of The Living World
[Paperback] [Aug 31, 2012] Johnson,
George

Buy New: $107.93



Biology : The Essentials [Paperback]
[Jan 05, 2012] Hoefnagels, Mariëlle

Buy New: $80.81



Principles of Athletic Training: A
Competency-Based Approach
[Hardcover] [Jan 22, 2013] Prentice,
William

Buy New: $142.89




Milady Standard Cosmetology 2012
(Milady's Standard Cosmetology)
[Hardcover] [Feb 22, 2011] Milady

Buy New: $89.99



Adolescence [Hardcover] [Jun 04,
2013] Steinberg, Laurence

Buy New: $124.99



Seeley's Anatomy & Physiology
[Hardcover] [Jan 07, 2013]
VanPutte, Cinnamon; Russo,
Jennifer; Russo, Andrew; Tate,



Psychological Testing and
Assessment: An Introduction to Tests
and Measurement [Hardcover] [Jul 17,
2012] Cohen, Ronald Jay; Swerdlik,

Principles of Chemistry: A Molecular
Approach (2nd Edition) [Hardcover]
[Jan 06, 2012] Tro, Nivaldo J.

Philip: Stephens, Trent and Seeley,
Rod

Buy New: $119.99

Mark and Sturman, Edward

Buy New: $149.53

Buy New: $89.99



Global Marketing: Contemporary
Theory, Practice, and Cases
[Paperback] [Feb 07, 2012] Alon,
Ilan and Jaffe, Eugene

Buy New: $99.99



A Balanced Introduction to Computer
Science (3rd Edition) [Paperback]
[Sep 10, 2010] Reed, David

Buy New: $85.99



Organic Chemistry [Hardcover] [Jan
01, 2011] McMurry, John E.

Buy New: $145.49



Design and Layout of Foodservice
Facilities [Hardcover] [Dec 04,
2007] John C. Birchfield

Buy New: $72.36



Managing Innovation: Integrating
Technological, Market and
Organizational Change [Paperback]
[Jul 10, 2013] Tidd, Joe and Bessant,
John

Buy New: $69.99



Middle and Secondary Classroom
Management: Lessons from Research
and Practice [Paperback] [Feb 03,
2010] Weinstein, Carol Simon and
Novodvorsky, Ingrid

Buy New: $82.97



Check-in Check-Out: Managing
Hotel Operations (9th Edition)
[Hardcover] [Aug 17, 2012] Vallen,
Gary K. and Vallen, Jerome J.

Buy New: $97.92



Transnational Management: Text,
Cases and Readings in Cross-Border
Management [Nov 01, 2010] Bartlett,
Christopher A.

Buy New: $42.18



Statistics for the Behavioral Sciences
[Dec 10, 2008] Gravetter, Frederick J
and Wallnau, Larry B.

Buy New: $53.33







Essentials of Marketing [Paperback] [Sep 20, 2011] Perreault, Jr., William; Cannon, Joseph and McCarthy, E. Jerome

Buy New: $87.39

C++ Programming: Program Design Including Data Structures [Paperback] [Mar 19, 2012] Malik, D. S.

Buy New: $134.57

Foundations in Microbiology [Hardcover] [Jan 19, 2011] Talaro, Kathleen Park and Chess, Barry

Buy New: $103.99







Network+ Guide to Networks (with Printed Access Card) [Paperback] [Jun 14, 2012] Dean, Tamara

Buy New: $99.99

Family Communication: Cohesion and Change (8th Edition) [Paperback] [Feb 11, 2011] Galvin, Kathleen M.; Bylund, Carma L. and Brommel, Bernard

Buy New: $64.98

Fundamentals of Modern Manufacturing: Materials, Processes, and Systems [Hardcover] [Sep 24, 2012] Groover, Mikell P.

Buy New: $139.99

**Items 25 - 48 of 1199**

Page:   Previous   1   **2**   3   4   5   6   7   8   9   10   11   ...   50   Next

Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

AMAZON.COM

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | |
|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web |
| **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands |
| **Soap.com** | **TenMarks.com** | **Vine.com** | **Wag.com** | **Warehouse Deals** | **Woot!** | **Yoyo.com** | **Zappos** |

| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2014, Amazon.com, Inc. or its affiliates