# Exhibit K

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department ▼    Search  [Wholesale Book Deals ▼]  [Cengage]  Go    Hello, Matthew Your Account ▼   Your Prime ▼   0 Cart   Wish List ▼

**Brand**
Unknown (1)
Brand: Cengage Learning (6)


Ad Feedback

**Wholesale Book Deals Storefront** › **"Cengage"**

Showing 19 Results     Detail     Image


**Becoming a Helper** by Marianne Schneider Corey and Gerald Corey
**$20.98 - $41.38** to rent
$80.32 to buy
Only 1 left in stock - order soon.
(16)
Sell this back for an Amazon.com Gift Card


**Principles of Neuropsychology** by Eric A. Zillmer, Mary V. Spiers and William Culbertson
**$16.49 - $44.84** to rent
$88.06 to buy
Only 2 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card


**Student Workbook Exercises for Egan's The Skilled Helper, 10th** by Gerard Egan
**$42.69** to rent
$76.99 to buy
Only 4 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card


**The Psychology of Prejudice and Discrimination** by Bernard E. Whitley and Mary E. Kite
**$31.48 - $37.00** to rent
$79.99 to buy
Only 2 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card


**Groups: Process and Practice** by Marianne Schneider Corey, Gerald Corey and Cindy Corey
**$23.49 - $60.40** to rent
$74.01 to buy
Only 2 left in stock - order soon.
(41)
See newer edition of this book
Sell this back for an Amazon.com Gift Card


**Film Production Technique: Creating the Accomplished Image** by Bruce Mamer
$206.95 **$68.01**
Only 2 left in stock - order soon.
(8)
See newer edition of this book
Sell this back for an Amazon.com Gift Card


**Community Counseling: A Multicultural-Social Justice Perspective (Community and Agency Counseling)** by Judith A. Lewis, Michael D. Lewis, Judy A. Daniels and Michael J. D'Andrea
**$31.49 - $36.72** to rent
$103.55 to buy
Only 3 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card


**Nutrition Counseling and Education Skill Development** by Kathleen D. Bauer, Doreen Liou and Carol A. Sokolik
**$28.48** to rent
$113.30 to buy
Only 1 left in stock - order soon.
(6)
Sell this back for an Amazon.com Gift Card


**Student Manual for Corey's Theory and Practice of Counseling and Psychotherapy, 9th** by Gerald Corey
**$22.48 - $35.50** to rent
$61.01 to buy
Only 2 left in stock - order soon.
(22)
Sell this back for an Amazon.com Gift Card



**Data Structures Using C++** by D. S. Malik

~~$180.95~~ **$70.01**
Only 2 left in stock - order soon.

(14)

Sell this back for an Amazon.com Gift Card



**PHP Programming with MySQL: The Web Technologies Series** by Don Gosselin, Diana Kokoska and Robert Easterbrooks

**$16.98 - $17.00** to rent
$68.01 to buy
Only 2 left in stock - order soon.

(36)

Sell this back for an Amazon.com Gift Card



**Applying Career Development Theory to Counseling** by Richard S. Sharf

**$42.99 - $79.25** to rent
$131.00 to buy
Only 6 left in stock - order soon.

(2)

**#1** Best Seller    in Vocational Guidance

Sell this back for an Amazon.com Gift Card



**Building Interactive Systems: Principles for Human-Computer Interaction** by Dan Olsen

**$52.16** to rent
$71.01 to buy
Only 2 left in stock - order soon.

Sell this back for an Amazon.com Gift Card



**Traffic & Highway Engineering, 4th Edition** by Nicholas J. Garber and Lester A. Hoel

**$26.99** to rent
$68.01 to buy
Only 2 left in stock - order soon.

(9)

See newer edition of this book
Sell this back for an Amazon.com Gift Card



**Biomedical Instrumentation Systems** by Shakti Chatterjee and Aubert Miller

~~$123.95~~ **$71.01**
Only 2 left in stock - order soon.

(3)

Sell this back for an Amazon.com Gift Card



**Introduction to Chemical Principles: A Laboratory Approach (Brooks/Cole Laboratory Series for General Chemistry...** by Susan A. Weiner and Blaine Harrison

**$20.98 - $54.51** to rent
$125.48 to buy
Only 2 left in stock - order soon.

(3)

Sell this back for an Amazon.com Gift Card



**Physics Laboratory Experiments** by Jerry D. Wilson and Cecilia A. Hernández-Hall

**$15.98** to rent
$79.54 to buy
Only 1 left in stock - order soon.

(8)

See newer edition of this book
Sell this back for an Amazon.com Gift Card



**Industrial Plastics: Theory and Applications** by Erik Lokensgard

**$34.53** to rent
$95.32 to buy
Only 2 left in stock - order soon.

(5)

Sell this back for an Amazon.com Gift Card



**Community Nutrition in Action** by Marie Boyle

**$71.28**
Only 1 left in stock - order soon.

Sell this back for an Amazon.com Gift Card

**Sponsored Links**

**Cengage - Official Site**  Print, Digital, & Rental Textbooks. Save This Semester at CengageBrain!
www.cengagebrain.com/TextbookSale

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for? [Yes] [No]
If you need help or have a question for Customer Service, please visit the Help Section.

2.4 GHz Wireless Indoor-Outdoor Stereo Speakers
(99)
$149.99 $119.99

Ad Feedback

Search powered by

Wholesale Book Deals Privacy Statement    Wholesale Book Deals Shipping Information    Wholesale Book Deals Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**



Loading

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |

| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
|---|---|---|---|---|---|---|---|
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search: Wholesale Book Deals | Pearson | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

**Brand**
Brand: Pearson (10)
Pearson (1)
Unknown (1)
Brand: Prentice Hall (2)
Brand: Addison-Wesley (1)


Ad Feedback

Wholesale Book Deals Storefront › "Pearson"

Showing 1 - 24 of 28 Results    Detail    Image



**Ethical, Legal, and Professional Issues in Counseling (4th Edition) (New 2013 Counseling Titles)** by Theodore P. Remley Jr. and Barbara P. Herlihy
**$36.99** to rent
$79.84 to buy
Only 2 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card



**The Essentials of Family Therapy (6th Edition)** by Michael P. Nichols
**$74.35** to rent
$82.35 to buy
Only 2 left in stock - order soon.
(6)
Sell this back for an Amazon.com Gift Card



**Learning the Art of Helping: Building Blocks and Techniques (5th Edition) (The Merrill Counseling)** by Mark E. Young
**$50.50** to rent
$77.20 to buy
Only 1 left in stock - order soon.
(10)
Sell this back for an Amazon.com Gift Card



**Beginning Behavioral Research: A Conceptual Primer (7th Edition)** by Ralph L. Rosnow and Robert Rosenthal
**$38.48** to rent
$75.01 to buy
Only 1 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card



**Applied Behavior Analysis (2nd Edition)** by John O. Cooper, Timothy E. Heron and William L. Heward
**$45.92** to rent
$104.01 to buy
Only 2 left in stock - order soon.
(66)
Sell this back for an Amazon.com Gift Card



**Understanding Public Policy (14th Edition)** by Thomas R. Dye
**$20.75** to rent
$76.01 to buy
Only 2 left in stock - order soon.
(9)
Sell this back for an Amazon.com Gift Card



**Practical Research: Planning and Design (10th Edition)** by Paul D. Leedy and Jeanne Ellis Ormrod
$102.40 **$73.75**
Only 3 left in stock - order soon.
(32)
Sell this back for an Amazon.com Gift Card



**Race and Ethnicity in the United States (7th Edition)** by Richard T. Schaefer
**$15.98 - $27.20** to rent
$69.01 to buy
Only 2 left in stock - order soon.
(7)
Sell this back for an Amazon.com Gift Card



**Ethics: Theory and Practice (11th Edition)** by Jacques P. Thiroux and Keith W. Krasemann
**$20.49** to rent
$53.99 to buy
Only 1 left in stock - order soon.
(11)
Sell this back for an Amazon.com Gift Card




**Practical Research Methods for Nonprofit and Public Administrators** by Elizabethann O'Sullivan, Gary R. Rassel and Jocelyn DeVance Taliaferro
**$17.00** to rent
$65.99 to buy
Only 3 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card

**Social Work Macro Practice (5th Edition)** by F. Ellen Netting, Peter M. Kettner, Steve L. McMurtry and M. Lori Thomas
**$27.98 - $58.25** to rent
$108.01 to buy
Only 3 left in stock - order soon.
(12)
Sell this back for an Amazon.com Gift Card

**Articulation and Phonological Disorders: Speech Sound Disorders in Children (7th Edition)** by John E. Bernthal, Nicholas W. Bankson and Peter Flipsen
**$25.98 - $71.00** to rent
$113.07 to buy
Only 2 left in stock - order soon.
(6)
Sell this back for an Amazon.com Gift Card





**Introduction to Human Services: Policy and Practice, An (8th Edition)** by Betty Reid Mandell and Barbara Schram
**$21.99** to rent
$75.84 to buy
Only 2 left in stock - order soon.
(18)
Sell this back for an Amazon.com Gift Card

**Cities and Urban Life (6th Edition)** by John J. Macionis and Vincent N. Parrillo
**$28.99** to rent
$90.63 to buy
Only 2 left in stock - order soon.
More Buying Choices
**$76.01** used (1 offer)
(4)
Sell this back for an Amazon.com Gift Card

**Understanding Global Conflict and Cooperation: An Introduction to Theory and History (9th Edition)** by Joseph S. Nye Jr. and David A. Welch
**$18.48 - $30.75** to rent
$84.01 to buy
Only 3 left in stock - order soon.
(7)
Sell this back for an Amazon.com Gift Card





**Contemporary Urban Planning (10th Edition)** by John M. Levy
**$18.98** to rent
$64.01 to buy
Only 2 left in stock - order soon.
(7)
Sell this back for an Amazon.com Gift Card

**Investigating Communication: An Introduction to Research Methods (2nd Edition)** by Lawrence R. Frey, Carl H. Botan and Gary L. Kreps
**$19.25** to rent
$97.97 to buy
Only 3 left in stock - order soon.
(13)
Sell this back for an Amazon.com Gift Card

**Fundamentals of Complex Analysis with Applications to Engineering, Science, and Mathematics (3rd Edition)** by Edward B. Saff and Arthur David Snider
**$13.98** to rent
$61.97 to buy
Only 3 left in stock - order soon.
(20)
Sell this back for an Amazon.com Gift Card





**The Mind and Heart of the Negotiator (5th Edition)** by Leigh Thompson

**Essentials of Strategic Management (5th Edition)** by J. David Hunger and

**Artificial Intelligence: A Guide to Intelligent Systems (3rd Edition)** by


$41.72 to rent
$102.14 to buy
Only 2 left in stock - order soon.
(11)
Sell this back for an Amazon.com Gift Card


Thomas L. Wheelen
$22.48 - $47.50 to rent
$91.62 to buy
Only 1 left in stock - order soon.
(21)
Sell this back for an Amazon.com Gift Card


Michael Negnevitsky
$99.50 $52.00
Only 2 left in stock - order soon.
(6)
Sell this back for an Amazon.com Gift Card

**Vertebrate Life** by Christine M. Janis, John B. Heiser F. Harvey Pough
$51.57
Only 2 left in stock - order soon.
(2)
Sell this back for an Amazon.com Gift Card

**Theory of Vibration with Applications (5th Edition)** by William T. Thomson and Marie Dillon Dahleh
$82.40 to rent
$114.96 to buy
Only 2 left in stock - order soon.
(27)
Sell this back for an Amazon.com Gift Card

**Introduction to Electrodynamics (4th Edition)** by David J. Griffiths
$16.99 - $41.75 to rent
$101.80 to buy
Only 2 left in stock - order soon.
(21)
Sell this back for an Amazon.com Gift Card

Previous Page    **1**    2    **Next Page**

**Sponsored Links**

**Pearson Website**
Search for **Pearson** Website Look Up Quick Results Now!
www.wow.com/**Pearson**+Website

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for?  [Yes]  [No]
If you need help or have a question for Customer Service, please visit the Help Section.


2.4 GHz Wireless Indoor-Outdoor Stereo Speakers
(99)
$149.99 $119.99

Ad Feedback

Search powered by

Wholesale Book Deals Privacy Statement    Wholesale Book Deals Shipping Information    Wholesale Book Deals Returns & Exchanges

**Your Recently Viewed Items and Featured Recommendations**



**Get to Know Us**
- Careers
- Investor Relations
- Press Releases
- Amazon and Our Planet
- Amazon in the Community
- Fire TV – Amazon's Media Player

**Make Money with Us**
- Sell on Amazon
- Become an Affiliate
- Advertise Your Products
- Independently Publish with Us
- › See all

**Amazon Payment Products**
- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Shop with Points
- Credit Card Marketplace
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Kindle
- Help

---

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search: Wholesale Book Deals | Wiley | Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

**Brand**
Brand: Wiley (2)
NA (1)
Brand: (1)


Ad Feedback

**Wholesale Book Deals Storefront › "Wiley"**
Showing 20 Results   Detail   Image


**Electromagnetic Compatibility Engineering** by Henry W. Ott
$58.16 to rent
$72.70 to buy
Only 1 left in stock - order soon.
(19)
Sell this back for an Amazon.com Gift Card


**Advanced Engineering Thermodynamics** by Adrian Bejan
$72.94
Only 3 left in stock - order soon.
(15)
Sell this back for an Amazon.com Gift Card


**Personnel Economics in Practice** by Edward P. Lazear and Michael Gibbs
$22.48 - $39.24 to rent
$90.01 to buy
Only 2 left in stock - order soon.
(8)
Sell this back for an Amazon.com Gift Card


**Chemical Reactions and Chemical Reactors** by George W. Roberts
$37.75 to rent
$71.01 to buy
Only 2 left in stock - order soon.
(5)
Sell this back for an Amazon.com Gift Card


**Fields and Waves in Communication Electronics** by Simon Ramo, John R. Whinnery and Theodore Van Duzer
$91.00
Only 2 left in stock - order soon.
(11)
Sell this back for an Amazon.com Gift Card


**Introduction to Robotics: Analysis, Control, Applications** by Saeed B. Niku
$42.37 to rent
$49.99 to buy
Only 1 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card


**Structural Analysis: Using Classical and Matrix Methods** by McCormac
$72.01
Only 2 left in stock - order soon.
(11)
See newer edition of this book
Sell this back for an Amazon.com Gift Card


**Forecasting: Methods and Applications** by Spyros G. Makridakis, Steven C. Wheelwright and Rob J Hyndman
$39.98 to rent
$89.54 to buy
Only 3 left in stock - order soon.
(19)
Sell this back for an Amazon.com Gift Card


**Bridge Design and Evaluation: LRFD and LRFR** by Gongkang Fu
$44.10 to rent
$76.01 to buy
Only 2 left in stock - order soon.
(1)
Sell this back for an Amazon.com Gift Card




**Applied Corporate Finance** by Aswath Damodaran
**$15.99 - $17.00** to rent
$64.01 to buy
Only 2 left in stock - order soon.
(7)
Sell this back for an Amazon.com Gift Card

**Water Resources Engineering** by Larry W. Mays
**$18.75** to rent
$71.01 to buy
Only 1 left in stock - order soon.
(11)
Sell this back for an Amazon.com Gift Card

**Modern Algebra: An Introduction** by John R. Durbin
**$20.25** to rent
$70.89 to buy
Only 3 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card





**Elementary Principles of Chemical Processes** by Richard M. Felder and Ronald W. Rousseau
**$18.50** to rent
$83.21 to buy
Only 2 left in stock - order soon.
(40)
Sell this back for an Amazon.com Gift Card

**Analytical Electrochemistry** by Joseph Wang
$145.00 **$70.01**
Only 2 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card

**Introduction to Systems Engineering** by Andrew P. Sage and James E. Armstrong Jr.
**$36.58** to rent
$78.77 to buy
Only 2 left in stock - order soon.
(3)
Sell this back for an Amazon.com Gift Card






**Building Structures** by James Ambrose and Patrick Tripeny
**$50.00** to rent
$84.99 to buy
Only 2 left in stock - order soon.
Sell this back for an Amazon.com Gift Card

**Classical Electrodynamics Third Edition** by John David Jackson
**$46.75** to rent
$66.01 to buy
Only 2 left in stock - order soon.
(115)
Sell this back for an Amazon.com Gift Card

**Forensic Accounting and Fraud Examination** by Mary-Jo Kranacher, Richard Riley and Joseph T. Wells
**$37.49** to rent
$80.21 to buy
Only 4 left in stock - order soon.
(6)
Sell this back for an Amazon.com Gift Card




**Satellite Communications** by Timothy Pratt, Charles W. Bostian and Jeremy E. Allnutt
**$67.01**
Only 3 left in stock - order soon.
(7)
Sell this back for an Amazon.com Gift Card

**Ground and Surface Water Hydrology** by Larry W. Mays
**$67.25** to rent
$72.71 to buy
Only 3 left in stock - order soon.
(4)
Sell this back for an Amazon.com Gift Card

**Search Feedback**

Did you find what you were looking for? Yes  No

If you need help or have a question for Customer Service, please visit the Help Section.

2.4 GHz Wireless Indoor-Outdoor Stereo Speakers
(99)
$149.99 $119.99

Ad Feedback

Search powered by

Wholesale Book Deals Privacy Statement   Wholesale Book Deals Shipping Information   Wholesale Book Deals Returns & Exchanges

## Your Recently Viewed Items and Featured Recommendations



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| Fire TV – Amazon's Media Player | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates