# Exhibit L

Matthew's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search All [ ] Go | Hello, Matthew Your Account | Your Prime | 0 Cart | Wish List

# Wholesale Book Deals - Details

Storefront: www.amazon.com/shops/A1SLHDOPWTC48Y

- About
- Shipping Rates
- Shipping Policies
- Tax Information
- Privacy & Security
- Returns and Refunds

For questions regarding products, order delivery, or returns, please contact Wholesale Book Deals Customer Service:

To initiate a return, please visit Amazon's Online Return Center to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please contact Amazon. For questions about how to place an order, search Amazon Help.

**Recent Feedback:** ★★★★★

**4.9** stars over the past 12 months (**187** ratings)

Previous Page | Next Page

**5/5:** "The order came in just as advertised."
Andrew Cammack, January 24, 2014

**5/5:** "OUTSTANDING service! wts"
William T., January 23, 2014

**5/5:** "Would do business again with this seller. I would like to see tracking on future deliveries."
Donna V., January 23, 2014

**3/5:** "Shipping was HORRENDOUSLY slow. Thank you for keeping me waiting. Ships from Malaysia. Arrived before "scheduled arrival" by 2 days but this is just too slow, especially for selecting "expedited". Book was as expected."
John August, January 22, 2014

**5/5:** "Product as describe."
Som, January 21, 2014

**4/5:** "thank you"
Ruth V., January 21, 2014

**5/5:** "I got my book within four days of ordering it, even with a little problem with the shipping address. They took care of the problem with the delivery promptly and I would definitely recommend ordering books from them!!"
Alicia C., January 20, 2014

**2/5:** "Textbook orderd said it shipped in the U.S. Shipping label was from Malaysia. The book has the look and feel of something copied illegally. It has the correct content, but I doubt it's authenticity."
Bored, January 19, 2014

Previous Page | Next Page

Top of Page

## About Wholesale Book Deals

Wholesale Book Deals is committed to providing each customer with the highest standard of customer service.

Top of Page

## Wholesale Book Deals Shipping Rates

Listed below are shipping details for Wholesale Book Deals, including the geographies shipped to, the service level offered, and the prices charged. Note that Media Rates are based on shipping a single item. Purchasing multiple media items results in multiple shipping charges.

▼ Shipping rates for all products (excluding Books, Music, Video and DVD)

| | | | Standard |
|---|---|---|---|
| **Continental US Street** | ETA | | 3 - 5 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **Alaska and Hawaii Street** | ETA | | 3 - 7 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **US Protectorates Street** | ETA | | 4 - 8 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.50 |
| | per Shipment | | $4.49 |
| **Canada** | ETA | | 5 - 10 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.00 |
| | per Shipment | | $0.00 |
| **Europe** | ETA | | 10 - 20 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.00 |
| | per Shipment | | $0.00 |
| **Asia** | ETA | | 10 - 16 business days |
| | per Item | | $0.00 |
| | per Weight (lbs) | | $0.00 |
| | per Shipment | | $0.00 |
| **Outside US, Eur., CA, Asia** | ETA | | 10 - 20 business days |
| | per Item | | $0.00 |

| | per Weight (lbs) | | | | | | $0.00 | |
| | per Shipment | | | | | | $0.00 | |

### ▼ * Shipping Rates for Books, Music, Video and DVD

| | Domestic Standard<br>4 - 14 business days | Faster Domestic Standard<br>3 - 5 business days** | Domestic Expedited<br>2 - 6 business days | Faster Domestic Expedited<br>1 - 3 business days** | Two Day<br>2 business days | One Day<br>24 hours | International Standard<br>21 - 42 business days |
|---|---|---|---|---|---|---|---|
| **Books** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $16.95 |
| **Books over 1 lb.** | $3.99 | $3.99 | $6.99 | $6.99 | $14.95 | $19.99 | $24.95 |
| **CDs, Cassettes, Vinyl** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **VHS Videotapes** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |
| **DVDs** | $3.99 | $3.99 | $6.19 | $6.19 | $14.95 | $19.99 | $14.95 |

\* Your shipping fees when buying Books, Music, Videos and DVDs at Amazon Marketplace are fixed according to the type of product you purchase.
\*\*  Available for selected items.
   Rates are based on shipping a single item. Purchasing multiple items results in multiple shipping charges-there are no "per shipment" and "per item" charges, as there are when you buy directly from Amazon.com.

| Region Key | |
|---|---|
| Continental US | Continental US states not including Alaska and Hawaii |
| Alaska and Hawaii | Alaska and Hawaii |
| US Protectorates | American Samoa, Guam, Marshall Islands, Federated States of Micronesia, Northern Mariana Islands, Palau, Puerto Rico, and the Virgin Islands (U.S.) |
| APO/FPO | Army Post Office and Fleet Post Office |
| Canada | Canada |
| Europe | Albania, Andorra, Austria, Belarus, Belgium, Bosnia-Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Faroe Islands, Finland, France, Georgia, Germany, Gibraltar, Greece, Greenland, Holy See, Hungary, Iceland, Ireland, Italy, Jan Mayen Is., Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Monaco, Montenegro, the Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Republic of Serbia, Slovakia, Slovenia, Spain, Svalbard, Sweden, Switzerland, Turkey, Ukraine, United Kingdom and Yugoslavia |
| Asia | Australia, Bangladesh, Bhutan, Brunei Darussalam, Cambodia, China, Christmas Island, Cook Islands, East Timor, Fiji, French Polynesia, Hong Kong, India, Indonesia, Japan, Kiribati, Lao People's Democratic Rep., Macau, Malaysia, Maldives, Mongolia, Myanmar, Nauru, Nepal, New Caledonia, New Zealand, Niue, Papua New Guinea, Philippines, Samoa, Singapore, Solomon Islands, South Korea, Sri Lanka, Taiwan, Thailand, Tonga, Tuvalu, Vanuatu and Vietnam |
| Outside US, Eur., CA, Asia | Brazil, Mexico, South Africa |

Top of Page

## Wholesale Book Deals Shipping Policies

Unless noted otherwise in the ordering pipeline Wholesale Book Deals ships all items within two days of receiving order You will receive notification of any delay or cancellation of your order.

Top of Page

## Wholesale Book Deals Tax Information

Sales tax is not separately calculated and collected in connection with items ordered from Wholesale Book Deals through the Amazon.com Site unless explicitly indicated as such in the ordering process. Items ordered from Wholesale Book Deals may be subject to tax in certain states, based on the state to which the order is shipped. If an item is subject to sales tax, in accordance with state tax laws, the tax is generally calculated on the total selling price of each individual item, including shipping and handling charges, gift-wrap charges and other service charges, less any applicable discounts. If tax is separately calculated and collected in connection with items ordered from Wholesale Book Deals through the Amazon.com Site, the tax amounts that appear during the ordering process are estimated - the actual taxes that will be charged to your credit card will be calculated at the time your order is processed and will appear in your order confirmation notification.

Top of Page

## Privacy & Security

Top of Page

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Notice.

In addition, we want you to be aware that Amazon.com will provide Wholesale Book Deals with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Wholesale Book Deals's Privacy Policy.

### Privacy Practices

Wholesale Book Deals values the privacy of your personal data.

See [Amazon.com's Privacy Notice](#)

### Returns and Refunds

[Top of Page](#)

Please refer to the [Amazon.com Product Return Policy](#). Please contact Wholesale Book Deals to get information about any additional policies that may apply:

[Contact this seller](#)

To initiate a return, please visit [Amazon's Online Return Center](#) to request a return authorization from the seller.

For questions about a charge that has been made to your credit card, please [contact Amazon](#). For questions about how to place an order, [search Amazon Help](#).

---

**Get to Know Us**
- Careers
- Investor Relations
- Press Releases
- Amazon and Our Planet
- Amazon in the Community
- Fire TV – Amazon's Media Player

**Make Money with Us**
- Sell on Amazon
- Become an Affiliate
- Advertise Your Products
- Independently Publish with Us
- › See all

**Amazon Payment Products**
- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Shop with Points
- Credit Card Marketplace
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Kindle
- Help

amazon.com

Australia | Brazil | Canada | China | France | Germany | India | Italy | Japan | Mexico | Spain | United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use | Privacy Notice | Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates