# Exhibit M

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

 **Shop by category**   Search...   All Categories   Search   Advanced

Home > eBay Stores > acehub_books > All Categories

Save this seller | Sign up for Store newsletter

## acehub_books

**Maintained by:** ace_hub ( 20463  )

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

### Store search

[    ] Search

### Store categories

**Store home**
Business & Economics (492)
Engineering (168)
Computers & Internet (160)
Phychology (126)
Science (248)
Geography & History (6)
Law (13)
Math (102)
Medicine (7)
Other (1311)

### Display
- Hide gallery view
- View time left

### Store Newsletter!

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

[Sign Up]

### New Arrivals!

- Engineering Design : A Project Based Introduction by Patrick Little and Clive...
- Loss Models : From Data to Decisions 968 by Gordon E. Willmot, Harry H....

See all items

### Ending Soon!


Motor Learning and Control : Con...
Buy It Now   $39.69
Time left: **11m**

See all items

View: **All Items** | Buy It Now

**1,323** results found in **all categories**

View as: Gallery ▼   Sort by: Best Match ▼

Shipping to **20015, USA**



Crisis Intervention Strategies by Richard K. James and Burl E. Gilliland ,7th
Buy It Now   $74.82
Time left: 8d 9h 42m



Understanding Food Science and Technology by Peter S. Murano ,1e
Buy It Now   $59.83
Time left: 14d 23h 33m



Assessment Procedures for Counselors 7th jones
Buy It Now   $54.94
Time left: 23d 2h 5m







| | | |
|---|---|---|
| Linear Algebra and Its Applications by David C. Lay 4th, 4e 4ed<br>Buy It Now $41.60<br>Time left:19d 13h 8m | Family Therapy : An Overview by Irene Goldenberg and Herbert Goldenberg ,8th<br>Buy It Now $39.92<br>Time left:17d 23h 41m | Foundations of Clinical Research by Mary P. Watkins, Leslie Portney ,3rd edition<br>Buy It Now $49.99<br>Time left:11d 1h 31m |
| <br>Intentional Interviewing and Counseling 8E by Ivey, Zalaquet 8th<br>Buy It Now $54.98<br>Time left:21d 18h 12m | <br>Statistical Inference by George Casella and Roger L. Berger (2001, Hardcover,...<br>Buy It Now $63.52<br>Time left:21d 1h 35m | <br>Project Management: Achieving Competive Advantage by Jeffery K. Pinto 3rd ,3e<br>Buy It Now $55.99<br>Time left:4d 21h 7m |
| <br>Leadership: Enhancing the Lessons ,Hughes, 7th<br>Buy It Now $43.78<br>Time left:27d 0h 42m | <br>An Introduction to Theories of Personality 8th Olson<br>Buy It Now $51.90<br>Time left:29d 1h 32m | <br>Fraud Examination by W. Steve Albrecht, Conan C. Albrecht, 4th<br>Buy It Now $56.88<br>Time left:28d 19h 32m |
| <br>Organic Chemistry by John  | <br>Statistics for Psychology | <br>'Database Systems Introduction to Databases |

| | | |
|---|---|---|
| Memory ,8th -- INTERNATIONAL EDITION TEXTBOOK<br>*Buy It Now* $59.80<br>Time left:12d 15h 7m | 6E by Arthur Aron (6th edition)<br>*Buy It Now* $51.89<br>Time left:7d 23h 18m | ...and Data Warehouses by Nenad Jukic<br>*Buy It Now* $54.98<br>Time left:3d 15h 50m |
| <br>The Systematic Design of Instruction by James O. Car...<br>*Buy It Now* $56.98<br>Time left:19d 21h 47m | <br>Applying Career Development Theory to Counseling by Richard S. Sharf (2013,...<br>*Buy It Now* $85.01<br>Time left:6d 2h 23m | <br>Human Learning by Jeanne Ellis Ormrod 6th edition<br>*Buy It Now* $41.00<br>Time left:12d 22h 2m |
| <br>Principles of Econometrics by R. Carter Hill, Griffiths 4E ,4th<br>*Buy It Now* $48.37<br>Time left:24d 21h 58m | <br>Managing Organizational Change by Palmer, 2nd<br>*Buy It Now* $49.20<br>Time left:15d 22h 58m | <br>Effective Small Business Management by Norman M. Scarborough 10th, 10e 10ed<br>*Buy It Now* $46.98<br>Time left:26d 22h 23m |
| <br>Applied Sport Psychology : Personal Growth to Peak Performance by Williams ,6th<br>*Buy It Now* $56.98 | <br>Developing the Curriculum by Peter F. Oliva and William R. Gordon 8th, 8e 8ed<br>*Buy It Now* $39.89 | <br>Employee Training and Development by Raymond Noe ,6th 6ed<br>*Buy It Now* $37.99<br>Time |

| Time left:**41m** | Time left:4d 20h 35m | left:13d 16h 32m |
|---|---|---|
|  Applied Partial Differential Equations with Fourier Series and Boundary Value 5e  $47.80  Time left:7d 20h 34m | Matching Supply with Demand : An Introduction to Operations Management 3E Cachon  $37.98  Time left:22d 0h 31m |  Classical Mechanics 3E Golstein (2001, Hardcover)  $59.35  Time left:8d 1h 22m |
|  Classics of Organization Theory by Jay M. Shafritz, J. Steven Ott ,7th  $55.80  Time left:28d 16h 40m |  Governmental and Nonprofit Accounting 10E Robert Freeman 10th edition  $48.89  Time left:6d 16h 34m |  Counseling Theory and Practice by Neukrug and Edward S. Neukrug ,1st  $54.98  Time left:28d 16h 33m |
|  Enlarge  Performance Management by Herman Aguinis 3rd ,3e |  Business Ethics : A Stakeholder and Issues Management Approach by |  Leadership : Research Findings, Practice, and Skills 7E Dubrin ,7th |

| | | |
|---|---|---|
| *Buy It Now* $35.89 Time left:4d 16h 15m | Weiss, 5th *Buy It Now* $56.98 Time left:20d 16h 8m | *Buy It Now* $56.98 Time left:28d 19h 11m |
|  Programming in Visual Basic 2010 by Julia Case Bradley and Anita Millspaugh... *Buy It Now* $45.89 Time left:25d 0h 32m | Methods in Behavioral Research by Paul Cozby and Scott Bates 11th *Buy It Now* $34.96 Time left:5d 19h 51m |  Essentials of Organizational Behavior by Robbins and Tim Judge ,12th 12ed *Buy It Now* $37.83 Time left:13d 16h 29m |
|  Developing and Administering a Child Care and Education Program by Sciarra 8th *Buy It Now* $56.82 Time left:27d 0h 3m |  Foundations of Astrophysics by Bradley M. Peterson and Barbara Ryden 1st *Buy It Now* $58.98 Time left:12d 21h 8m |  Teaching Students with Language and Communication Disabilities 4E Kuder 4th *Buy It Now* $42.88 Time left:22d 11h 40m |
|  Introduction to Finite Elements in Engineering by Chandrupatla Belegundu 4th ,4e *Buy It Now* $42.80 Time |  Supply Management by David Burt 8th edition *Buy It Now* $54.46 Time left:2d 22h 48m |  Program Evaluation: Alternative Approaches & Practical Guidelines by sanders 4th *Buy It Now* $39.89 Time |

left:4d 16h 21m

left:1d 0h 26m







The Cultural Dimension of Global Business 7E Gary Ferraro ,7th

$43.61

Time left:6d 16h 13m

Treatment Resource Manual for Speech Language Pathology by Worthington 4e

$58.83

Time left:23d 17h 22m

Community Nutrition in Action : An Entrepreneurial Approach by Boyle ,6th 6e 6ed

$51.70

Time left:24d 17h 48m







Theories of Development Concepts and Applications by William Crain 6th, 6e 6ed

$42.98

Time left:28d 21h 50m

International Accounting by Timothy Doupnik ,3rd

$48.09

Time left:8d 0h 5m

Fundamentals of Differential Equations With Boundary Value Problems by Nagle 6th

$54.02

Time left:9d 22h 2m

Page 1 of 28    ← Previous   1 | 2 | 3 | 4 | 5 | 6 | 7   Next →   Go to page [   ]  Go

---

An eBay Store maintained by:   ace_hub ( 20463  )       Seller, manage Store

Tools:    My eBay                                                         Learn more about feeds

---

Community        About eBay        Announcements        eBay Money Back Guarantee        Security Center        Resolution Center

Seller Information Center · Policies · Site Map · eBay official time · Preview new features · Contact us · eBay talk

Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

  Shop by category

Search...   | All Categories ▾ |   Search   Advanced

Home > eBay Stores > acehub_books > **All Categories**

Save this seller | Sign up for Store newsletter

### acehub_books

**Maintained by:** ace_hub ( 20463  )  

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

**Store search**

[          ]   Search

**Store categories**

**Store home**
Business & Economics (492)
Engineering (168)
Computers & Internet (160)
Phychology (126)
Science (248)
Geography & History (6)
Law (13)
Math (102)
Medicine (7)
Other (1311)

**Display**
- Hide gallery view
- View time left

**Store Newsletter!**

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

[Sign Up]

**New Arrivals!**
- Engineering Design : A Project Based Introduction by Patrick Little and Clive...
- Loss Models : From Data to Decisions 968 by Gordon E. Willmot, Harry H....

See all items

**Ending Soon!**

  Basic Biomechanics by Susan J. H...
Buy It Now   $42.54
Time left: **4m**

See all items

View: **All Items** | Buy It Now

**1,323** results found in **all categories**

View as: Gallery ▾   Sort by: Best Match ▾

Shipping to **20015, USA**


Educational Research Fundamentals for the Consumer James H. McMillan ,6th
Buy It Now   $47.89
Time left: 7d 11h 59m


Ethical, Legal, and Professional Issues in Counseling by Herlihy Remley, 4th 4ed
Buy It Now   $55.00
Time left: 13d 20h 2m


Collaboration, Consultation and Teamwork for Students With Special Needs 7th, 7e
Buy It Now   $49.80
Time left: 6d 16h 31m

  

| | | |
|---|---|---|
| Steel Structures, Design And Behavior 5th salmon malhas $49.18 Time left:21d 1h 38m | Business Data Networks and Security by Raymond R. Panko Julia Panko 9th ,9e 9ed $49.70 Time left:4d 16h 19m | Power & Choice: An Introduction to Political Science by Phillips Shively, 13th $39.98 Time left:15d 19h 57m |
|  Social Work An Empowering Profession by Dubois Miley ,8th 8ed $58.90 Time left:13d 21h 59m |  Substance Abuse Information for School Counselors, Social Workers by Fisher ,5th $39.88 Time left:4d 20h 55m |  Introduction to Optics by Leno S. Pedrotti, 3e $46.17 Time left:3d 0h 8m |
|  Positive Child Guidance by Darla Ferris Miller ,7th $44.80 Time left:27d 15h 5m |  Strategic Marketing by Todd A. Mooradian, Matzler $49.82 Time left:22d 16h 25m |  Engineering Economy by C. Patrick Koelling, William G. Sullivan 15th $39.43 Time left:22h 54m |
|  Applied Hydrogeology by |  Modern Industrial |  Power System Analysis |

C. W. Fetter 4th edition
Buy It Now $59.98
Time left:13d 19h 26m

Organization 4E Perloff Carlton
Buy It Now or Best Offer $59.13
Time left:28d 14h 14m

and Design by J. Duncan Glover, Sarma 5E (Si-Units)
Buy It Now $49.90
Time left:28d 17h 16m



Marketing Strategy, Text and Cases by Michael Hartline and O. C. Ferrell ,6th 6e
Buy It Now $39.36
Time left:16d 19h 52m

Industrial Plastics : Theory and Applications by Erik Lokensgard (2008,...
Buy It Now $59.60
Time left:14d 23h 40m



Groups : Process and Practice by Marianne Schneider Corey, Cindy Corey ,9th
Buy It Now $54.00
Time left:15d 20h 47m



Chemical Process Safety 2nd by Daniel A. Crowl
Buy It Now $73.99
Time left:14d 23h 32m



Essentials of Strategic Management by Thomas L. Wheelen and J. David Hunger 5th
Buy It Now $29.88
Time left:12d 20h 44m



The Fourier Transform and Its Applications 3rd Bracewel
Buy It Now $68.81
Time left:22d 22h 32m








Enlarge

Counseling Children by Donna A. Henderson and Charles L. Thompson ,8th
Buy It Now $59.98

Microcontroller Theory and Applications by Daniel J....
Buy It Now $64.19
Time left:20h 26m

Fundamentals of Complex Analysis with Applications to Engineering, Science,...
Buy It Now $57.80

| | | |
|---|---|---|
| Time left:12d 11h 24m | $36.95 Time left:24d 2:05 | $57.80 Time left:25d 23h 12m |



Urban Economics by Arthur O'Sullivan ,8th

Buy It Now $38.98

Time left:21d 23h 55m

Introductory Econometrics : A Modern Approach by Jeffrey M. Wooldridge ,5th

Buy It Now $58.99

Time left:8d 9h 49m



Water Resources Engineering by Larry W. Mays 2nd

Buy It Now $68.88

Time left:17d 0h 3m



Labor Relations 13th by sloane witney

Buy It Now $51.90

Time left:26d 23h 43m



Machine Elements in Mechanical Design by Mott and Robert L. Mott ,5th

Buy It Now $68.80

Time left:8d 9h 8m



Introduction to Industrial and Organizational Psychology by Ronald Riggio ,6th

Buy It Now $49.66

Time left:7d 21h 22m



Framework for Marketing Marketing Management 5th Kotler



SuperVision and Instructional Leadership 9E Glickman ,Gordon 9ed



Education of the Gifted and Talented by Del Siegle, 6th

| | | |
|---|---|---|
| $39.90 Time left:13d 5h 27m | $46.80 Time left:13d 19h 55m | $51.98 Time left:22d 19h 44m |



**Investigating Communication by Carl H. Botan, 2nd**

$59.93 Time left:26d 22h 55m



**The Elements of Moral Philosophy by James Rachels and Stuart Rachels ,7th**

$39.80 Time left:6d 20h 27m



**The Skilled Helper : A Problem-Management and Opportunity-Development...**

$49.80 Time left:8d 9h 39m



**Motor Learning and Control : Concepts and Applications by Magill Anderson ,10th**

$39.69 Time left:29d 23h 56m



**Theory and Practice of Counseling and Psychotherapy by Gerald Corey 9th**

$39.98 Time left:13d 12h 51m



**Human Motivation by Robert E. Franken 6th edition (NO INFOTRAC)**

$59.90 Time left:26d 2h 16m



**Psychological Testing and Assessment An Introduction 8E Cohen ,8th**

$44.78 Time left:**16m**



**Theory and Practice of Group Counseling by Corey and Gerald Corey 8th**

$44.89 Time left:14d 23h 52m



**Systems Analysis and Design by Barbara Dennis Haley Wixom, 5th, 5e 5ed**

$44.79 Time left:3d 23h 14m

  

| | | |
|---|---|---|
| Compensation by Jerry Newman, Barry Gerhart and George Milkovich ,11th 11ed | Launching New Ventures : An Entrepreneurial Approach by Kathleen R. Allen ,6th | Elementary Differential Equations by Boyce, 9th edition |
| $46.80 Time left:14d 1h 30m | $45.98 Time left:28d 19h 8m | $59.98 Time left:15d 6h 24m |

  

| | | |
|---|---|---|
| Data Structures and Algorithm Analysis in Java by Mark A. Weiss 3rd ,3e 3ed | Health Psychology : An Introduction to Behavior and Health by Feist Brannon 8th | Learning the Art of Helping Building Blocks and Techniques by Young 5th ,5e 5ed |
| $46.48 Time left:4d 22h 19m | $59.93 Time left:8d 9h 55m | $41.89 Time left:4d 22h 57m |

Page 2 of 28    ← Previous    1 | **2** | 3 | 4 | 5 | 6 | 7    Next →    Go to page [   ] [Go]

---

An eBay Store maintained by:    ace_hub ( 20463  )        Seller, manage Store

Tools:    My eBay                                                   Learn more about feeds

---

Community    About eBay    Announcements    eBay Money Back Guarantee    Security Center    Resolution Center
Seller Information Center    Policies    Site Map    eBay official time    Preview new features    Contact us    eBay Talk

Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.