# Exhibit N

 Shop by category

Search...                     All Categories                     Search

# Feedback profile



ace_hub ( 20465  )    Top Rated: Seller with highest buyer ratings

**Positive Feedback (last 12 months): 99.4%**
[How is Feedback percentage calculated?]

Member since: Dec-09-08 in Malaysia

**Member quick links**

Contact member
View items for sale
View seller's Store
View ID history
View eBay My World
View reviews & guides

eBay MONEY BACK GUARANTEE — Get the item you ordered or get your money back. Learn what's included

## Recent Feedback ratings (last 12 months)

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 37 | 1203 | 3285 |
| Neutral | 0 | 2 | 5 |
| Negative | 0 | 2 | 21 |

## Detailed seller ratings (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★★ | 2827 |
| Communication | ★★★★★ | 3037 |
| Shipping time | ★★★★★ | 3079 |
| Shipping and handling charges | ★★★★★ | 3105 |

---

Feedback as a seller | Feedback as a buyer | **All Feedback** | Feedback left for others

3,311 Feedback received (viewing 1-25)                                    **Revised Feedback: 47**

Show:  All  |  Positive (3285)  |  Neutral (5)  |  **Negative** (21)  |  Withdrawn (0)                Period: Past 12 months

| Feedback | From/price | Date/time |
|---|---|---|
| Detailed item information is not available for the following items because the Feedback is over 90 days old. | | |
| ⊖ Item was damaged seller only refunded 10$ he could have refunded at least 20$<br>Applied Mechanics for Engineering Technology by Keith M. Walker ,8th 8ed (#321167752587) | Buyer: j***k ( 13 ★ )<br>US $57.89 | Jan-26-14 06:16 |
| ⊖ old edition not useful<br>Research Methods for the Behavioral Sciences by Gravetter Forzano ,4th (#321133823363) | Buyer: j***s ( 96 ★ )<br>US $45.98 | Dec-16-13 12:33 |
| ⊖ **Counterfeit book, black and white photocopied pages inside! Came fast though.**<br>Marketing Strategy, Text and Cases by Michael Hartline and O. C. Ferrell ,6th 6e (#321169782350) | Buyer: t***h ( 431 ★ )<br>US $39.25 | Oct-27-13 10:43 |
| ⊖ I got the wrong book . shipping from US cost to much to send it back to seller.<br>Cross-Cultural Psychology Critical Thinking and Contemporary Applications ,5th (#321056148011) | Buyer: n***a ( 3 )<br>US $37.39 | Oct-21-13 15:10 |
| ⊖ Book content not the same information or page numbers as U.S. version.<br>Effective Small Business Management by Norman M. Scarborough 10th, 10e 10ed (#320959181721) | Buyer: o***i ( 15 ★ )<br>US $43.91 | Oct-07-13 20:56 |
| ⊖ THAT IS INTERNATIONAL EDITION, LIAR. WHY DO YOU SHOW THE SECOND EDITION PICTURE | Buyer: 0***0 ( 64 ★ )  | Sep-29-13 10:09  |

| | | | |
|---|---|---|---|
| | Introductory Chemical Engineering Thermodynamics by J. Richard Elliott ,2E (#321123290652) | US $44.99 | |
| ⊖ | **Need to take a class in customer service!** | Buyer: y***a ( 75 ⭐ ) | Sep-28-13 11:57 |
| | The Principalship A Reflective Practice Perspective 6ed (#320636774866) | US $46.79 | |
| ⊖ | **I haven't received my packet. No Idea where it is right now?** | Buyer: _***i ( 0 ) | Sep-24-13 23:35 |
| | Discrete-Event System Simulation 5E David M. Nicol, Jerry Banks, 5th (#321055305263) | US $38.25 | |
| ⊖ | **The binding on the book has already broken and I have had it for two weeks.** | Buyer: d***r ( 1 ) | Sep-20-13 14:09 |
| | Physical Chemistry: Principles & Applications Biological Sciences 5E by Puglisi (#321123300634) | US $51.96 | |
| ⊖ | **I never received my item and it has been a month since I have paid for it.** | Buyer: g***g ( 6 ) | Sep-16-13 17:55 |
| | Practical Stress Management : A Comprehensive Workbook by John A. Romas and... (#321182855704) | US $49.80 | |
| ⊖ | **DO NOT BUY. Seller lied about item. Had to have ebay refund my money. BAD SELLER** | Buyer: t***j ( 0 ) | Sep-14-13 15:44 |
| | Transportation : A Supply Chain Perspective by Robert A. Novack, Coyle 7th (#321137810048) | US $44.80 | |
| ⊖ | ==C O U N T E R F E I T ! ! ! ! ! ! ! ! ! ! ! ! ! ! ! ! ! You cannot resell!!!!!== | Buyer: 9***2 ( 12 ⭐ ) | Sep-12-13 02:32 |
| | Heat Transfer by Jack P. Holman ,10th 10ed (#321179186508) | US $40.98 | |
| ⊖ | ==BUYERS BEWARE!!!!! These textbooks are counterfeit!!!!! You cannot resell!!!!!== | Buyer: 9***2 ( 12 ⭐ ) | Sep-12-13 02:30 |
| | Heat Transfer by Jack P. Holman ,10th 10ed (#321179186508) | US $40.98 | |
| ⊖ | **This is the international addition which is useless in the US.** | Buyer: e***s ( 4 ) | Sep-11-13 15:20 |
| | Managing Human Resources by Steve Werner, Susan E. Jackson ,11th (#321137816463) | US $42.98 | |
| ⊖ | **This book is not the same as the Fraud Examination by W. Steve Albrecht, Chad O.** | Buyer: e***n ( 1 ) | Sep-09-13 17:28 |
| | Fraud Examination by W. Steve Albrecht, Conan C. Albrecht, 4th (#321137877605) | US $56.88 | |
| ⊖ | **The book is falling apart! Every page is falling out as turned while reading.** | Buyer: j***y ( 4 ) | Sep-03-13 07:47 |
| | A History of Modern Psychology 10E Duane P. Schultz 10th (#321137841843) | US $45.98 | |
| ⊖ | **seller did not send international edition/wanted me to send back to malaysia!** | Buyer: 9***9 ( 56 ⭐ ) | Sep-02-13 17:31 |
| | Intermediate Accounting with Annual Report 7E Nelson, David Spiceland 7th (#321143261798) | US $66.89 | |
| ⊖ | **shipping was late and communication was bad...the item was not as described..** | Buyer: m***i ( -1 ) | Aug-29-13 04:33 |
| | Introduction to Finite Elements in Engineering by Chandrupatla Belegundu 4th ,4e (#321040128040) | US $47.88 | |
| ⊖ | ==NOT A REAL/LEGITIMATE INTERNATIONAL EDITION. 100 % COUNTERFEIT B+W COPY DONT BUY== | Buyer: l***1 ( 52 ⭐ ) | Jul-02-13 15:34 |
| | Ethics: Theory and Practice by Keith W. Krasemann and Jacques P. Thiroux , 11th (#320764583740) | US $42.88 | |
| ⊖ | **I received the wrong book** | Buyer: n***e ( 0 ) | Jun-03-13 17:20 |
| | Kinesiology Scientific Basis of Human Motion, 12th (#320726325020) | US $39.88 | |
| ⊖ | **The book is not the same as in the image.** | Buyer: e***a ( 33 ⭐ ) | May-14-13 07:09 |
| | Linear Algebra and Its Applications by David C. Lay 4th, 4e 4ed (#321079716526) | US $42.99 | |

**What would you like to do next?**
Leave Feedback
Reply to Feedback received
Follow up to Feedback left

Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

## Sponsored Links


Nikon AF-S DX NIKKOR 18-
$246.95
Free Shipping
BuyDig.com


Nikon 18-55mm f/3.5-5.6G VR AF-S
$196.95
Free Shipping
BuyDig.com


Nikon Nikkor AF-S 55-300mm f/4.5-
$396.95 $399.00
Free Shipping
Walmart.com


Nikon Nikkor 18-200mm Zoom
$599.95 $849.95
Free Shipping
Walmart.com


Nikon Nikkor 55-200mm Zoom
$246.95 $249.84
Free Shipping
Walmart.com


WAS: $45.99
NOW: $29.99



AdChoice

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies
Site Map   eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.