# Exhibit O



Shop by category

Search...   [All Categories ▼]   Search   Advanced



**textbooks store**

bookwholesale2008 (2949  ) 98.6%

Follow   14 followers

Cengage

Sign up for newsletter    ☐ in titles & description

Comments?

## Featured Items


Market-Based Management 6e by...
$34.90


Using Multivariate Statistics 6e by ...
$40.98


Business, Government, and Socie...
$35.70

---

eBay Stores   textbooks store   All Categories

### Categories

Other (613)

All Listings ▼

613 results found in **all categories**

Best Match ▼    [▼]



Intentional Interviewing and Counseling 8e by Mary Bradford Ivey, Allen E. Ivey

18d left

$50.98
Buy It Now



Curriculum : Foundations, Principles, and Issues 6e by Allan C. Ornstein

15d 21h left

$25.89
Buy It Now



Practical Research : Planning and Design 10e by Paul Leedy and Ellis Ormrod

15d 21h left

$38.88
Buy It Now



Psychosocial Occupational Therapy : An Evolving Practice 3e by Elizabeth Cara

9d 17h left

$40.98
Buy It Now



Theory and Treatment Planning in Counseling and Psychotherapy by Diane R. Gehart

20d 8h left

$36.00
Buy It Now



Crisis Intervention Strategies 7e by Richard K. James and Burl E. Gilliland

20d 8h left

$61.91
Buy It Now


Understanding and Managing Diversity 5th by Carol P.Harvey International edition

28d 22h left

$28.99
Buy It Now


Groups : Process and Practice 9e by Marianne Schneider Corey, Cindy Corey

18d left

$50.00
Buy It Now


Discrete Mathematics with Applications 4e by Susanna S.Epp International edition

29d 4h left

$39.98
Buy It Now


Heating, Cooling, Lighting :Sustainable Design Methods for Architects 3e Lechner

11d 14h left

$55.46
Buy It Now


Business Ethics: Concepts and Cases 7e by Manuel G. Velasquez US edition

1d left

$54.90
Buy It Now

| | | | |
|---|---|---|---|
|  | Family Therapy : An Overview 8e by Irene Goldenberg and Herbert Goldenberg | 22d 9h left | $39.90 Buy It Now |
| | Chemical Process Safety : Fundamentals with Applications 3e by Joseph F. Louvar | 27d left | $39.99 Buy It Now |
| | Understanding Food Science and Technology 1e by Peter S. Murano Intl Edition | 26d 20h left | $55.83 Buy It Now |
| | Planning, Implementing, and Evaluating Health Promotion Programs 6e by McKenzie | 16d 21h left | $39.95 Buy It Now |
| | The Mind and Heart of the Negotiator 5e by Leigh Thompso | 23d 2h left | $34.98 Buy It Now |
| | Evaluating Research in Communicative Disorders 6e by Robert F. Orlikoff | 1d 10h left | $37.69 Buy It Now |
| | Ethical Theory and Business 9e by Tom L. Beauchamp, Arnold International Edition | 29d 3h left | $42.98 Buy It Now |
| | Articulatory and Phonological Impairments 4e by Jacqueline Bauman-Waengler | 23d 23h left | $35.80 Buy It Now |
| | Introductory Econometrics : A Modern Approach 5e by Wooldridge Int Edition | 1d 9h left | $54.99 Buy It Now |
| | Crafting and Executing Strategy Concepts and Cases 19e by Arthur A. Thompson | 19d 6h left | $46.50 Buy It Now |

| Item | Time Left | Price |
|---|---|---|
| Applied Behavior Analysis for Teachers 9e by Paul A. Alberto and Anne C. Troutman | 7d 20h left | $49.62 Buy It Now |
| Articulatory and Phonological Impairments 4e by Jacqueline Bauman-Waengler US | 18d 8h left | $87.81 Buy It Now |
| Social Responsibility and Business 4e by Linda Ferrell International Edition | 27d 15h left | $39.60 Buy It Now |
| Family Therapy: Concepts and Methods 10e by Nichols (International Edition) | 10d 22h left | $34.49 Buy It Now |
| Fundamentals of Applied Electromagnetics 6e by Umberto Ravaioli, Eric Michielssen | 18d left | $52.00 Buy It Now |
| Differential Equations and Boundary Value Problems 4e by David E. Penney, Edward | 23d 22h left | $45.98 Buy It Now |
| Teaching Students with Language and Communication Disabilities 4e by S. Jay Kuder | 29d 3h left | $38.88 Buy It Now |
| A First Course in Differential Equations 10e by Dennis G. Zill intl edition | 17d 6h left | $35.05 Buy It Now |
| Policy Studies for Educational Leaders : An Introduction 4e by Frances C. Fowler | 22d 18h left | $60.00 Buy It Now |
| Language Development 5e by Erika Hoff International Edition softcover | 22d 13h left | $64.91 Buy It Now |
| Assessment for Counselors 2e by Bradley T. Erford (International Edition) | 16d 2h left | $37.80 Buy It Now |

| | | | |
|---|---|---|---|
| | Theory, Practice, and Trends in Human Services 5e by Edward S. Neukrug | 21d 15h left | $65.91 Buy It Now |
| | Research Methods: A Process of Inquiry 8e by Anthony M. Graziano intl edition | 13d 4h left | $35.80 Buy It Now |
| | Diagnosis and Evaluation in Speech Pathology 8e by William O. Haynes US edition | 1d 8h left | $54.99 Buy It Now |
| | Opportunities and Challenges of Workplace Diversity 3e by Harris Sondak, Canas | 15d 7h left | $45.86 Buy It Now |
| | Ethical, Legal, and Professional Issues in Counseling 4e by Remley(US Edition) | 24d 21h left | $85.00 Buy It Now |
| | Process Dynamics and Control 3e by Dale E. Seborg, Edgar, Doyle, Mellichamp | 12d 21h left | $39.39 Buy It Now |
| | Ethical, Legal, and Professional Issues in Counseling 4e by Remley(Intl Edition) | 12d 21h left | $52.00 Buy It Now |
| | Children's Thinking 4e by Martha Wagner Alibali and Robert S. Siegler | 29d 8h left | $41.60 Buy It Now |
| | Applying Career Development Theory to Counseling 6e by Richard S. Sharf | 18d left | $58.80 Buy It Now |
| | The Expanded Family Life Cycle 4e by Monica McGoldrick International Edition | 22d 13h left | $50.00 Buy It Now |
| | Applied Behavior Analysis 2e by John O. Cooper, Heward US Hardcover Edition | 26d 8h left | $109.00 Buy It Now |



Substance Abuse: Information for School Counselors, Social Workers 5e by Fisher
10d 22h 45s
$26.90
Buy It Now

1  2  3  4  5  6  ...

Items per page: 48

Community    About eBay    Announcements    eBay Money Back Guarantee    Security Center    Resolution Center    Seller Information Center    Policies    Site Map
eBay official time    Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

eBay   Shop by category

Search...   [All Categories]   Search   Advanced

**textbooks store**

bookwholesale2008 ( 2949   ) 98.6%

Follow   14 followers

Search within store...

Sign up for newsletter   ☐ in titles & description

Comments?

eBay Stores   textbooks store   All Categories

## Categories

Other (613)

All Listings ▼

613 results found in **all categories**

Best Match ▼



A History of Modern Psychology 10e by Duane Schultz International edition

28d 12h left

$39.00
Buy It Now



Applied Behavior Analysis 2e by William L. Heward, John O. Cooper

28d left

$63.21
Buy It Now



**Newly listed**  Marketing Strategy : A Decision-Focused Approach 8e by Orville C. Walker,Mullins

29d 15h left

$34.99
Buy It Now



Criminology 11e by Larry Siegel (International Edition) — 10d 22h left — $42.00 Buy It Now



Groups : A Counseling Specialty 6e by Samuel T. Gladding International Edition — 27d 15h left — $60.99 Buy It Now



Aerodynamics for Engineers 6e by Russell M. Cummings and John J. Bertin — 24d 21h left — $60.99 Buy It Now



Applied Hydrogeology 4e by C. W. Fetter US Edition with CD Hardcover — 29d 10h left — $55.98 Buy It Now



Becoming a Helper 6e by Marianne Schneider Corey, Gerald Corey (Intl Edition) — 1d 6h left — $38.00 Buy It Now

| | | | |
|---|---|---|---|
|  | Derivatives Markets 3e by Robert L. McDonald with CD-Rom International Edition | 1d 16h left | $45.86<br>Buy It Now |
|  | Understanding Global Conflict and Cooperation 9e by David A. Welch US edition | 7h 45m left | $48.00<br>Buy It Now |
|  | Nutrition Counseling and Education Skill Development 2e by Kathleen D. Bauer | 26d 21h left | $46.00<br>Buy It Now |
|  | Linear Algebra and Its Applications 4th by David C. Lay International edition | 29d 15h left | $37.60<br>Buy It Now |
|  | Career Information, Career Counseling, and Career Development 10E by Duane Brown | 14d left | $51.99<br>Buy It Now |
| | Drugs, Brain, and Behavior 6e by John Salamone and David M. Grilly intl edition | 1d left | $29.90<br>Buy It Now |

| | | | |
|---|---|---|---|
| | Enterprise Systems for Management 2e by Luvai Motiwalla and Jeffrey Thompson | 23d 22h left | $36.88 Buy It Now |
| | Basics of Research Methods for Criminal Justice and Criminology 3e by R. Babbie | 21d 15h left | $40.48 Buy It Now |
| | Environmental Law 8e by Nancy K. Kubasek and Silverman International Edition | 1d 1h left | $44.88 Buy It Now |
| | SuperVision and Instructional Leadership 9e by Stephen P. Gordon, Carl Glickman | 8d 16h left | $42.80 Buy It Now |
| | Accounting Information Systems 1e by Vernon Richardson, Chengyee Chang and Smith | 2d 18h left | $34.57 Buy It Now |
| | Statistics for the Life Sciences 4e by Myra L. Samuels International Edition | 30d left | $47.80 Buy It Now |
| | Introduction to Counseling : An Art and Science Perspective 4e by Michael Nystul | 10d 12h left | $47.90 Buy It Now |
| | Introduction to Econometrics 3e by James H. Stock, Watson international edition | 1d 9h left | $51.98 Buy It Now |
| | Career Counseling : A Holistic Approach 8e by Vernon G. Zunker Intl edition | 7d 20h left | $63.30 Buy It Now |
| | History of Psychology 4e by David Hothersall US edition | 29d 4h left | $50.25 Buy It Now |
| | Interviewing : Principles and Practices 14e by Stewart and Cash Intl Edition | 16d 8h left | $36.00 Buy It Now |

| | | | |
|---|---|---|---|
| | Hydrology and Floodplain Analysis 5e by Philip B. Bedient, Baxter E. Vieux,Huber | 22d 12h left | $44.89<br>Buy It Now |
| | Artificial Intelligence: A Modern Approach 3E by Russell International edition | 4d 3h left | $43.90<br>Buy It Now |
| | Classical and Statistical Thermodynamics 1e by Carter International Edition | 3d 7h left | $48.98<br>Buy It Now |
| | Environmental Economics and Policy 6e by Lynne Lewis International edition | 8d left | $48.81<br>Buy It Now |
| | Thinking about Biology : An Introductory Laboratory Manual 4e by Mimi Bres | 29d 4h left | $63.91<br>Buy It Now |
| | Psychological Testing and Assessment 8e by Ronald Jay Cohen international editio | 18d 18h left | $44.74<br>Buy It Now |
| | Foundations of Clinical Research 3e by Leslie Gross Portney, Mary P. Watkins | 1d 23h left | $45.99<br>Buy It Now |
| | Entrepreneurial Finance 4th by J Chris Leach, Melicher (International Edition) | 25d 19h left | $34.98<br>Buy It Now |
| | Thermodynamics: An Engineering Approach 7th by Yunus A. Cengel Intl Edition | 2d 18h left | $64.99<br>Buy It Now |
| | Comparative Health Information Management 3e by Ann Peden International edition | 18d left | $44.74<br>Buy It Now |
| | Strategic Management : Concepts and Cases 1e by Rothaermal International Edition | 19d left | $60.00<br>Buy It Now |

| | | | |
|---|---|---|---|
| | Financial Accounting Theory 6e by William R. Scott (2011, Hardcover) | 24d left | $60.91 Buy It Now |
| | Theories of Counseling and Psychotherapy : A Case Approach 3e by Nancy Murdock | 28d left | $31.90 Buy It Now |
| | Intellectual Property 4e by by Deborah E. Bouchoux International Edition | 10d 12h left | $43.90 Buy It Now |
| | Contemporary Human Behavior Theory 3e by Robbins, Canda International Edition | 2d 10h left | $49.80 Buy It Now |
| | Advanced Strength and Applied Stress Analysis 2e by Budynas US edition hardcover | 19d 23h left | $57.99 Buy It Now |
| | Programmable Logic Controllers 4e by Frank D. Petruzella US edition softcover | 3d 9h left | $73.90 Buy It Now |
| | Student Manual for Corey's Theory and Practice of Counseling and Psychotherapy | 17d 7h left | $57.00 Buy It Now |
| | Equity Valuation and Analysis eVal 3e by Russell Lundholm and Richard Sloan | 18d left | $34.19 Buy It Now |
| | The Art and Science of Leadership 6e by Afsaneh Nahavandi international edition | 4d 3h left | $38.98 Buy It Now |
| | Management Skills for Everyday Life 3e by Paula Caproni International Edition | 14d 1h left | $35.48 Buy It Now |
| | Nutritional Assessment 6e by Robert D Lee and Nieman (Interntional edition) | 10d 8h left | $34.90 Buy It Now |



Assessment of Children and Youth with Special Needs 4e by Spenciner, Cohen

9d 15h 16s

$39.30
Buy It Now

1   2   3   4   5   6   ...

Items per page: 48

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies   Site Map
eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.