# Exhibit P

 **Shop by category** | Search... | All Categories | Search

Home > Community > Feedback forum > Feedback profile

# Feedback profile



**bookwholesale2008** ( 2949  ) | **Top Rated: Seller with highest buyer ratings**

Positive Feedback (last 12 months): **98.6%**
[How is Feedback percentage calculated?]

Member since: Dec-11-08 in Malaysia

**Member quick links**

Contact member
View items for sale
View seller's Store
View ID history
View eBay My World
View reviews & guides



## Recent Feedback ratings (last 12 months)

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ⊕ Positive | 31 | 333 | 685 |
| ◯ Neutral | 0 | 0 | 2 |
| ⊖ Negative | 0 | 6 | 9 |

## Detailed seller ratings (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★★ | 564 |
| Communication | ★★★★★ | 608 |
| Shipping time | ★★★★★ | 629 |
| Shipping and handling charges | ★★★★☆ | 559 |

| Feedback as a seller | Feedback as a buyer | **All Feedback** | Feedback left for others |
|---|---|---|---|

**696** Feedback received (viewing 1-25) | | **Revised Feedback: 2**

Show: All | Positive (685) | Neutral (2) | **Negative** (9) | Withdrawn (0) | Period: Past 12 months

| Feedback | From/price | Date/time |
|---|---|---|
| ⊖ ordered Feb 19th Its March 4th needed it for class . Will cancel order.<br>Child, Family, and Community 6e by Janet Gonzalez-Mena US edition (#271247771215) | Buyer: m***5 ( 1 )<br>US $64.00 | Mar-04-14 10:32 <br>View Item |
| ⊖ I still haven't received the item yet it's been 2 weeks BEWARE horrible service<br>Articulation and Phonological Disorders 7e by John E. Bernthal Intl Edition (#360558505731) | Buyer: h***n ( 18 ☆ )<br>US $34.99 | Feb-01-14 20:49 <br>View Item |
| | Detailed item information is not available for the following items because the Feedback is over 90 days old. | |
| ⊖ Very slow shipping, package left sitting in Malaysia for a week...wtf guys.<br>Linear Algebra and Its Applications 4th by David C. Lay International edition (#271252306052) | Buyer: _***e ( 27  )<br>US $39.95 | Jan-21-14 23:09 |
| ⊖ Beware<br>-- | Buyer: 1***1 ( 54  )<br>-- | Jan-21-14 04:32<br>Private |
| ⊖ The item was misrepresented. Seller not helpful in returning item.<br>-- | Buyer: n***r ( 10  )<br>-- | Jan-14-14 07:27<br>Private |
|  Book was not a "color" print, as described in add...<br>Framework for Marketing Management 5e by Philip Kotler International edition (#271222173405) | Buyer: e***u ( 410  )<br>US $34.90 | Nov-20-13 13:28  |

| | | |
|---|---|---|
| ⊖ Textbook quality indicated that it was counterfeit; seller uncooperative<br>-- | Buyer: i***f ( 15 ⭐ )<br>-- | Sep-28-13 19:28<br>Private |
| ⊖ NEVER buy books from this seller. Delivery was much later than they promised.<br>Framework for Marketing Management 5e by Philip Kotler International edition (#271222173405) | Buyer: t***o ( 6 )<br>US $31.90 | Sep-12-13 21:21 |
| ⊖ Don't ship to APO addresses wasn't in the restricted "ship to" list, was hidden<br>Introduction to Java Programming, Comprehensive Version 9e by Y. Daniel Liang (#271057217695) | Buyer: u***x ( 43 ⭐ )<br>US $50.83 | Aug-29-13 12:15 |

Items per page: 25 | 50 | 100 | 200

Page 1 of 1                                                                                                                                      1

**What would you like to do next?**
Leave Feedback
Reply to Feedback received
Follow up to Feedback left

Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

## Sponsored Links


Nikon AF-S DX NIKKOR 18-
**$246.95**
Free Shipping
BuyDig.com


Nikon 18-55mm f/3.5-5.6G VR AF-S
**$196.95**
Free Shipping
BuyDig.com


Nikon Nikkor AF-S 55-300mm f/4.5-
**$396.95** $399.00
Free Shipping
Walmart.com


Nikon Nikkor 18-200mm Zoom
**$599.95** $849.95
Free Shipping
Walmart.com


Nikon Nikkor 55-200mm Zoom
**$246.95** $249.84
Free Shipping
Walmart.com



Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies
Site Map   eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.