# Exhibit Q

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

   Shop by category   Search...   All Categories ▾   Search   Advanced

Home > eBay Stores > nsautojapan > **All Categories**

Save this seller | Sign up for Store newsletter

## nsautojapan

**Maintained by:** nsautojapan ( 706  )

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

### Store search
[          ] [ Search ]

### Store categories
**Store home**
Honda (20)
Mazda (8)
Mitsubishi (3)
Subaru (11)
Toyota (7)
Nissan (16)
Steering Wheel (2)
Wheels (10)
Jdm (6)
Real Jdm (22)
Books (150)
Other (2)

### Display
- Hide gallery view
- View time left

### Store Newsletter!
Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest
[ Sign Up ]

### New Arrivals!
- Family Therapy : Concepts and Methods by Michael P. Nichols 10E
- Advanced Engineering Mathematics by Erwin Kreyszig ,10E

See all items

### Ending Soon!

Multiscale Operational Organic C...
$66.00
Time left: **6m**

See all items

View: **All Items** | Buy It Now

**257** results found in **all categories**

View as: Gallery ▾   Sort by: Best Match ▾

Shipping to **20015, USA**



Advanced Engineering Mathematics by Erwin Kreyszig ,10E
$52.98
Time left: 24d 22h 39m

Exploring Research by Neil J. Salkind 8E
$36.88
Time left: 7d 17h 35m

Modern Industrial Organization by Dennis W. Carlton,4E
$58.88
Time left: 7d 16h 13m





| | | |
|---|---|---|
| Practical Research : Planning and Design by Paul D. Leedy and Ormrod 10E<br>$36.99<br>Time left:7d 16h 50m | Advanced Engineering Thermodynamics by Adrian Bejan ...<br>$69.88<br>Time left:6d 14h 41m | Cutlip and Center's Effective Public Relations by Glen M. Broom 11E<br>$46.98<br>Time left:8d 20h 51m |
| <br>Introduction to International Political Economy 5E Dill<br>$48.88<br>Time left:1d 16h 51m | <br>Public Policy Analysis by William N. Dunn 5th edition<br>$44.00<br>Time left:13d 13h 10m | <br>Computer Systems by David R. O'Hallaron, Bryant 2E<br>$58.99<br>Time left:16d 15h 59m |
| <br>Vector Calculus by Susan Jane Colley and Susan J. Colley 4th edition<br>$55.00<br>Time left:13d 12h 56m | <br>Nutritional Assessment by David Nieman and Robert Lee 6E<br>$40.40<br>Time left:7d 16h 47m | <br>Adult Development And Aging by Paul A. Roodin, 6E<br>$48.88<br>Time left:15d 2h 28m |
| <br>Human Learning by Jeanne Ellis Ormrod 6th edition | <br>Supply Chain Management by Peter Meindl and Sunil | <br>Artificial Intelligence : A Modern Approach by Stuart |

| | | |
|---|---|---|
| **Buy It Now** $49.00<br>Time left:13d 12h 51m | Chopra 5E<br>**Buy It Now** $42.89<br>Time left:7d 20h 46m | Russell, Peter Norvig 3E<br>**Buy It Now** $49.99<br>Time left:7d 16h 23m |
| <br>Labor Relations by Arthur A. Sloane, Fred Witney 13E<br>**Buy It Now** $48.88<br>Time left:18d 20h 40m | <br>The School and Community Relations by Don Bagin, Donald R. Gallagher 10E<br>**Buy It Now** $46.80<br>Time left:8d 23h 14m | <br>Kinesiology: Scientific Basis of Human Motion 12E Hamil<br>**Buy It Now** $43.88<br>Time left:7d 16h 24m |
| <br>Accounting Principles by Jerry J. Weygandt ,11th edition<br>**Buy It Now** $65.50<br>Time left:24d 22h 7m | <br>Social Gerontology: A Multidisciplinary Perspective by Hooyman 9th edition<br>**Buy It Now** $56.00<br>Time left:13d 12h 49m | <br>Physical Examination of the Spine and Extremities Hoppe<br>**Buy It Now** $56.66<br>Time left:29d 16h 28m |
| <br>Mathematical Proofs by Albert D. Polimeni, 2E<br>**Buy It Now** $49.88<br>Time left:13d 12h 33m | <br>Information Systems Management by Barbara C. McNurli...<br>**Buy It Now** $49.88<br>Time left:16d 11h 6m | <br>Honda Integra R DC5 TYPE-R power mirrors set<br>**Buy It Now or Best Offer** $179.00<br>Time left:25d 15h 51m |



Deformation and Fracture Mechanics of Engineering Ma...

*Buy It Now* $56.84
Time left:6d 14h 34m



Family Therapy : Concepts and Methods by Michael P. Nichols 10E

*Buy It Now* $39.99
Time left:8h 53m



The Strategy and Tactics of Pricing 5E Nagle Hogan Zale

*Buy It Now* $46.88
Time left:23d 19h 17m



Curriculum Leadership by Eric J. Anctil, Parkay, 9E

*Buy It Now* $48.99
Time left:19d 16h 29m



Engineering Psychology and Human Performance by Christopher D. Wickens, 4E

*Buy It Now* $44.98
Time left:8d 23h 6m



Law & Economics by Thomas Ulen and Robert Cooter 6th edition

*Buy It Now* $45.00
Time left:13d 13h 24m



Introduction to Clinical Psychology by Vicky Phares, 7th edition



Classroom Management : Models, Applications and Cases by Katherine T.



Modern Algebra by John R. Durbin (2008, Hardcover)

| | | |
|---|---|---|
| $49.00 Time left:16d 9h 34m | Bucher 3E $39.89 Time left:7d 18h 50m | $59.88 Time left:9d 16h 1m |
|  Project Management by Jeffery K. Pinto, 2E $48.99 Time left:9d 14h 1m |  Leaders and the Leadership Process by Pierce 6E $46.69 Time left:12d 17h 5m |  Articulatory and Phonological Impairments by Waengler 4E $39.80 Time left:8d 20h 59m |
|  JDM EK9 CIVIC B16B TYPE-R YELLOW FOGS $285.00 Time left:22d 14h 45m |  The Internship, Practicum, and Field Placement Handbook by Baird 6th edition $46.00 Time left:13d 13h 33m |  Learning the Art of Helping : Building Blocks and Techniques by Mark E. Young 5E $42.96 Time left:7d 17h 17m |
|  Training in Interpersonal Skills by Stephen P. Robbins 6th edition $42.00 Time left:27d 0h 45m |  A First Course in Probability by Sheldon Ross 9E $42.99 Time left:22d 22h 18m |  Introduction to Governmental and Not-for-Profit Accounting by Ives Patton 7E $46.98 Time left:7d 17h 26m |







The Basic Guide to SuperVision and Instructional Leadership by Gordon 3E
Buy It Now  $39.68
Time left:7d 19h 0m

Law and Society by Steven Vago 10th edition
Buy It Now  $45.00
Time left:13d 13h 23m

Curriculum : Foundations, Principles, and Issues by Allan C. Ornstein 6E Hunkins
Buy It Now  $38.89
Time left:7d 16h 41m







The Process of Parenting by Jane B. Brooks 8E
Buy It Now  $48.88
Time left:17d 17h 36m

Introduction to Nuclear Engineering by Anthony Baratta and Lamarsh 3rd edition
Buy It Now  $52.00
Time left:23d 19h 17m

Mathematical Proofs : A Transition to Advanced Mathematics by Gary Chartrand, 3E
Buy It Now  $47.64
Time left:7d 20h 11m

Page 1 of 6    ⬅ Previous   1 | 2 | 3 | 4 | 5 | 6   Next ➡    Go to page [   ] [Go]

---

An eBay Store maintained by:  nsautojapan ( 706 ⭐ )  📕         Seller, manage Store

Tools:  My eBay                                              RSS Learn more about feeds

Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

eBay   Shop by category

[Search...]   [All Categories]   Search   Advanced

**textbooks store**

bookwholesale2008 ( 2949  ) 98.6%

Follow   14 followers

Search within store...

Sign up for newsletter   ☐ in titles & description

Comments?

eBay Stores   textbooks store   All Categories

## Categories

Other (613)

All Listings ▼

613 results found in **all categories**

Best Match ▼



A History of Modern Psychology 10e by Duane Schultz International edition

28d 12h left

$39.00
Buy It Now



Applied Behavior Analysis 2e by William L. Heward, John O. Cooper

28d left

$63.21
Buy It Now



**Newly listed**   Marketing Strategy : A Decision-Focused Approach 8e by Orville C. Walker,Mullins

29d 15h left

$34.99
Buy It Now



Criminology 11e by Larry Siegel (International Edition)

10d 22h left

$42.00
Buy It Now



Groups : A Counseling Specialty 6e by Samuel T. Gladding International Edition

27d 15h left

$60.99
Buy It Now



Aerodynamics for Engineers 6e by Russell M. Cummings and John J. Bertin

24d 21h left

$60.99
Buy It Now

Applied Hydrogeology 4e by C. W. Fetter US Edition with CD Hardcover

29d 10h left

$55.98
Buy It Now



Becoming a Helper 6e by Marianne Schneider Corey, Gerald Corey (Intl Edition)

1d 6h left

$38.00
Buy It Now

| | | | |
|---|---|---|---|
|  | Derivatives Markets 3e by Robert L. McDonald with CD-Rom International Edition | 1d 16h left | $45.86 Buy It Now |
|  | Understanding Global Conflict and Cooperation 9e by David A. Welch US edition | 7h 45m left | $48.00 Buy It Now |
|  | Nutrition Counseling and Education Skill Development 2e by Kathleen D. Bauer | 26d 21h left | $46.00 Buy It Now |
|  | Linear Algebra and Its Applications 4th by David C. Lay International edition | 29d 15h left | $37.60 Buy It Now |
|  | Career Information, Career Counseling, and Career Development 10E by Duane Brown | 14d left | $51.99 Buy It Now |
| | Drugs, Brain, and Behavior 6e by John Salamone and David M. Grilly intl edition | 1d left | $29.90 Buy It Now |

| | Item | Time Left | Price |
|---|---|---|---|
| | Enterprise Systems for Management 2e by Luvai Motiwalla and Jeffrey Thompson | 23d 22h left | $36.88 Buy It Now |
| | Basics of Research Methods for Criminal Justice and Criminology 3e by R. Babbie | 21d 15h left | $40.48 Buy It Now |
| | Environmental Law 8e by Nancy K. Kubasek and Silverman International Edition | 1d 1h left | $44.88 Buy It Now |
| | SuperVision and Instructional Leadership 9e by Stephen P. Gordon, Carl Glickman | 8d 16h left | $42.80 Buy It Now |
| | Accounting Information Systems 1e by Vernon Richardson, Chengyee Chang and Smith | 2d 18h left | $34.57 Buy It Now |
| | Statistics for the Life Sciences 4e by Myra L. Samuels International Edition | 30d left | $47.80 Buy It Now |
| | Introduction to Counseling : An Art and Science Perspective 4e by Michael Nystul | 10d 12h left | $47.90 Buy It Now |
| | Introduction to Econometrics 3e by James H. Stock, Watson international edition | 1d 9h left | $51.98 Buy It Now |
| | Career Counseling : A Holistic Approach 8e by Vernon G. Zunker Intl edition | 7d 20h left | $63.30 Buy It Now |
| | History of Psychology 4e by David Hothersall US edition | 29d 4h left | $50.25 Buy It Now |
| | Interviewing : Principles and Practices 14e by Stewart and Cash Intl Edition | 16d 8h left | $36.00 Buy It Now |

| | | | |
|---|---|---|---|
| | Hydrology and Floodplain Analysis 5e by Philip B. Bedient, Baxter E. Vieux,Huber | 22d 12h left | $44.89 Buy It Now |
| | Artificial Intelligence: A Modern Approach 3E by Russell International edition | 4d 3h left | $43.90 Buy It Now |
| | Classical and Statistical Thermodynamics 1e by Carter International Edition | 3d 7h left | $48.98 Buy It Now |
| | Environmental Economics and Policy 6e by Lynne Lewis International edition | 8d left | $48.81 Buy It Now |
| | Thinking about Biology : An Introductory Laboratory Manual 4e by Mimi Bres | 29d 4h left | $63.91 Buy It Now |
| | Psychological Testing and Assessment 8e by Ronald Jay Cohen international editio | 18d 18h left | $44.74 Buy It Now |
| | Foundations of Clinical Research 3e by Leslie Gross Portney, Mary P. Watkins | 1d 23h left | $45.99 Buy It Now |
| | Entrepreneurial Finance 4th by J Chris Leach, Melicher (International Edition) | 25d 19h left | $34.98 Buy It Now |
| | Thermodynamics: An Engineering Approach 7th by Yunus A. Cengel Intl Edition | 2d 18h left | $64.99 Buy It Now |
| | Comparative Health Information Management 3e by Ann Peden International edition | 18d left | $44.74 Buy It Now |
| | Strategic Management : Concepts and Cases 1e by Rothaermal International Edition | 19d left | $60.00 Buy It Now |

| Item | Time Left | Price |
|---|---|---|
| Financial Accounting Theory 6e by William R. Scott (2011, Hardcover) | 24d left | $60.91 Buy It Now |
| Theories of Counseling and Psychotherapy : A Case Approach 3e by Nancy Murdock | 28d left | $31.90 Buy It Now |
| Intellectual Property 4e by by Deborah E. Bouchoux International Edition | 10d 12h left | $43.90 Buy It Now |
| Contemporary Human Behavior Theory 3e by Robbins, Canda International Edition | 2d 10h left | $49.80 Buy It Now |
| Advanced Strength and Applied Stress Analysis 2e by Budynas US edition hardcover | 19d 23h left | $57.99 Buy It Now |
| Programmable Logic Controllers 4e by Frank D. Petruzella US edition softcover | 3d 9h left | $73.90 Buy It Now |
| Student Manual for Corey's Theory and Practice of Counseling and Psychotherapy | 17d 7h left | $57.00 Buy It Now |
| Equity Valuation and Analysis eVal 3e by Russell Lundholm and Richard Sloan | 18d left | $34.19 Buy It Now |
| The Art and Science of Leadership 6e by Afsaneh Nahavandi international edition | 4d 3h left | $38.98 Buy It Now |
| Management Skills for Everyday Life 3e by Paula Caproni International Edition | 14d 1h left | $35.48 Buy It Now |
| Nutritional Assessment 6e by Robert D Lee and Nieman (Interntional edition) | 10d 8h left | $34.90 Buy It Now |



Assessment of Children and Youth with Special Needs 4e by Spenciner, Cohen

9d 15h 4m

$39.30
Buy It Now

1  2  3  4  5  6  ...

Items per page: 48

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies   Site Map
eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.