# Exhibit R



Hi, **Michael** (Sign in)  Daily Deals  Sell  Customer Support  Shop Mother's Day gifts ▶  My eBay

Shop by category

Search...  All Categories  Search  Advanced



**premium_bookstore**

popstar_edu (6434    ) 99.4%

Follow    8 followers

Search within store...

Sign up for newsletter     ☐ in titles & description

Comments?

## Featured Items



Educational Administration Conce...
$46.89



Groups : Process and Practice 9E ...
$54.00



Educational Research Competenc...
$46.98

eBay Stores    premium_bookstore    All Categories

## Categories

Other (1212)

All Listings ▾

1,212 results found in **all categories**

Best Match ▾



Early Childhood Development : A Multicultural Perspective 6E Smith ,6th

26d 19h left

$59.00
Buy It Now

Free Shipping



Systems Engineering and Analysis by Benjamin S. Blan... — 27d 19h left — $57.89 Buy It Now Free Shipping



Systems Analysis and Design with UML by Dennis Wixom Tegarden 4e, 4th — 1d 22h left — $43.88 Buy It Now Free Shipping



Basics of Industrial Hygiene by Debra Nims and Debra... — 21h 13m left — $55.99 Buy It Now Free Shipping



Entrepreneurial Finance 4E Ronald W. Melicher and J. Chris Leach ,4th — 19d left — $41.88 Buy It Now Free Shipping

The Principalship: A Reflective Practice Perspective by Sergiovanni, 6th — 17d 22h left — $51.55 Buy It Now Free Shipping



Project Management: Achieving Competive Advantage by Jeffery K. Pinto 3E ,3ed

19d 23h left

$51.80
Buy It Now



Career Counseling and Development in a Global Economy 2E Andersen, 2nd

12d 22h left

$46.99
Buy It Now

Free Shipping



A Guide to Crisis Intervention 4E Kristi Kanel and Kanel ,4th

16d 23h left

$41.89
Buy It Now

Free Shipping



International Economics 11E Dominick Salvatore 11th

5d 10h left

$43.98
Buy It Now

Free Shipping



The Statistical Sleuth A Course in Methods of Data Analysis 3E Schafer ,3rd

26d left

$59.99
Buy It Now

Free Shipping

| Image | Title | Time Left | Price |
|---|---|---|---|
| | Beginning Behavioral Research A Conceptual Primer 7E Rosnow ,Rosenthal 7th | 1d 10h left | $35.67 Buy It Now |
| | Cognitive Psychology In and Out of the Laboratory, 4ed | 14d 22h left | $49.88 Buy It Now Free Shipping |
| | Governmental and Nonprofit Accounting by Robert Freeman 10th ,10e | 5d 22h left | $44.46 Buy It Now Free Shipping |
| | Developing the Curriculum by Peter F. Oliva and William R. Gordon 8E ,8th | 19d 22h left | $35.89 Buy It Now |
| | The Strengths Perspective in Social Work Practice by Dennis Saleebey 6th ,6ed | 11d 21h left | $45.89 Buy It Now Free Shipping |
| | Distributed Systems : Concepts and Design by Gordon Blair, George Coulouris ,5E | 10d 15h left | $66.80 Buy It Now Free Shipping |
| | Elementary Linear Algebra 10E Chris Rorres and Howard Anton 10th | 7d 16h left | $46.99 Buy It Now Free Shipping |
| | Applied Statistics and Probability for Engineers ,5e 5ed 5th | 14d 9h left | $46.98 Buy It Now Free Shipping |
| | Becoming a Helper by Marianne Schneider Corey and Gerald Corey 6e, 6th 6ed | 11d 22h left | $49.99 Buy It Now Free Shipping |
| | Derivatives Markets by Robert L. McDonald 3E ,3rd edition | 20d 18h left | $49.89 Buy It Now Free Shipping |

| Item | Time Left | Price | |
|---|---|---|---|
| Physical Chemistry by Moungi G. Bawendi, Robert A. A... | 29d 19h left | $65.00 | Buy It Now / Free Shipping |
| Social Work : An Empowering Profession 8E Karla Krogsrud Miley ,Dubois 8th | 27d 1h left | $56.00 | Buy It Now / Free Shipping |
| Foundations of Financial Markets and Institutions, 4ed | 27d 19h left | $58.60 | Buy It Now / Free Shipping |
| A First Look at Communication Theory 8E Griffin ,8th | 16d 23h left | $36.98 | Buy It Now / Free Shipping |
| Facilities Planning by James A. Tompkins, John A. White, Bozer 4E -(HARDCOVER) | 7d 21h left | $54.89 | Buy It Now |
| Physical Chemistry Principles and Applications in Biological Sciences,Tinoco 5th | 1d 11h left | $56.91 | Buy It Now |
| Motivation in Education Theory, Research, and Applications 4E Schunk Meece 4th | 7d 22h left | $38.88 | Buy It Now |
| Management : A Focus on Leaders 2E Annie McKee ,2nd | 26d 23h left | $66.00 | Buy It Now / Free Shipping |
| Introduction to Human Factors Engineering by Christopher D. Wickens, Yili D.... | 12d 20h left | $59.00 | Buy It Now / Free Shipping |
| Design for Electrical and Computer Engineers 1st ford | 25d left | $42.99 | Buy It Now / Free Shipping |
| Research Methods for the Behavioral Sciences 4E Frederick J. Gravetter ,4th | 17d left | $47.98 | Buy It Now / Free Shipping |

| Item | Time Left | Price |
|---|---|---|
| Microcontroller Theory and Applications HC12 S12 by Barrett , Daniel Pack 2nd | 12d 22h left | $68.00 Buy It Now Free Shipping |
| Business and Society : A Strategic Approach to Social Responsibility 4E Ferrell | 17d 1h left | $43.80 Buy It Now Free Shipping |
| Becoming a Helper by Marianne Schneider Corey and Gerald Corey ,6e | 17d 18h left | $52.00 Buy It Now Free Shipping |
| Industrial Safety and Health Management 6th asfahl | 29d 18h left | $50.90 Buy It Now Free Shipping |
| Process Dynamics and Control by Duncan A. Mellichamp, Thomas F. Edgar, 3rd | 12d 16h left | $43.39 Buy It Now Free Shipping |
| Principles of Econometrics 4E Carter Hill, R. Carter Hill, G riffiths 4th | 22d 13h left | $48.88 Buy It Now Free Shipping |
| Managing and Using Information Systems by Carol S. S... | 3d 22h left | $41.66 Buy It Now Free Shipping |
| Working Through Conflict : Strategies for Relationships, Groups by Stutman 7E | 19d 19h left | $41.56 Buy It Now |
| International Management by Fred Luthans, 8ed | 25d 18h left | $42.99 Buy It Now Free Shipping |
| Fundamentals of Organizational Communication by Pamela Zalabak 8e, 8ed | 8d 14h left | $47.80 Buy It Now Free Shipping |
| Emotion 2E James W. Kalat and Michelle N. Shiota ,2nd | 12d 20h left | $39.98 Buy It Now Free Shipping |



Managing Organizational Change : A Multiple Perspectives Approach 2E Dunford

8d 19h left

$52.98
Buy It Now
Free Shipping

| 1 | 2 | 3 | 4 | 5 | 6 | ... |

Items per page: 48

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies   Site Map
eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

# ebay

**Shop by category**

[Search...]   [All Categories]   **Search**   Advanced

### premium_bookstore
popstar_edu (6434  ) 99.4%

Follow   **8** followers

Search within store...

Sign up for newsletter   ☐ in titles & description

eBay Stores | premium_bookstore | All Categories

## Categories

Other (1212)

All Listings ▾

**1,212** results found in **all categories**

Best Match ▾

---



**Healthcare Management Organization Design and Behavior by Kaluzny, 6e, 6th**

1d 22h left

$46.00
Buy It Now
Free Shipping

---



**Linear Algebra and Its Applications 4E David C. Lay ,4th**

24d left

$38.33
Buy It Now

---

**Applied Hydrogeology 4E C. W. Fetter , 4th**

26d 18h left

$54.92
Buy It Now
Free Shipping



Psychological Testing: History, Principles, and Applications by Gregory, 6th

16d 22h left

$52.83
Buy It Now
Free Shipping



Descriptive in Organic, Coordination, and Solid State Chemistry Rodgers 3e, 3rd

29d 23h left

$49.31
Buy It Now
Free Shipping



Cutlip and Center's Effective Public Relations by Glen M. Broom 11th ,11e

5d 3h left

$39.85
Buy It Now

Interpersonal Skills in Organizations 4th Schneider

9d 1h left

$46.98
Buy It Now
Free Shipping



Ethical, Legal, and Professional Issues in Counseling 4E Barbara Herlihy ,4th

10d 18h left

$56.00
Buy It Now
Free Shipping

| | | | |
|---|---|---|---|
|  | Pharmaceutical Calculations 4E Maria Glaucia Teixeira and Joel L. Zatz ,4th | 11d 21h left | $42.80 Buy It Now |
|  | Experimental Organic Chemistry A Miniscale and Microscale Approach 5E Martin 5th | 19d left | $56.98 Buy It Now Free Shipping |
|  | Research Methods for the Behavioral Sciences 4th Gravet | 23d 23h left | $48.89 Buy It Now Free Shipping |
|  | Introduction to Econometrics 3E James H. Stock and Mark W. Watson 3rd | 7d 16h left | $55.98 Buy It Now Free Shipping |
|  | Human Resource Management: Strategy and Practice with Student Resource Access... | 27d 23h left | $78.76 Buy It Now |
|  | Classical Mechanics by Herbert Goldstein, Charles P. Poole and John L. Safko... | 17d 22h left | $65.00 Buy It Now Free Shipping |
|  | Engineering Tribology 3E by Andrew W. Batchelor | 21d 1h left | $66.80 Buy It Now Free Shipping |

| | | | |
|---|---|---|---|
| | Introduction to the Theory of Computation 3E Sipser and Michael Sipser ,3rd | 14d 20h left | $51.98  Buy It Now |
| | Advertising Campaign Strategy: A Guide to Marketing Communication Plans 4e, 4th | 13d left | $55.00  Buy It Now  Free Shipping |
| | Children's Thinking by Robert S. Siegler and Martha Wagner Alibali 4th ,4e 4ed | 11d 22h left | $45.60  Buy It Now  Free Shipping |
| | Assessment Procedures for Counselors and Helping 7th | 28d 22h left | $56.99  Buy It Now  Free Shipping |
| | Engineering Mechanics Dynamics 13E Russell C. Hibbeler 13th | 8d 15h left | $63.10  Buy It Now  Free Shipping |
| | Global Investments 6E C. F. A. Staff, Dennis McLeavey and Bruno Solnik 6th | 26d 20h left | $45.98  Buy It Now |
| | Environmental Economics An Introduction 6E Martha K. Field ,6th | 2d 22h left | $34.90  Buy It Now |
| | Foundations of Astrophysics by Bradley M. Peterson and Barbara Ryden ,1ed 1st | 11d 20h left | $58.95  Buy It Now  Free Shipping |
| | Analytical Chemistry and Quantitative Analysis by David S. Hage Carr, 1ed | 16d 22h left | $49.66  Buy It Now  Free Shipping |
| | Introduction to Behavioral Research Methods 6E Mark R. Leary 6th | 18d 15h left | $34.99  Buy It Now |
| | A Framework for Marketing Management 5E Philip Kotler, Kevin Lane Keller 5th | 7d 14h left | $34.60  Buy It Now |

| Item | Time Left | Price |
|---|---|---|
| Speech and Language Processing : An Introduction to Natural Language 2E Martin | 27d 1h left | $53.98 Buy It Now Free Shipping |
| Social Psychology 7E John D. DeLamater and Daniel J. Myers ,7th | 17d 18h left | $53.78 Buy It Now Free Shipping |
| Intellectual Property :The Law of Trademarks, Copyrights, Patents, and Trade ,4E | 10d 16h left | $51.98 Buy It Now Free Shipping |
| Education of the Gifted and Talented by Gary A. Davis, Sylvia B.Rimm 6e, 6ed 6th | 11d 21h left | $54.77 Buy It Now Free Shipping |
| Psychology Concepts and Connections, Brief Version 9E Rathus ,9th | 8d 13h left | $52.98 Buy It Now Free Shipping |
| Alternative Energy Systems and Applications, Hodge, 1ed | 21h 10m left | $58.98 Buy It Now Free Shipping |
| Reading, Writing, and Learning in ESL : A Resource Book for Teaching K-12 ,6E | 19d 17h left | $47.12 Buy It Now |
| Laboratory Experiments for Introduction to General, Organic and Biochemistry ,8e | 24d 20h left | $54.80 Buy It Now Free Shipping |
| Principles of Environmental Engineering and Science 3E Mackenzie L Davis ,3ed | 1d 23h left | $45.98 Buy It Now |
| Assessment for Counselors 2E Bradley Erford ,2nd | 7d 23h left | $41.80 Buy It Now Free Shipping |
| Differential Equations and Boundary Value Problems ,4ed | 11d 23h left | $52.55 Buy It Now Free Shipping |

| | | | |
|---|---|---|---|
| | Environmental Economics and Management 6E Scott Callan ,Thomas 6th | 10d 15h left | $42.98 Buy It Now Free Shipping |
| | The Entrepreneur's Guide to Business Law by Constance E. Bagley 4e, 4th | 24d 23h left | $49.00 Buy It Now Free Shipping |
| | Counseling Strategies and Interventions by Harold L. Hackney Cormier 8e, 8ed | 8d 12h left | $45.99 Buy It Now Free Shipping |
| | Communication and Communication Disorders 4E Elena M. Plante ,4th | 11d 21h left | $42.89 Buy It Now Free Shipping |
| | Understanding Food : Principles and Preparation 4E Amy Christine Brown ,4th | 9d left | $52.59 Buy It Now Free Shipping |
| | Treatment Resource Manual for Speech Language Pathology 4E Worthington,Roth | 19d left | $58.00 Buy It Now Free Shipping |
| | Behavior Modification Principles and Procedures by Raymond G. Miltenberger 5ed | 13d 15h left | $54.80 Buy It Now Free Shipping |
| | Materials for Civil and Construction Engineers 3E Mamlo | 1d 21h left | $43.55 Buy It Now Free Shipping |
| | Principles and Modern Applications of Mass Transfer 2nd | 11d 21h left | $65.69 Buy It Now Free Shipping |
| | Database Systems Models, Languages, Design, and Application ,Elmasri Navath 6th | 5d 23h left | $48.98 Buy It Now Free Shipping |
| | Statistical Methods for Engineers 3E Scott Kowalski Vining ,3rd | 26d left | $36.98 Buy It Now |

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies   Site Map
eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.