# Exhibit S

 Shop by category

Search...                    [ All Categories         ▾ ]        Search

Home  >  Community  >  Feedback forum  >  Feedback profile

# Feedback profile



**popstar_edu** ( 6434  )      [ Top Rated: **Seller** with highest buyer ratings ]

**Positive Feedback (last 12 months): 99.4%**
[How is Feedback percentage calculated?]
Member since: Aug-03-09 in Malaysia

### Member quick links

Contact member
View items for sale
View seller's Store
View ID history
View eBay My World
View reviews & guides

ebay - MONEY BACK GUARANTEE
Get the item you ordered or get your money back.
Learn what's included

## Recent Feedback ratings  (last 12 months)

|          | 1 month | 6 months | 12 months |
|----------|---------|----------|-----------|
| ⊕ Positive | 9       | 436      | 1800      |
| ⊖ Neutral  | 0       | 1        | 5         |
| ⊖ Negative | 0       | 3        | 10        |

## Detailed seller ratings  (last 12 months)

| Criteria | Average rating | Number of ratings |
|----------|----------------|-------------------|
| Item as described | ★★★★★ | 1550 |
| Communication | ★★★★★ | 1670 |
| Shipping time | ★★★★★ | 1682 |
| Shipping and handling charges | ★★★★★ | 1671 |

| Feedback as a seller | Feedback as a buyer | All Feedback | Feedback left for others |

**1,815 Feedback received** (viewing 1-25)                    Revised Feedback: 7

Show: **All** | Positive (1800) | Neutral (5) | **Negative** (10) | Withdrawn (0)          Period: [ Past 12 months ▾ ]

| Feedback | From/price | Date/time |
|----------|-----------|-----------|
| ⊖ Item was damaged i contacted him and he did not solve the problem bad seller<br>Quality Improvement by Dale H. Besterfield Ph.D. 9e, 9th (#251166924505) | Buyer: j***k ( 13 ⭐ )<br>US $38.79 | Mar-14-14 18:14<br>View Item |

Detailed item information is not available for the following items because the Feedback is over 90 days old.

| ⊖ Did not receive item. Contacted seller - no help. Disappointed.<br>Ethical Theory and Business 9E Tom Beauchamp 9th (#251216652251) | Buyer: l***a ( 239 ⭐ )<br>US $42.64 | Jan-31-14 12:20 |
| ⊖ Good<br>Advanced Digital Design with the Verilog HDL by Michael D. Ciletti 2nd (#251007001496) | Buyer: i***0 ( 2 )<br>US $58.66 | Jan-22-14 20:26 |
| ⊖ the quality of this book is very terrible and all pages fall off the book!<br>Multinational Business Finance 13E David K. Eiteman, Arthur I. Stonehill 13th (#251304019892) | Buyer: g***5 ( 0 )<br>US $41.99 | Oct-24-13 15:59 |
| ⊖ Never recived my item. Wasted money on an item I never recieved & never got my $<br>Introduction to Industrial and Organizational Psychology 6E Ronald Riggio ,6th (#251216653197) | Buyer: j***g ( 78 ⭐ )<br>US $45.87 | Oct-19-13 07:56 |
| ⊖ Your books are falling apart, please provide a solution.<br>Environmental and Natural Resources Economics by Lewis Tietenberg 9e, 9th 9ed (#251125794059) | Buyer: n***f ( 49 ⭐ )<br>US $45.55 | Sep-30-13 15:04 |

| ⊖ | **Pages are just colourless photocopies of an actual book, get what you pay for!** | Buyer: s***a ( 19 ⭐ ) | Sep-15-13 08:37 |
|---|---|---|---|
| | Abnormal Child and Adolescent Psychology by Rita Wicks-Nelson 8E ,8th (#251205705326) | US $35.97 | |
| ⊖ | **The book I received is COUNTERFEIT PIRATED.Seller want me to pay intl shipping** | Buyer: 6***6 ( 36 ⭐ ) | Aug-31-13 09:29 |
| | Chemical Reactions and Chemical Reactors by Roberts (#251156673994) | US $63.60 | |
| ⊖ | **The book is PIRATE！！Quality is totally different with the genuie in bookshop！** | Buyer: v***a ( 10 ⭐ ) | Aug-14-13 20:15 |
| | Classical Myth by Barry B. Powell 7th edition ,7e (#251215728707) | US $48.90 | |
| ⊖ | Item came damage but I needed it right away for a class so I kept it. | Buyer: d***l ( 146 ⭐ ) | May-28-13 11:58 |
| | Modern Database Management by Jeffrey Hoffer, 11E ,11th (#251205260919) | US $56.99 | |

Items per page: **25** | **50** | **100** | **200**

Page 1 of 1                                                    **1**

**What would you like to do next?**

Leave Feedback

Reply to Feedback received

Follow up to Feedback left

**Feedback Forum** | **Discussion Boards** | **Groups** | **Answer Center** | **Chat Rooms** | **Community Values**

## Sponsored Links











| Nikon AF-S DX NIKKOR 18- | Nikon 18-55mm f/3.5-5.6G VR AF-S | Nikon Nikkor AF-S 55-300mm f/4.5- | Nikon Nikkor 18-200mm Zoom | Nikon Nikkor 55-200mm Zoom |
|---|---|---|---|---|
| **$246.95** | **$196.95** | **$396.95** ~~$399.00~~ | **$599.95** ~~$849.95~~ | **$246.95** ~~$249.84~~ |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| BuyDig.com | BuyDig.com | Walmart.com | Walmart.com | Walmart.com |



WAS: $45.99
NOW: $29.99

   

AdChoice

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies