# Exhibit T

Hi, **Michael** (Sign in)  Daily Deals  Sell  Customer Support  Shop Mother's Day gifts ▸  My eBay

 Shop by category

Search...  [All Categories]  Search  Advanced



**prostore08**

protrader2008 (1086 ⭐) 97.8%

Follow  1 followers

Search within store...

Sign up for newsletter  ☐ in titles & description

Comments?

## Featured Items


Becoming a Helper 6ed by Marian...
$41.90


Methods in Behavioral Research 1...
$32.89


Emotion 2nd by James W. Kalat a...
$44.80

eBay Stores   prostore08   All Categories

## Categories

Other (263)

All Listings ▾
263 results found in **all categories**

Best Match ▾



The Art and Science of Leadership 6ed by Afsaneh Nahavandi

3d 14h left

$48.50
Buy It Now

Free Shipping



Using Multivariate Statistics 6ed by Barbara G. Tabachnick, Linda S. Fidell

22d 14h left

$44.99
Buy It Now
Free Shipping



Cutlip and Center's Effective Public Relations 11ed by Glen M. Broom

5d 10h left

$43.69
Buy It Now
Free Shipping



Assessment in Special Education 4ed by Pierangelo, Giuliani

29d 11h left

$35.90
Buy It Now
Free Shipping



Groups: Process and Practice 9ed by Marianne Schneider Corey

24d 19h left

$58.99
Buy It Now
Free Shipping



Diagnosis and Evaluation in Speech Pathology by Haynes, Pindzola (2011 Hardcover

1d 14h left

$58.80
Buy It Now
Free Shipping



Contemporary Human Behavior Theory : A Critical Perspective for Social Work 3ed

18d 14h left

$54.89
Buy It Now
Free Shipping



Interviewing : Principles and Practices 14ed by Stewart, Cash (2013, Paperback)

17d 12h left

$40.99
Buy It Now
Free Shipping



Introduction to Behavioral Research Methods 6E (2011, Hardcover, US Edition)

7d 11h left

$99.99
Buy It Now
Free Shipping



Business Ethics: Concepts and Cases 7ed by Manuel G. Velasquez (US Edition)

4d 11h left

$48.99
Buy It Now
Free Shipping

Applied Hydrogeology 4ed + CD by C. W. Fetter

6d 11h left

$60.99
Buy It Now
Free Shipping

| | | | |
|---|---|---|---|
|  | Law and Economics 6ed by Thomas Ulen and Robert B. Cooter | 6d 11h left | $41.99<br>Buy It Now<br>Free Shipping |
| | Linear Algebra and Its Applications 4ed by David C. Lay | 27d 15h left | $46.98<br>Buy It Now<br>Free Shipping |
| | Artificial Intelligence : A Modern Approach 3rd by Stuart Russell, Norvig 3ed | 29d 11h left | $48.99<br>Buy It Now<br>Free Shipping |
| | Ethical, Legal, and Professional Issues in Counseling 4ed by Barbara P. Herlihy | 18d 14h left | $56.60<br>Buy It Now<br>Free Shipping |
| | Mechanics of Materials 6ed by Ferdinand Pierre Beer, E. Russell | 18d 15h left | $42.99<br>Buy It Now<br>Free Shipping |
| | International Economics 9ed by Michael Melvin and Steven Husted | 17d 12h left | $53.99<br>Buy It Now<br>Free Shipping |
| | Learning the Art of Helping : Building Blocks and Techniques 5ed by Young | 22d 13h left | $46.99<br>Buy It Now<br>Free Shipping |
| | Classroom Management : Models, Applications and Cases 3rd by Bucher 3ed | 11d 11h left | $49.85<br>Buy It Now<br>Free Shipping |
| | Applying Career Development Theory to Counseling 6ed by Richard S. Sharf | 24d 19h left | $64.90<br>Buy It Now<br>Free Shipping |
| | Assessment of Children and Youth with Special Needs 4ed by Libby G. Cohen | 18d 14h left | $43.50<br>Buy It Now<br>Free Shipping |

| Item | Time Left | Price |
|---|---|---|
| International Economics 14ed by Robert Carbaugh | 17d 12h left | $58.99 Buy It Now Free Shipping |
| Using Multivariate Statistics 6ed by Barbara G. Tabachnick, Linda S. Fidell | 22d 14h left | $65.99 Buy It Now Free Shipping |
| Career Counseling : A Holistic Approach 8ed by Vernon G. Zunker | 11d 11h left | $77.99 Buy It Now Free Shipping |
| Organization Development and Transformation : Managing Effective Change 6ed | 6d 12h left | $53.50 Buy It Now Free Shipping |
| Practical Research : Planning and Design 10ed by Leedy, Ormrod | 4d 13h left | $44.99 Buy It Now Free Shipping |
| Financial Accounting Theory 6ed by William R. Scott (2011, Hardcover) | 23d 13h left | $64.80 Buy It Now Free Shipping |
| Theories of Counseling and Psychotherapy : A Case Approach 3rd by Murdock | 25d 18h left | $37.65 Buy It Now Free Shipping |
| Family Therapy : An Overview 8ed by Irene Goldenberg, Herbert Goldenberg | 14d 14h left | $48.50 Buy It Now Free Shipping |
| Developing and Administering a Child Care and Education Program 8ed by Sciarra | 18d 14h left | $57.99 Buy It Now Free Shipping |
| Fundamentals of Applied Electromagnetics 6ed by Umberto Ravaioli, Ulaby | 24d 19h left | $56.70 Buy It Now Free Shipping |
| Introduction to the Theory of Computation 3rd by Sipser, Michael Sipser 3ed | 24d 18h left | $57.80 Buy It Now Free Shipping |

| Item | Time Left | Price |
|---|---|---|
| Culture and Psychology 5ed by Linda Juang, Matsumoto and David Matsumoto | 8d 15h left | $39.99 Buy It Now Free Shipping |
| JDM Nissan Silvia S13180SX Digital Climate Control | 29d 13h left | $29.99 or Best offer |
| Theory and Practice of Group Counseling 8ed by Gerald Corey | 24d 21h left | $42.30 Buy It Now Free Shipping |
| Sociology 13ed by Richard T. Schaefer | 19d 12h left | $48.90 Buy It Now Free Shipping |
| Articulatory and Phonological Impairments : A Clinical Focus 4ed by Waengler | 16d 11h left | $40.99 Buy It Now Free Shipping |
| Financial Management for Public, Health, and Not-for-Profit Organizations 4ed | 22d 14h left | $57.50 Buy It Now Free Shipping |
| Introduction to Human Services : An Policy and Practice 8ed by Barbara Schram | 4d 11h left | $82.99 Buy It Now Free Shipping |
| Artificial Intelligence: A Guide to Intelligent Systems 3rd by Negnevitsky 3ed | 14h 43m left | $42.90 Buy It Now Free Shipping |
| Database Systems 7E by Carlos Coronel, Peter Rob | 18d 10h left | $26.98 Buy It Now Free Shipping |
| Probability and Statistical Inference 8ed by Elliot Tanis and Robert V. Hogg | 6d 15h left | $57.50 Buy It Now Free Shipping |
| Community Psychology : Linking Individuals and Communities 3ed by Wandersman | 18d 14h left | $52.99 Buy It Now Free Shipping |



Articulation and Phonological Disorders : Speech Sound Disorders in Children 7ed

1d 17h left

$43.80
Buy It Now
Free Shipping

1  2  3  4  5  6          Items per page: 48

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies   Site Map
eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)   Daily Deals   Sell   Customer Support   Shop Mother's Day gifts ▶   My eBay

ebay   Shop by category

Search...   [All Categories]   Search   Advanced

**prostore08**

protrader2008 (1086 ) 97.8%

Follow   1 followers

Search within store...

Sign up for newsletter   ☐ in titles & description

eBay Stores   prostore08   All Categories

## Categories

Other (263)

All Listings ▼

263 results found in **all categories**

Best Match ▼



Applied Calculus, Brief 6ed by Geoffrey C. Berresford and Andrew M. Rockett

18d 14h left

$57.89
Buy It Now
Free Shipping



Intercultural Business Communication 6ed by Lillian Chaney and Jeanette Martin

18d 15h left

$44.83
Buy It Now
Free Shipping



Communicating in Groups : Applications and Skills 8ed by Katherine Adams

18d 14h left

$33.50
Buy It Now
Free Shipping



Articulation and Phonological Disorders : Speech Sound Disorders in Children 7ed

1d 17h left

$43.80
Buy It Now
Free Shipping



Ethics in Counseling and Psychotherapy 5ed by Elizabeth Reynolds Welfel

24d 15h left

$43.99
Buy It Now
Free Shipping



Process Dynamics and Control 3ed by Dale E. Seborg, Duncan A. Mellichamp

18d 14h left

$44.50
Buy It Now
Free Shipping

Forty Studies That Changed Psychology 7ed by Roger R. Hock (US Edition)

18d 14h left

$46.99
Buy It Now
Free Shipping



Financial Management for Public, Health, and Not-for-Profit Organizations 4ed

22d 14h left

$57.50
Buy It Now
Free Shipping



Psychosocial Occupational Therapy : An Evolving Practice 3rd by Elizabeth Cara

8d 15h left

$58.90
Buy It Now
Free Shipping



Introduction to Physical Education, Fitness and Sport 8ed by Daryl Siedentop

24d 19h left

$43.25
Buy It Now
Free Shipping

Case Approach to Counseling and Psychotherapy 8ed by Gerald Corey

6d 15h left

$37.30
Buy It Now
Free Shipping

Managerial Accounting 8TH by Don R. Hansen, Mowen

18d 8h left

$29.99
Buy It Now
Free Shipping



Sociology in Our Times 9ed by Diana Kendall With CourseMate Access Code

15d 11h left

$40.80
Buy It Now
Free Shipping



Derivatives Markets 3rd + CD by Robert L. McDonald 3ed

24d 18h left

$52.50
Buy It Now
Free Shipping



Performance Management 3rd by Herman Aguinis

19d 15h left

$39.88
Buy It Now
Free Shipping

| | | | |
|---|---|---|---|
| | Abnormal Child and Adolescent Psychology 8ed by Rita Wicks-Nelson | 11d 11h left | $48.50<br>Buy It Now<br>Free Shipping |
| | Applied Behavior Analysis for Teachers 9ed by Paul A. Alberto, Troutman | 8d 16h left | $54.99<br>Buy It Now<br>Free Shipping |
| | Interviewing and Change Strategies for Helpers 7ed by Sherry Cormier | 8d 15h left | $58.50<br>Buy It Now<br>Free Shipping |
| | Theories of Personality 10ed by Duane P. Schultz and Sydney Ellen Schultz | 19d 12h left | $47.75<br>Buy It Now<br>Free Shipping |
| | Data Structures and Algorithm Analysis in Java 3rd by Mark A. Weiss 3ed | 24d 16h left | $47.99<br>Buy It Now<br>Free Shipping |
| | Theory and Practice of Counseling and Psychotherapy 9ed by Gerald Corey | 14d 12h left | $37.95<br>Buy It Now<br>Free Shipping |
| | Records Management 9ed by Judith Read and Mary Lea Ginn | 25d 13h left | $38.30<br>Buy It Now<br>Free Shipping |
| | Strategic Marketing 10ed by Piercy and Cravens | 19d 11h left | $40.95<br>Buy It Now<br>Free Shipping |
| | The Basic Guide to Supervision and Instructional Leadership 3rd by Gordon 3ed | 23d 13h left | $44.80<br>Buy It Now<br>Free Shipping |
| | Family Therapy: Concepts and Methods 10ed by Michael P. Nichols | 11d 10h left | $46.90<br>Buy It Now<br>Free Shipping |
| | Global Political Economy 6ed by Theodore H. Cohn | 5d 11h left | $49.50<br>Buy It Now<br>Free Shipping |

| | | | |
|---|---|---|---|
| | Mechanical Behavior of Materials 4ed by Norman E. Dowling | 15d 11h left | $51.50 Buy It Now Free Shipping |
| | Ethics in Engineering 4ed by Mike Martin and Roland Schinzinger (US Edition) | 11d 14h left | $46.99 Buy It Now Free Shipping |
| | Fundamentals of Chemical Engineering Thermodynamics 1st by Themis Matsoukas | 24d 21h left | $53.90 Buy It Now Free Shipping |
| | Engineering Vibration 4ed by Daniel J. Inman | 6d 12h left | $48.99 Buy It Now Free Shipping |
| | Mathematical Proofs: A Transition to Advanced Mathematics 3rd by Chartrand | 11d 10h left | $47.80 Buy It Now Free Shipping |
| | Making the Team 4ed by Leigh L. Thompson | 8d 12h left | $43.99 Buy It Now Free Shipping |
| | Supply Chain Logistics Management 4ed by M. Bixby Cooper, David Closs, Bowersox | 6d 12h left | $35.99 Buy It Now Free Shipping |
| | Understanding Digital Signal Processing 3ed by Richard G. Lyons | 2d 11h left | $46.99 Buy It Now Free Shipping |
| | Differential Equations for Engineers and Scientists 1st by Yunus Cengel, Palm | 19d 11h left | $47.99 Buy It Now Free Shipping |
| | Discrete Mathematics with Applications 4ed by Susanna S. Epp | 24d 18h left | $46.50 Buy It Now Free Shipping |
| | Theories of Development : Concepts and Applications 6ed by William Crain | 11d 14h left | $48.99 Buy It Now Free Shipping |

| | | | |
|---|---|---|---|
| | Child, Family, and Community : Family-Centered Early Care and Education by Janet | 24d 16h left | $69.99<br>Buy It Now<br>Free Shipping |
| | Teaching Students with Language and Communication Disabilities 4ed by Kuder | 24d 22h left | $46.90<br>Buy It Now<br>Free Shipping |
| | Equity Valuation and Analysis 3rd by Lundholm, Sloan (No CD or DVD) | 12d 14h left | $52.90<br>Buy It Now<br>Free Shipping |
| | Implementing Organizational Change 3rd by Bert Spector (Paperback, Revised) | 14d 11h left | $37.50<br>Buy It Now<br>Free Shipping |
| | Managerial Accounting 11ed by Jonathan E. Duchac, Carl S. Warren | 5d 11h left | $44.50<br>Buy It Now<br>Free Shipping |
| | Professional Construction Management 3rd by Boyd C. Paulson | 9d 12h left | $75.99<br>Buy It Now<br>Free Shipping |
| | JDM Nissan Silvia S13180SX Digital Climate Control | 20d 14h left | $35.99<br>or Best offer |
| | Substance Abuse : Information for School Counselors, Social Workers, 5ed | 16d 11h left | $36.99<br>Buy It Now<br>Free Shipping |
| | Planning, Implementing, and Evaluating Health Promotion Programs 6ed by McKenzie | 24d 19h left | $49.80<br>Buy It Now<br>Free Shipping |
| | Essentials of Strategic Management 5ed by Thomas L. Wheelen, J. David Hunger | 14d 11h left | $33.99<br>Buy It Now<br>Free Shipping |
| | Essentials of Intentional Interviewing 2nd by Carlos P. Zalaquett, Ivey | 19d 12h left | $51.55<br>Buy It Now<br>Free Shipping |

1  2  3  4  5  6    Items per page: 48

Community   About eBay   Announcements   eBay Money Back Guarantee   Security Center   Resolution Center   Seller Information Center   Policies   Site Map
eBay official time   Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Case 1:14-cv-03174-DAB-SDA   Document 26-20   Filed 05/23/14   Page 15 of 15
1  2  3  4  5  6    Items per page: 48