# Exhibit U

Hi, **Michael** (Sign in)    Daily Deals    Sell    Customer Support    **Shop Mother's Day gifts ▶**    My eBay

    Shop by category

Search...    | All Categories ▾ |    Search    Advanced

Home > eBay Stores > vvstorage > All Categories    Save this seller | Sign up for Store newsletter

## vvstorage

**Maintained by:** yumivvv ( 26873 ) 

Welcome. I sell Textbooks, Education.Please add me to your list of favorite sellers. Come back soon.

### Store search

[            ]  Search

### Store categories

**Store home**

**Business & Economics** (376)

**Computer & Internet** (65)

**Engineering** (1)

**Math** (71)

**Psychology** (147)

**Sciene & Tech** (299)

**Social Sciences** (19)

**Education** (161)

**Other** (16)

#### Display

- Hide gallery view
- View time left

## Store Newsletter!

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

Sign Up

## New Arrivals!

- How to Teach Grammar 1st by Scott Thornbury (Paperback, 1999)
- Engineering Psychology & Human Performance 4E by Christopher D. Wickens..

See all items

## Ending Soon!

  Organizational Behavior 15E + Ac...

*Buy It Now*    $49.80

Time left:8h 8m

See all items

View: **All Items** | Buy It Now

**1,155** results found in **all categories**

View as: **Gallery ▾**    Sort by: **Time: newly listed ▾**

Shipping to 20015, USA





Using Multivariate Statistics

How to Teach Grammar 1st by Scott Thornbury (Paperback, 1999)    *Buy It Now*    $33.75    Listed:Apr-30 03:39

Engineering Psychology & Human Performance 4E by Christopher D. Wickens..    *Buy It Now*    $50.64    Listed:Apr-30 03:39

Using Multivariate Statistics by Barbara G. Tabachnick, Linda S. Fidell (Paperba    *Buy It Now*    $55.71    Listed:Apr-30 03:39







Essentials of Organizational Behavior by Stephen P. Robbins, Timothy A. Judge

*Buy It Now*  $50.49
Listed:Apr-30 03:39

How to Think Straight About Psychology by Keith E. Stanovich (Paperback, 2012)

*Buy It Now*  $43.89
Listed:Apr-30 03:38

Real Estate Investment: A Capital Market Approach by Gerald R. Brown, Matysiak

*Buy It Now*  $94.54
Listed:Apr-30 03:38



Human Sexuality in a World of Diversity 9E by Rathus, Nevid 9th (Int'l Edition)

*Buy It Now*  $85.99
Listed:Apr-30 03:37



Managerial Economics and Business Strategy 8E by Prince 8th (Not Loose-Leaf)

*Buy It Now*  $51.75
Listed:Apr-30 03:37



Economics 4E by R. Hubbard, O'Brien 4th (Int'l Edition)

*Buy It Now*  $46.44
Listed:Apr-30 03:36



Statistics for Business: Decision Making & Analysis 2E by Stine (Int'l Edition)

*Buy It Now*  $63.99
Listed:Apr-30 03:36



Elementary Statistics 1st + CD-Rom by William Navidi, Barry Monk (Int'l Edition)

*Buy It Now*  $82.50
Listed:Apr-30 03:35



Frank Wood's Business Accounting Volume 2 with Myaccountinglab Access Card by Al

*Buy It Now*  $64.15
Listed:Apr-30 03:35







Innovation Management and New Product Development 5E by Paul Trott 5th

Buy It Now    $59.80

Listed:Apr-30 03:27

International Business Law 6E by August, Mayer, Bixby 6th (Int'l Edition)

$66.86

Listed:Apr-30 03:19

Fundamentals of Database Systems 6E by Elmasri, Navathe 6th (Int'l Edition)

Buy It Now    $48.68

Listed:Apr-30 02:58



Economics 11E by Michael Parkin 11th (Int'l Edition)

Buy It Now    $58.65

Listed:Apr-30 02:56



Human Physiology: An Integrated Approach 6E by Silverthorn 6th (Int'l Edition)

Buy It Now    $72.81

Listed:Apr-30 02:44



Essentials of Economics 3rd by Anthony Patrick O'Brien, R. Glenn Hubbard 3E

Buy It Now    $61.90

Listed:Apr-30 02:42



Microeconomic Theory: Basic Principles and Extension 11E by Nicholson 11th

Buy It Now    $44.04

Listed:Apr-28 04:14



Research Methods for the Behavioral Sciences 4E by Charles Stangor 4th

Buy It Now    $56.90

Listed:Apr-28 04:10



Essentials of Strategic Management 5E by Thomas L. Wheelen 5th (US Edition)

Buy It Now    $64.99

Listed:Apr-28 03:01



Social Work Macro Practice 5E by McMurtry, Netting, Kettner 5th (US Edition)



Motor Learning and Control: Concepts and Applications 10E by Anderson, Magill



Cognition: Theory and Applications 9E by Stephen K. Reed 9th (Int'l Edition)

$73.90    $39.69    $43.30
Listed:Apr-28    Listed:Apr-28    Listed:Apr-28
02:55    02:50    02:46







Quality Management for Organizational Excellence 7E by Davis 7th (Int'l Edition)    Learning the Art of Helping 5E by Mark E. Young 5th (US Soft Cover Edition)    Elementary Linear Algebra 7E by Ron Larson, David C. Falvo 7th (Int'l Edition)

$42.57    $64.98    $73.90
Listed:Apr-28    Listed:Apr-28    Listed:Apr-28
02:41    02:35    02:28







Organized Crime 10E by Howard Abadinsky 10th (Int'l Edition)    Aerodynamics for Engineers 6E by Russell Cummings, Bertin 6th (Int'l Edition)    Computer Networking: A Top-Down Approach 6E by Kurose, Ross 6th (Int'l Edition)

$40.39    $64.98    $54.98
Listed:Apr-28    Listed:Apr-28    Listed:Apr-23
02:24    02:20    23:49







Data Abstraction and Problem Solving with C++ 6E by Carrano 6th (Int'l    McKnight's Physical Geography: A Landscape Appreciation 11E by Tasa,    Ethical, Legal, and Professional Issues in Counseling 4E by Barbara

Edition)     Hess 11th     P. Henry

*Buy It Now*    $56.00     *Buy It Now*    $61.24     *Buy It Now*    $88.99
Listed:Apr-23     Listed:Apr-23     Listed:Apr-23
23:36     22:58     01:13

  

Theory, Practice, and Trends in Human Services 5E by Edward S. Neukrug 5th

*Buy It Now*    $69.90
Listed:Apr-23
01:10

Basics of Research Methods for Criminal Justice & Criminology 3rd by Babbie 3E

*Buy It Now*    $44.47
Listed:Apr-23
01:03

MasteringPhysics Access Card for Physics for Scientists 3E by Knight

*Buy It Now*    $29.99
Listed:Apr-23
00:56

  

MyManagementLab Student Access Card for Strategic Management 14E by David

*Buy It Now*    $25.99
Listed:Apr-23
00:48

Connect Plus Access Card for LifeSpan Development 14E by Santrock (Not Textbook)

*Buy It Now*    $25.99
Listed:Apr-23
00:34

MyPsychLab Access Card for Social Psychology 8E by Aronson (Not Textbook)

*Buy It Now*    $29.99
Listed:Apr-23
00:25

MasteringChemistry Access Card for Introductory Chemistry 7E (Not Textbook)

*Buy It Now*    $29.99
Listed:Apr-23

MyPsychLab Access Card for Lifespan Development 6E by Bee (Not Textbook)

*Buy It Now*    $29.99
Listed:Apr-23

MyEducationLab Access Card for Educational Psychology by Woolfolk (Not Textbook)

*Buy It Now*    $28.99
Listed:Apr-23

00:22                          00:16                          00:10







**Electromagnetics 1st by Branislav M. Notaros 1E (Int'l Edition)**
*Buy It Now*                    $56.98
Listed: Apr-23
00:01

**MasteringMicrobiology Access Card for Microbiology 4E by Bauman (Not Textbook)**
*Buy It Now*                    $28.99
Listed: Apr-22
23:23

**MasteringChemistry Access Card for Organic Chemistry 8E by Wade (Not Textbook)**
*Buy It Now*                    $28.99
Listed: Apr-22
23:16







**MasteringBiology Access Card for Campbell Biology 7E by Reece (Not Textbook)**
*Buy It Now*                    $26.99
Listed: Apr-22
23:12

**Principles of Macroeconomics 11E by Sharon Oster, Ray C. Fair, Karl E. Case 11th**
*Buy It Now*                    $63.99
Listed: Apr-22
07:10

**Principles of Microeconomics 11E by Sharon Oster, Ray C. Fair, Karl E. Case 11th**
*Buy It Now*                    $64.99
Listed: Apr-22
07:05

**Page 1 of 25**  ← Previous  1 | 2 | 3 | 4 | 5 | 6 | 7  Next →  Go to page [        ] Go

**An eBay Store maintained by:**  yumivvv ( 26873 🌟 )  

Seller, manage Store

**Tools:**  My eBay

RSS Learn more about feeds

Community    About eBay    Announcements    eBay Money Back Guarantee    Security Center    Resolution Center

Seller Information Center · Products · Site Map · eBay official time · Preview new features · Contact us · eBay jobs
Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)    Daily Deals    Sell    Customer Support    **Shop Mother's Day gifts ▸**    My eBay

 Shop by category

| Search... | All Categories ⬍ |

Search    Advanced

Home » eBay Stores » vvstorage » **All Categories**    Save this seller | Sign up for Store newsletter

## vvstorage

**Maintained by:** yumivvv ( 26873 ) 

Welcome. I sell Textbooks, Education.Please add me to your list of favorite sellers. Come back soon.

### Store search

[                    ] Search

### Store categories

**Store home**
**Business & Economics** (376)
**Computer & Internet** (65)
**Engineering** (1)
**Math** (71)
**Psychology** (147)
**Sciene & Tech** (299)
**Social Sciences** (19)
**Education** (161)
**Other** (16)

### Display

- Hide gallery view
- View time left

### Store Newsletter!

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

[ Sign Up ]

## New Arrivals!

- How to Teach Grammar 1st by Scott Thornbury (Paperback, 1999)
- Engineering Psychology & Human Performance 4E by Christopher D. Wickens..

See all items

## Ending Soon!



Organizational Behavior 15E + Ac...

🛒 Buy It Now    $49.80
Time left:8h 2m

See all items

View: **All Items** | Buy It Now

**1,155** results found in **all categories**

View as: **Gallery ▾**    Sort by: **Time: newly listed ▾**

Shipping to 20015, USA



**Power System Analysis 1st by Grainger, Stevenson 1E (US Hard Cover Edition)**
🛒 Buy It Now    $68.90
Listed:Apr-21 02:16



**The Basic Guide to Supervision and Instructional Leadership 3rd by Gordon 3E**
🛒 Buy It Now    $58.90
Listed:Apr-21 02:02

The Science of Nutrition 3rd by Thompson, Vaughan, Manore 3E (Int'l Edition)
🛒 Buy It Now    $96.00
Listed:Apr-21 02:02







Human Physiology 13E by
Stuart Ira Fox 13th (Int'l
Edition, Not Loose Leaf)

 $52.25
Listed:Apr-21
02:02

Geotechnical Earthquake
Engineering 1st by Steven
L. Kramer 1th (Int'l Edition)

*Buy It Now* $65.90
Listed:Apr-21
02:02

Management 12E by
Coulter, Robbins 12th
(Without MyManageme
ntLab & E-Text)

*Buy It Now* $75.99
Listed:Apr-21
02:02



Fluid Mechanics 3rd SI Unit
by Cengel, Cimbala 3E
(Not Ringbound, Int'l
Edition)

*Buy It Now* $58.40
Listed:Apr-21
01:58



Conceptual Integrated
Science 2nd by Paul G.
Hewitt, Suchocki 2E (Int'l
Edition)

*Buy It Now* $82.99
Listed:Apr-21
01:58



Theory and Treatment
Planning in Counseling and
Psychotherapy 1st by
Gehart 1E

*Buy It Now* $39.43
Listed:Apr-21
01:21



Crisis Intervention
Strategies 7E by Richard
James, Gilliland (Int'l

Edition)

*Buy It Now* $65.90
Listed:Apr-21
01:17



Human Geography: Places
and Regions in Global
Context 6E by Knox (Int'l

Edition)

*Buy It Now* $54.99
Listed:Apr-17
22:56



Principles of Biochemistry
5th by Horton, Moran 5E
(International Edition)

*Buy It Now* $64.40
Listed:Apr-17
22:48







Elementary Statistics: A Step by Step Approach 9E by Bluman 9th (Int'l Edition)

Buy It Now    $47.49
Listed:Apr-17 22:46

Calculus for Business, Economics, & the Social and Life Sciences 11E by Hoffmann

Buy It Now    $43.09
Listed:Apr-17 22:40

Human Resource Management 5E by H. John Bernardin 5th (Int'l Edition)

Buy It Now    $50.65
Listed:Apr-17 22:37







The Physical Universe 15E by Arthur Beiser, Konrad Krauskopf 15th (US Edition)

Buy It Now    $114.99
Listed:Apr-17 22:33

Microbiology Fundamentals: A Clinical Approach 1st by Cowan (Int'l Edition)

Buy It Now    $47.00
Listed:Apr-17 22:28

Sociology: A Brief Introduction 10E by Richard T. Schaefer 10th (Int'l Edition)

Buy It Now    $47.29
Listed:Apr-17 22:23







Financial Markets and Institutions 5E by Saunders, Cornett 5th (Int'l Edition)

Buy It Now    $79.99
Listed:Apr-17 22:18

Physical Chemistry: Principles & Applications Biological Sciences 5E by Puglisi

Buy It Now    $62.99
Listed:Apr-17 01:35

Managing Engineering and Technology 6E by Morse, Babcock 6th (Int'l Edition)

Buy It Now    $68.90
Listed:Apr-17 01:31







Interviewing: Principles and Practices 14E by Stewart, Cash 14th (Int'l Edition)

International Economics 14E by Robert Carbaugh 14th (Int'l Edition)

International Economics 15E by Thomas Pugel 15th (International Edition)

$39.16
Listed:Apr-17
00:48

$87.53
Listed:Apr-14
22:41

$66.99
Listed:Apr-14
02:06





Career Information, Career
Counseling, and Career
Development 10E by
Brown 10th

*Buy It Now*

$55.98
Listed:Apr-14
02:01

Theories of Personality 10E
by Richard M. Ryckman
10th (Int'l Edition)

*Buy It Now*

$41.98
Listed:Apr-14
01:53

International Economics 9E
by Michael Melvin, Steven
Husted 9th (Int'l Edition)

*Buy It Now*

$49.79
Listed:Apr-14
01:51





Theory and Practice of
Family Therapy &
Counseling 2nd by Bitter
(Int'l Edition)

*Buy It Now*

$68.90
Listed:Apr-14
01:49

Introductory Chemistry:
Concepts and Critical
Thinking 7E by Corwin 7th

*Buy It Now*

$77.99
Listed:Apr-14
00:50

Global Marketing
Management 8E by
Hollensen, Keegan, Alon
8th (Int'l Edition)

*Buy It Now*

$66.05
Listed:Apr-14
00:48







General, Organic, and
Biological Chemistry 4E by
Karen C. Timberlake 4th

The Earth System 3rd by
Kump, Crane, Kasting 3E
(International Edition)

Mechanical Vibrations 5E
SI Unit by Singiresu S. Rao
5th (Int'l Edition)

*Buy It Now*  $60.34
Listed:Apr-14
00:45

*Buy It Now*  $50.72
Listed:Apr-14
00:25

*Buy It Now*  $54.98
Listed:Apr-13
22:44



The Essentials of Family
Therapy 6E by Michael P.
Nichols (US Paperback
Edition)

*Buy It Now*  $89.90
Listed:Apr-09
08:39

Understanding Global
Conflict and Cooperation
9E by Welch, Nye 9th (US
Edition)

*Buy It Now*  $51.99
Listed:Apr-09
08:37



A Small Scale Approach to
Organic Laboratory
Techniques 3rd by Pavia,
Kriz 3E

*Buy It Now*  $52.98
Listed:Apr-09
08:32



Statistics, Data Analysis &
Decision Modeling 5E by
James R. Evans 5th

*Buy It Now*  $49.50
Listed:Apr-09
08:29



Database Systems:
Design, Implementation,
Management 10E by Rob
(Int'l Edition)

*Buy It Now*  $76.90
Listed:Apr-08
22:01



Precalculus 5E by Robert
F. Blitzer 5th (Int'l Edition)

*Buy It Now*  $55.00
Listed:Apr-07
23:22



Supply Chain Management
: A Logistics Perspective
9E by Coyle 9th (Int'l
Edition)

*Buy It Now*  $38.97
Listed:Apr-07
03:33



Estimating in Building
Construction 7E by Steven
Peterson, Dagostino 7th

*Buy It Now*  $90.00
Listed:Apr-06
01:27



Experiencing Intercultural
Communication: An
Introduction 5E by
Nakayama, Martin

*Buy It Now*  $40.70
Listed:Apr-02
22:20







Quantum Chemistry and Spectroscopy 3rd by Thomas Engel 3E (Int'l Edition)
*Buy It Now*    $53.50
Listed:Apr-01 23:29

Nutrition for Life 3rd by Janice Thompson, Melinda Manore 3E (Int'l Edition)
*Buy It Now*    $41.98
Listed:Apr-01 01:24

Earth Science 13E by Frederick K. Lutgens, Tasa, Tarbuck 13th (Int'l Edition)
*Buy It Now*    $71.99
Listed:Apr-01 01:21







Valuation 2nd by John D. Martin, Sheridan Titman 2E (Int'l Edition)
*Buy It Now*    $67.04
Listed:Apr-01 01:19

Medical Imaging Signals and Systems 1st by Links, Prince 1E (Int'l Edition)
*Buy It Now*    $49.10
Listed:Apr-01 01:16

Retail Management: A Strategic Approach 12E by Evans, Berman 12th
*Buy It Now*    $50.19
Listed:Apr-01 01:14

Page 2 of 25    ← Previous    1 | **2** | 3 | 4 | 5 | 6 | 7    Next →    Go to page [____] [Go]

An eBay Store maintained by:  yumivvv ( 26873  )           Seller, manage Store

Tools:  My eBay                                                        RSS Learn more about feeds

Community    About eBay    Announcements    eBay Money Back Guarantee    Security Center    Resolution Center

Seller Information Center    Policies    Site Map    eBay official time    Preview new features    Contact us    eBay Talk

Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Hi, **Michael** (Sign in)    Daily Deals    Sell    Customer Support    **Shop Mother's Day gifts ▶**    My eBay

 Shop by category

Search...    | All Categories | ▾    Search    Advanced

Home › eBay Stores › vvstorage › **All Categories**    Save this seller | Sign up for Store newsletter

### vvstorage

**Maintained by:** yumivvv ( 26873 ) 

Welcome. I sell Textbooks, Education.Please add me to your list of favorite sellers. Come back soon.

**Store search**

[          ]    Search

**Store categories**

**Store home**

Business & Economics (376)
Computer & Internet (65)
Engineering (1)
Math (71)
Psychology (147)
Sciene & Tech (299)
Social Sciences (19)
Education (161)
Other (16)

**Display**

- Hide gallery view
- View time left

## Store Newsletter!

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

Sign Up

### New Arrivals!

- How to Teach Grammar 1st by Scott Thornbury (Paperback, 1999)
- Engineering Psychology & Human Performance 4E by Christopher D. Wickens..

See all items

### Ending Soon!

 Organizational Behavior 15E + Ac...

*Buy It Now*    $49.80

Time left:8h 2m

See all items

View: **All Items** | Buy It Now

**1,155** results found in **all categories**

View as: Gallery ▾    Sort by: Time: newly listed ▾

Shipping to 20015, USA



Fundamentals of Investments 6E by Jordan, Miller, Dolvin 6th (Int'l Edition)

*Buy It Now*    $48.51

Listed:Mar-31 23:51



MATLAB for Engineers 3rd by Holly Moore 3E (Int'l Edition)

*Buy It Now*    $48.99

Listed:Mar-30 22:39

Child Development 9E by Laura E. Berk 9th (Int'l Edition)

*Buy It Now*    $68.90

Listed:Mar-30 21:14







Advertising and Promotion 9E by George E. Belch 9th (Int'l Edition)

*Buy It Now*   $45.89

Listed:Mar-30 09:23

Public Speaking: An Audience-Centered Approach 8E by Beebe 8th (Int'l Edition)

*Buy It Now*   $47.99

Listed:Mar-27 23:17

Financial Institutions Management 8E by Saunders, Cornett 8th (Int'l Edition)

*Buy It Now*   $45.99

Listed:Mar-26 02:21







Integrated Principles of Zoology 16E by Hickman 16th (Int'l Edition)

*Buy It Now*   $49.98

Listed:Mar-26 02:18

The Science of Psychology : An Appreciative View 3rd by King 3E (Int'l Edition)

*Buy It Now*   $48.98

Listed:Mar-26 02:15

Entrepreneurial Small Business 4E by Jerome Katz, Green 4th (Int'l Edition)

*Buy It Now*   $48.00

Listed:Mar-26 02:12







Human Resource Management: Gaining a Competitive Advantage 8E

by Noe 8th

*Buy It Now*   $41.00

Listed:Mar-26 02:10

Understanding Business 10E by William G. Nickels, McHugh 10th (Global

Edition)

*Buy It Now*   $47.00

Listed:Mar-26 02:08

A Topical Approach to Lifespan Development 7E by John Santrock (Int'l

Edition)

*Buy It Now*   $49.66

Listed:Mar-26 02:06







Prescott's Microbiology 9E by Sherwood, Willey, Woolverton 9th (Int'l Edition)
*Buy It Now*  $51.90
Listed:Mar-26 02:04

Life-Span Development 14E by John W Santrock 14th (Int'l Edition)
*Buy It Now*  $48.85
Listed:Mar-26 02:01

Adolescence 15E by John Santrock 15th (Int'l Edition)
*Buy It Now*  $47.00
Listed:Mar-26 01:58



Fundamentals of Machine Component Design 5E by Juvinall 5th (Int'l Edition)
*Buy It Now*  $52.90
Listed:Mar-26 01:30



Logic and Computer Design Fundamentals 4E by Morris Mano 4th (Int'l Edition)
*Buy It Now*  $69.90
Listed:Mar-26 01:28



Chemistry: The Study of Matter and Its Changes 6E by Brady 6th (Int'l Edition)
*Buy It Now*  $52.99
Listed:Mar-25 22:28



Fundamentals of General, Organic, and Biological Chemistry 7E by McMurry 7th
*Buy It Now*  $65.85
Listed:Mar-24 04:14



Essentials of Genetics 8E by William S. Klug, Cummings 8th (Int'l PNIE Edition)
*Buy It Now*  $68.50
Listed:Mar-24 04:11



Business Communication Essentials 6E by Thill, Bovee 6th (Int'l Edition)
*Buy It Now*  $53.52
Listed:Mar-24 04:08



Fundamental Statistics for the Behavioral Sciences by 8E Howell (Int'l Edition)



Procedures in the Justice System by Roberson, Wallace (2012, Hardcover, Revised)



Nutrition Counseling and Education Skill Development 2nd by Bauer (US Edition)

$74.90
Listed:Mar-24
03:53

$89.99
Listed:Mar-24
03:31

$109.99
Listed:Mar-24
03:29



Articulation and Phonologic
al Disorders 7E by Bernthal
7th (Hard Cover Edition)
*Buy It Now*                $109.99
Listed:Mar-24
03:27



Public Finance 10E by
Harvey S. Rosen, Ted
Gayer 10th (Int'l Global
Edition)
*Buy It Now*                $45.88
Listed:Mar-23
11:17

Brand New Polarized
Stealth Black Replacement
Lenses Oakley BATWOLF
Sunglasses
*Buy It Now*                $37.80
Listed:Mar-23
11:07



Brand New Polarized
Titanium Replacement
Lenses for Oakley
BATWOLF Sunglasses
*Buy It Now*                $37.90
Listed:Mar-23
11:06



The Science of Nutrition
3rd by Thompson,
Vaughan, Manore 3E (Int'l
Edition)
*Buy It Now*                $92.99
Listed:Mar-23
11:01

Basic Biomechanics 6E by
Susan J. Hall 6th (Internati
onal Edition)
*Buy It Now*                $42.47
Listed:Mar-23
11:01



Psychology 7E by Davis,
Palladino, Christopherson
7th (Int'l Edition)



Microelectronics Circuit
Analysis and Design 4E by
Neamen 4th (Int'l Edition)



Financial and Managerial
Accounting 16E by Haka,
Williams 16th (Int'l Edition)

$62.90
Listed:Mar-20
23:36

$68.90
Listed:Mar-20
10:41

$83.14
Listed:Mar-20
10:40



Labor Relations: Striking a
Balance 4E by John W.
Budd 4th (Int'l Edition)

Buy It Now    $43.99
Listed:Mar-20
02:12

Earth: An Introduction to
Physical Geology 11E by
Tarbuck 11th (Int'l Edition)

Buy It Now    $61.50
Listed:Mar-20
02:06



Basic Marketing 19E by
Perreault, Cannon,
Mccarthy 19th (Int'l Edition)

Buy It Now    $43.00
Listed:Mar-20
02:02



Introduction to
Management Science 5E +
CD by Hillier 5th (Int'l
Edition)

Buy It Now    $43.97
Listed:Mar-20
01:57

Business Communication
Today 12E by Bovee, Thill
12th (Int'l Edition)

Buy It Now    $54.99
Listed:Mar-20
01:46



The Art of Public Speaking
11E by Stephen Lucas 11th
(Int'l Edition)

Buy It Now    $39.65
Listed:Mar-20
01:43



Fluid Mechanics:
Fundamentals & Applicatio
ns 3rd SI Unit by Cengel,
Cimbala 3E

Buy It Now    $48.89
Listed:Mar-18



Statistics for Engineers and
Scientists 3rd by William
Navidi (Int'l Edition)

Buy It Now    $39.90
Listed:Mar-18
08:05



Fundamentals of Investing
12E by Gitman, Smart,
Joehnk 12th (Int'l Edition)

Buy It Now    $52.69
Listed:Mar-18

23:35                                                                              00:23







Brand New 3 Pair Polarized
Replacement Lenses for
Oakley BATWOLF
Sunglasses

Elementary Number Theory
7E by David M. Burton 7th
(2010, Hardcover)

Managerial Accounting 11E
by Duchac, Warren, Reeve
11th (Int'l Edition)

*Buy It Now*          $68.90
Listed:Mar-18
00:15

*Buy It Now*          $91.99
Listed:Mar-17
07:49

*Buy It Now*          $37.99
Listed:Mar-17
07:23







Introduction To Learning
And Behavior 4E by
Symbaluk, Powell 4th (Int'l
Edition)

Bridge Design and
Evaluation: LRFD and
LRFR by Gongkang Fu
(2013, Hardcover)

The Economics of Money,
Banking, and Financial
Markets 10E by Mishkin
10th

*Buy It Now*          $67.90
Listed:Mar-14
01:08

*Buy It Now*          $78.90
Listed:Mar-12
01:55

*Buy It Now*          $51.94
Listed:Mar-11
22:50

**Page 3 of 25**  ← **Previous**  1 | 2 | **3** | 4 | 5 | 6 | 7  **Next** →  Go to page [        ] [ Go ]

**An eBay Store maintained by:**   yumivvv ( 26873  )   

**Seller, manage Store**

**Tools:**   My eBay

 Learn more about feeds

Seller Information Center    Policies    Site Map    eBay official time    Preview new features    eBay Toolbar    eBay Wiki

Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.