# Exhibit V


# Feedback profile



**yumivvv** ( 26874  )   Top Rated: Seller with highest buyer ratings

**Positive Feedback (last 12 months): 99.7%**
[How is Feedback percentage calculated?]

Member since: Sep-29-08 in Malaysia

**Member quick links**

Contact member
View items for sale
View seller's Store
View ID history
View eBay My World
View reviews & guides

### Recent Feedback ratings (last 12 months)

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 119 | 1167 | 2887 |
| Neutral | 4 | 13 | 22 |
| Negative | 0 | 4 | 10 |

### Detailed seller ratings (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★★ | 2379 |
| Communication | ★★★★★ | 2550 |
| Shipping time | ★★★★★ | 2575 |
| Shipping and handling charges | ★★★★★ | 2551 |

eBay MONEY BACK GUARANTEE — Get the item you ordered or get your money back. Learn what's included

| Feedback as a seller | Feedback as a buyer | **All Feedback** | Feedback left for others |

**2,919** Feedback received (viewing 1-25)   **Revised Feedback: 56**

Show: All | Positive (2887) | Neutral (22) | **Negative** (10) | Withdrawn (0)   Period: Past 12 months

| Feedback | From/price | Date/time |
|---|---|---|
| ⊖ I have not received my book. The BUYER WILL NOT respond. He OWES ME MY MONEY<br>-- | Buyer: h***i ( 239 ☆ )<br>-- | Feb-22-14 07:29<br>Private |

Detailed item information is not available for the following items because the Feedback is over 90 days old.

| ⊖ I paid $7.99 shipping for one day and have not gotten my item whats up<br>-- | Buyer: u***c ( 0 )<br>-- | Jan-17-14 17:38<br>Private |
| ⊖ Item not in "Brand new" Condition. Damaged and worn book, looks badly used.<br>-- | Buyer: z***m ( 3 )<br>-- | Dec-19-13 19:52<br>Private |
| ⊖ Wrong shipping method vs. listing, then out of stock, slow comm/refund.<br>-- | Buyer: h***c ( 27 ☆ )<br>-- | Nov-21-13 14:28<br>Private |
| ⊖ The delivery is so slow. Please do not use DHL anymore.<br>-- | Buyer: i***u ( 1 )<br>-- | Oct-18-13 11:22<br>Private |
| ⊖ I wasted my time waiting my book!He didn't answered and made refund after 3d!Bad<br>-- | Buyer: 0***0 ( 8 )<br>-- | Oct-16-13 00:34<br>Private |
| ⊖ Deceptive description, bait and switch, watch out for this seller<br>-- | Buyer: e***j ( 43 ☆ )<br>-- | Sep-27-13 14:56<br>Private |

| ⊖ | I recieved the wrong item. ISBN number was not what I ordered and that was disp | Buyer: a***a ( 44 ⭐ ) | Jul-24-13 17:28 |
| | -- | -- | Private |
| ⊖ | ==Showed the wrong book and didn't work with me to return it.Cheap knock off books== | Buyer: b***l ( 40 ⭐ ) | Jul-15-13 17:15 |
| | -- | -- | Private |
| ⊖ | Product was delivered within 35 days, while 5 day delivery was paid for. | Buyer: n***a ( 1 ) | May-30-13 04:22 |
| | -- | -- | Private |

Items per page: 25 | 50 | 100 | 200

Page 1 of 1                                                                 1

**What would you like to do next?**
Leave Feedback
Reply to Feedback received
Follow up to Feedback left

Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

## Sponsored Links


Nikon AF-S DX NIKKOR 18-
**$246.95**
Free Shipping
BuyDig.com


Nikon 18-55mm f/3.5-5.6G VR AF-S
**$196.95**
Free Shipping
BuyDig.com


Nikon Nikkor AF-S 55-300mm f/4.5-
**$396.95** $399.00
Free Shipping
Walmart.com


Nikon Nikkor 18-200mm Zoom
**$599.95** $849.95
Free Shipping
Walmart.com


Nikon Nikkor 55-200mm Zoom
**$246.95** $249.84
Free Shipping
Walmart.com


AdChoice

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.