```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```
**CENGAGE LEARNING, INC. et al.,**

                Plaintiffs,

       v.                             **14 Civ. 3174 (DAB)**
                                       **ADOPTION OF REPORT**
                                        **& RECOMMENDATION**

**JAMAL YOUSUF, et al.,**

                Defendants.
```
------------------------------------X
```
**DEBORAH A. BATTS, United States District Judge.**

      This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Stewart D. Aaron ("Report"). Judge Aaron's Report recommends that the Court award statutory damages under the Copyright Act in the amount of $330,000.00 to Plaintiffs against Defendant Prameet Bhargava.

      For the reasons set forth below, Judge Aaron's Report and Recommendation dated December 20, 2018 shall be adopted in full as to its factual recitations, findings, and recommendations. Accordingly, the Court enters judgment against Defendant Prameet Bhargava in the amount of $330,000.00.

I. **Background**

The facts in this case are set forth in detail in Judge Aaron's Report and will not be restated here. (See R. & R. at 1-4, ECF No 182.) After Judge Aaron's Report and Recommendation was issued and served on both Parties.[1] To date, neither Party filed any objections.

II. **Discussion**

Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations . . . ." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003). Accordingly, this Court reviews the Report and Recommendation for clear error because neither Party has filed timely objections.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, this Court APPROVES, ADOPTS, and RATIFIES the Report's factual recitations, findings, and

---

[1] Judge Aaron's Report was mailed to pro se Defendant Prameet Bhargava on December 20, 2018.

recommendations in its entirety. The Court enters judgment for Plaintiffs in the amount of $330,000.00.

SO ORDERED.

DATED:   New York, NY
         January 10, 2019

_____
Deborah A. Batts
United States District Judge